# Exhibit K to *Hale v. Lee* Complaint



RECEIVED

MAY 0 1 2026

Secretary of State
Tre Hargett

## STATE OF TENNESSEE

# PROCLAMATION

### BY THE GOVERNOR

**WHEREAS,** following the renewed nationwide action around congressional representation, we should ensure Tennessee's congressional districts accurately reflect the will of voters; and

**WHEREAS,** in order to comply with mandatory election qualifying timelines and to ensure Tennesseans have reflective representation, any change to Tennessee's congressional map must be enacted as soon as possible; and

**WHEREAS,** it is in the best interest of Tennessee that the General Assembly convene to expeditiously consider this matter.

**NOW THEREFORE,** I, Bill Lee, Governor of the State of Tennessee, by virtue of the power and authority vested in me by Article III, Section 9 of the Tennessee Constitution, do hereby call the One Hundred Fourteenth General Assembly of the State of Tennessee to meet and convene in extraordinary session at the Capitol in Nashville on May 5, 2026, at 2:00 p.m., Central Time, to consider and act upon legislation relative to: (1) the composition of Tennessee's congressional districts; (2) making statutory changes that are necessary to effectuate changes to the composition of Tennessee's congressional districts and to facilitate 2026 congressional elections; (3) making appropriations sufficient to provide funding for any legislation that receives final passage during the extraordinary session or other appropriations sufficient to facilitate 2026 congressional elections; and (4) making appropriations sufficient to pay the expenses of the extraordinary session, including the expenses of carrying out any actions taken pursuant to this proclamation.

**IN TESTIMONY WHEREOF,** I have hereunto set my hand and caused the Great Seal of the State of Tennessee to be affixed at Nashville on this 1st day of May, 2026.

_Bill Lee_
GOVERNOR

ATTEST:

_Tre Hargett_
SECRETARY OF STATE