# Exhibit L to *Hale v. Lee* Complaint



Elections Division
312 Rosa L. Parks Avenue, 7th Floor
Nashville, Tennessee 37243-1102

Mark Goins
Coordinator of Elections

615-741-7956
Mark.Goins@tnsos.gov

# MEMORANDUM

**To:** All County Election Commissions

**From:** Mark Goins *Mark Goin*
Coordinator of Elections

**Date:** May 4, 2026

**Subject:** Special Session Regarding Redistricting

**CC:** The Honorable Tre Hargett, Tennessee Secretary of State

As you may already be aware, the Tennessee General Assembly will be convening in special session on Tuesday, May 5, to consider changes to United States House districts. If enacted, these changes could have operational impacts on counties, including voter assignment, election programming, publication requirements, and candidate qualifying timelines.

This memorandum provides preliminary answers to frequently asked questions based on current law and known considerations. Additional guidance will be issued once legislation is filed and more specific information becomes available.

### What could be the impact of district changes?

Potential changes to congressional districts could impact voters across multiple counties. Because congressional districts are interrelated, a change to one district may necessitate changes to others. This has the potential to affect ballot styles, voter assignments, notices, and election administration across the state.

### What actions might counties need to take?

If district boundaries are altered, counties may be required to:

- Reprogram election management systems

  Counties with district changes will need to update election templates and ballot splits. In some cases, this could require rebuilding templates.

Case 3:26-cv-00603    Document 1-12    Filed 05/07/26    Page 2 of 4 PageID #: 214

- Address new county or precinct splits

  New district lines may split counties that are currently entirely within one congressional district.

- Update voter registration systems

  Counties will need to work with their voter registration vendor and the Comptroller's office to import new district maps, update street indexes, and process voter record changes.

- Retrain poll officials

  Counties that have not previously administered split districts will need additional training for poll officials to ensure voters receive the correct ballot style.

**How could precincts be affected?**

- A voting precinct may legally contain more than one congressional district.

- Some counties may choose to adjust precinct boundaries to reduce the number of split precincts.

Adjusting precinct boundaries may also trigger additional notice and publication requirements, including mailing notices to active voters whose polling places have changed.

**What publication requirements apply?**

State law requires public notice when certain election-related changes occur:

- District changes must be published in a newspaper of general circulation immediately after any alteration. (T.C.A. § 2-3-105).

- Notice of offices to be elected and qualifying deadlines must be published in a newspaper of general circulation. (T.C.A. § 2-12-111(a)).

- Polling place changes require mailed notice to each active voter affected. (T.C.A. § 2-3-105).

**Could publication requirements be modified?**

There is a possibility that certain publication requirements may be modified due to the compressed timeline.

**How will candidate qualifying be handled?**

Once legislation is filed, we will be able to provide more specific guidance. Due to the proximity of the election, the time period to issue and submit qualifying petitions will be compressed.

**What about candidates who have already qualified?**

Procedures concerning candidates who have already qualified will depend on the final legislation enacted. Guidance on this issue will be provided once legislation is filed and reviewed.

**What about funding?**

Costs associated with redistricting are typically county expenditures. We will be requesting that the legislation include reimbursement to counties for costs associated with any changes required.

**Next Steps**

Please begin thinking about and planning for any next steps you may have to take to enact any changes. We are continuing to monitor developments closely and will share specific instructions as soon as they are available.

Please let us know how we can be of assistance as most of you are making final preparations for Election Day tomorrow. We are grateful for your continued efforts and dedication to the election process and ensuring Tennesseans can cast their vote with confidence.