# Exhibit M to *Hale v. Lee* Complaint

# THE ATTACHED AMENDMENTS ARE TO BILLS THAT WILL BE HEARD ON HOUSE REGULAR CALENDAR TODAY THURSDAY MAY 7, 2026

Amendment No. <u>1 to HB7001</u>

<u>Farmer</u>
Signature of Sponsor

**AMEND   Senate Bill No. 7001                House Bill No. 7001\***

by deleting all language after the enacting clause and substituting:

SECTION 1.  Tennessee Code Annotated, Title 2, Chapter 16, is amended by designating the chapter as part 1 and adding the following new part 2:

**Part 2**

**2026 Congressional Elections**

**2-16-201.  Definitions.**

As used in this part, "2026 primary or general election" means the primary or general election held in 2026 for a congressional district office of the house of representatives in the United States congress.

**2-16-202.  Application of part.**

This part applies to the 2026 primary or general election if the general assembly revises by law the composition of one (1) or more congressional districts in this state after the qualifying deadline under § 2-5-101 for the 2026 primary or general election.

**2-16-203.  Notice of congressional redistricting.**

(a)  Upon the revision of the composition of one (1) or more congressional districts as described in § 2-16-202, the coordinator of elections shall provide notice of the revised congressional districts and the special qualifying deadline prescribed by § 2-16-204 to the qualified candidates at their addresses of record and county election commissions as soon as practicable after the effective date of the revised composition of congressional district boundaries.  The coordinator of elections shall publish notice of the

Case 3:26-cv-00603    Document 1-13    Filed 05/07/26    Page 3 of 111 PageID #: 219

revisions to the composition of congressional districts, the qualified candidates, and the special qualifying deadline on the secretary of state's official website.

(b) As soon as practicable after receiving notice from the coordinator of elections pursuant to subsection (a), each county election commission in which all or any portion of a redrawn congressional district is located shall publish notice on the county election commission's official website, if one exists.

(c) Notwithstanding another law to the contrary, publication of notice under subsection (b) satisfies all notice requirements under this title, including requirements to publish notice of changes to districts, offices to be elected, or qualifying deadlines arising from the redrawn congressional districts.

**2-16-204. Congressional redistricting - Special qualifying period.**

(a)

(1) Notwithstanding another law to the contrary, an independent or primary candidate who qualified under chapter 5, part 1 of this title for the 2026 primary or general election, as applicable, prior to the effective date of this act is not required to submit a new nominating petition pursuant to subsection (b).

(2)

(A) A candidate qualified under subdivision (a)(1) is qualified for election in the redrawn district designated by the same district number, unless the candidate changes districts under subdivision (a)(2)(B) or the candidate timely withdraws under subdivision (a)(2)(C).

(B) A candidate qualified under subdivision (a)(1) who wishes to run in a different district after districts are redrawn shall submit notice in writing to the coordinator of elections in which district the candidate intends to seek nomination for office no later than twelve o'clock (12:00) noon, prevailing time, on May 15, 2026. Such notice must be notarized and may be submitted in person, by mail, or by email with an attached

019089

document that includes the candidate's scanned signature.  A candidate who does not timely file such notice will remain qualified for the redrawn district designated by the same district number under subdivision (a)(2)(A).

(C)  A candidate qualified under subdivision (a)(1) may withdraw from the primary or general election by submitting a notarized statement to the coordinator of elections in person, by mail, or by email with an attached document that includes the candidate's scanned signature by twelve o'clock (12:00) noon, prevailing time, on May 15, 2026.

(b)

(1)  A special qualifying period is established for the 2026 primary or general election.  The qualifying deadline under this section is twelve o'clock (12:00) noon, prevailing time, on May 15, 2026.

(2)  Nominating petitions must be furnished by the county election commission or coordinator of elections.  A nominating petition for the 2026 primary or general election must include at least twenty-five (25) signatures from registered voters residing anywhere within any county that lies wholly or partially within the congressional district.

(3)  Each independent or primary candidate shall file the candidate's original nominating petition with the coordinator of elections and a certified duplicate with the chair of the appropriate party's state executive committee, in the case of primary candidates, by the qualifying deadline.  The coordinator of elections shall maintain a copy of the original petition for the state election commission.

(4)  The coordinator of elections shall, as soon as practicable after the deadline in subsection (c), certify to the chair of each county election commission the names of each candidate who has qualified under this section to have the

- 3 -

019089

candidate's name placed on the ballot for the 2026 primary or general election, as applicable.

(5) A candidate who qualifies during the special qualifying period established pursuant to this subsection (b) is not permitted to withdraw after the qualifying deadline.

(c) If the state executive committee of a political party determines that a candidate who qualifies under this section to run in the 2026 primary or general election is not qualified under the rules of the respective party as a bona fide member of the party, then the committee shall file the committee's determination with the coordinator of elections by email no later than twelve o'clock (12:00) noon, prevailing time, on May 17, 2026. A candidate cannot appeal an adverse decision of a state executive committee under this subsection (c).

**2-16-205. Costs incurred by county election commissions.**

The chair and secretary of a county election commission shall certify to the secretary of state expenses incurred by the county election commission or its members in the performance of its duties in connection with changes and duties required by this part. Upon receipt of a certification of expenses, the secretary of state shall review the claim, and shall certify to the comptroller of the treasury those expenses that must be reimbursed to the county by this state.

**2-16-206. Three-judge panel.**

Any civil action arising out of the revision of the composition of one (1) or more congressional districts in this state or arising out of the application of this part shall be heard by a three-judge panel appointed pursuant to title 20, chapter 18.

**2-16-207. Repeal of part.**

This part is repealed December 31, 2026.

SECTION 2. Tennessee Code Annotated, Section 2-13-209, is amended by designating the existing language as subsection (a) and adding the following as a new subsection (b):

- 4 -                                                                                         019089

(b)  This section does not apply to the 2026 primary election for the office of United States representative.

SECTION 3.  This act takes effect upon becoming a law, the public welfare requiring it.

019089

HOUSE BILL 7002

By Sexton

AN ACT to amend Tennessee Code Annotated, Title 2, Chapter 16, relative to congressional districts.

BE IT ENACTED BY THE GENERAL ASSEMBLY OF THE STATE OF TENNESSEE:

SECTION 1.  Tennessee Code Annotated, Section 2-16-102, is amended by deleting the last sentence of the section.

SECTION 2.  This act takes effect upon becoming a law, the public welfare requiring it.

HB7002
019035
- 1 -

Amendment No.  1 to HB7005

Williams
Signature of Sponsor

**AMEND   Senate Bill No. 7005                    House Bill No. 7005***

by deleting all language after the enacting clause and substituting:

SECTION 1.  In addition to any other funds appropriated by the provisions of this act, there is hereby appropriated a sum sufficient to counties for the sole purpose of funding the state share of the mandated local cost of implementing the provisions of Senate Bill 4 / House Bill 3, relative to congressional districts, if such bill becomes a law.  The state share shall be an amount equal to ten percent (10%) of the mandated local cost of implementing such bill.  The Commissioner of Finance and Administration is authorized to adjust federal aid and other departmental revenue accordingly.

SECTION 2.  In addition to any other funds appropriated by the provisions of this act, there is appropriated the sum of $3,154,700 (nonrecurring) to the Secretary of State for the sole purpose of reimbursing counties for expenses incurred by county election commissions for the 2026 congressional elections.  The appropriation in this section is subject to Senate Bill 1 / House Bill 1, relative to requiring the state to reimburse counties for expenses incurred by county election commissions for the 2026 congressional elections, becoming a law.  The Commissioner of Finance and Administration is authorized to adjust federal aid and other departmental revenue accordingly.

SECTION 3.  In addition to any other funds appropriated by the provisions of this act, there is appropriated a sum sufficient to the general assembly for the sole purpose of payment of any lawful expenses, including, but not limited to, staffing, per diem, travel, and other expenses, of the Second Extraordinary Session of the One Hundred Fourteenth General Assembly.  All expenses for the general assembly, upon the approval of the speaker of the

senate, the speaker of the house of representatives, or both when required, shall be paid through the office of legislative administration.

SECTION 4. If any provision of this act or its application to any person or circumstance is held invalid, then the invalidity does not affect other provisions or applications of the act that can be given effect without the invalid provision or application, and to that end, the provisions of this act are severable.

SECTION 5. This act takes effect upon becoming a law, the public welfare requiring it.

019150

Amendment No.  1 to HB7003


Farmer
Signature of Sponsor

**AMEND   Senate Bill No. 7004             House Bill No. 7003\***

by deleting all language after the enacting clause and substituting:

SECTION 1.  Tennessee Code Annotated, Section 2-16-103, is amended by deleting the section and substituting instead the following:

(a)

(1)  All census descriptions, counties, voting districts (VTDs), tracts, blocks, census delineations, census district lines, and other census designations are those established for or by the United States department of commerce, bureau of the census, for taking the 2020 federal decennial census in Tennessee as contained in the automated geographic database, known as the TIGER (topologically integrated geographic encoding and referencing) system.

(2)  As provided in subsection (b), each district is described county by county in alphabetical order and, if a county is split, by the portion of such split county.  Split counties are described by VTDs and, if further divided, by census blocks.

(b)  The state of Tennessee is divided into the following nine (9) congressional districts composed as follows:

(1) **District 1:**

**Carter County**

**Cocke County**

**Greene County**

**Hamblen County**

**Hancock County**

**Hawkins County**

**Jefferson County:**

VTD:  2nd Piedmont Elementary School

VTD:  4th Jefferson Elementary School

VTD:  3rd White Pine School

VTD:  1st Dandridge Elementary School

VTD:  10th Jefferson City Fire Dept

VTD:  5th Jefferson Middle School

VTD:  7th New Market City Hall

VTD:  8-1 Old Chestnut Hill School

VTD:  9th Talbott Elementary School

VTD:  8-2 Old Swannsylvania School

VTD:  6th Rush Strong School:

Block 705001010, Block 705001011, Block 705001012, Block 705001013, Block 705001014, Block 705001015, Block 705001016, Block 705001017, Block 705001027, Block 705001028, Block 705001030, Block 705001031, Block 705001032, Block 705002004, Block 705002005, Block 705002032, Block 705002033, Block 705002034, Block 705002038, Block 705002039, Block 705002040, Block 705002043, Block 705002044, Block 705002047, Block 705003009, Block 705003010, Block 705003011, Block 705003012, Block 705003013, Block 705003014, Block 705003015, Block 705003016, Block 705003017, Block 705003018, Block 705003021, Block 705003037, Block 705003050, Block 705003061, Block 708012039, Block 708012040, Block 708012041, Block 708012042, Block 708012043, Block 708012044, Block 708012045

**Johnson County**

019155

**Sevier County**

**Sullivan County**

**Unicoi County**

**Washington County**

(2) **District 2:**

**Blount County**

**Campbell County:**

VTD: Valley View

VTD: Elk Valley

VTD: LaFollette Elementary School

VTD: Demory

VTD: Alder Springs

VTD: Well Springs

VTD: Habersham

VTD: White Oak

VTD: Newcomb

VTD: Jellico

VTD: West LaFollette:

Block 9506011000

VTD: East LaFollette:

Block 9506012000, Block 9506022004, Block 9506022005, Block

9506022006, Block 9506022011, Block 9506023000, Block 9506023001, Block

9506023002, Block 9506023003, Block 9506023004, Block 9506023005, Block

9506023006, Block 9507011010, Block 9507011011, Block 9507011012, Block

9507011013, Block 9507011015, Block 9507011016, Block 9507011017, Block

9507011018, Block 9507011019, Block 9507011020, Block 9507011021, Block

9507011022, Block 9507011023, Block 9507011024, Block 9507011025, Block

019155

9507011026, Block 9507011027, Block 9507011028, Block 9507011029, Block 9507011030, Block 9507011031, Block 9507011033, Block 9507011034, Block 9507021005, Block 9507021006, Block 9507021007, Block 9507021008, Block 9507021009, Block 9507021010, Block 9507021011, Block 9507021012, Block 9507021013, Block 9507021014, Block 9507021015, Block 9507021016, Block 9507021017, Block 9507021018, Block 9507021019, Block 9507021020, Block 9507021021, Block 9507021022, Block 9507021023, Block 9507021024, Block 9507021025, Block 9507021026, Block 9507021027, Block 9507021028, Block 9507021029, Block 9507021030, Block 9507021031, Block 9507021032, Block 9507021033, Block 9507021034, Block 9507021035, Block 9507021036, Block 9507021037, Block 9507021038, Block 9507021040, Block 9507021041, Block 9507021042, Block 9507021043, Block 9507021044, Block 9507021045, Block 9507021046, Block 9507021050, Block 9507022000, Block 9507022001, Block 9507022002, Block 9507022003, Block 9507022004, Block 9507022005, Block 9507022006, Block 9507022007, Block 9507022008, Block 9507022009, Block 9507022010, Block 9507022011, Block 9507022012, Block 9507022013, Block 9507022014, Block 9507022015, Block 9507022016, Block 9507022017, Block 9507022018, Block 9507022019, Block 9507022020, Block 9507022021, Block 9507022022, Block 9507022023, Block 9507022024, Block 9507022026, Block 9510001015, Block 9510002014

**Claiborne County**

**Grainger County**

**Jefferson County:**

VTD:  6th Rush Strong School:

Block 705002006, Block 705002007, Block 705002008, Block 705002009, Block 705002010, Block 705002011, Block 705002012, Block 705002013, Block 705002014, Block 705002015, Block 705002016, Block

019155

705002017, Block 705002018, Block 705002019, Block 705002020, Block 705002021, Block 705002022, Block 705002023, Block 705002024, Block 705002025, Block 705002026, Block 705002027, Block 705002028, Block 705002029, Block 705002030, Block 705002031, Block 705002041, Block 705002042, Block 705003019, Block 705003020, Block 705003022, Block 705003023, Block 705003024, Block 705003025, Block 705003026, Block 705003027, Block 705003028, Block 705003029, Block 705003030, Block 705003031, Block 705003032, Block 705003033, Block 705003034, Block 705003035, Block 705003036, Block 705003038, Block 705003039, Block 705003040, Block 705003048, Block 705003049, Block 705003051, Block 705003053, Block 705003054, Block 705003055, Block 705003056, Block 705003057, Block 705003058, Block 705003060

**Knox County**

**Loudon County**

**Union County**

(3) **District 3:**

**Anderson County**

**Bradley County**

**Hamilton County**

**McMinn County**

**Meigs County**

**Monroe County**

**Polk County**

**Rhea County:**

VTD: 1-1 Spring City North

VTD: 2-1 Spring City South

VTD: 3-1 Wolf Creek

019155

VTD:  3-2 Evensville North

 VTD:  4-1 Evensville South

VTD:  5-1 Dayton North

VTD:  6-1 Dayton West

VTD:  7-1 Frazier

VTD:  8-1 Garrison

VTD:  9-1 Graysville

VTD:  9-2 Waldens Ridge

VTD:  1-2 Grandview:

Block 9750001000, Block 9750001001, Block 9750001002, Block 9750001003, Block 9750001014, Block 9750001017, Block 9750001018, Block 9750001023, Block 9750001024, Block 9750001025, Block 9750001026, Block 9750001027, Block 9750001028, Block 9750001029, Block 9750001030, Block 9750001031, Block 9750001032, Block 9750001034, Block 9750001035, Block 9750001036, Block 9750001037, Block 9750001038, Block 9750001039, Block 9750001041, Block 9750001042, Block 9750001053, Block 9750001054, Block 9750001073, Block 9750001159, Block 9750001161

**Roane County**

(4) **District 4:**

**Bledsoe County**

**Cannon County**

**Coffee County**

**Davidson County:**

VTD:  4-2

VTD:  4-4

VTD:  12-5

VTD:  13-2

019155

VTD: 13-3

VTD: 14-3

VTD: 14-4

VTD: 16-2

VTD: 16-5

VTD: 26-1

VTD: 26-3

VTD: 27-1

VTD: 28-1

VTD: 28-2

VTD: 28-3

VTD: 29-1

VTD: 29-2

VTD: 29-3

VTD: 29-4

VTD: 30-1

VTD: 30-2

VTD: 30-3

VTD: 30-4

VTD: 31-1

VTD: 31-2

VTD: 31-3

VTD: 31-4

VTD: 32-1

VTD: 32-2

VTD: 32-3

VTD: 32-4

019155

VTD: 33-2

VTD: 33-3

VTD: 33-4

VTD: 4-3:

Block 188041013

VTD: 12-2:

Block 156321000, Block 156322001, Block 156322002, Block 156322003, Block 156322004, Block 156322005, Block 156322006, Block 156331002, Block 156331003, Block 156331004, Block 156331005, Block 156331006, Block 156331007, Block 156331008, Block 156331009, Block 156331010, Block 156331011, Block 156331012, Block 156331013, Block 156331014, Block 156332000, Block 156332001, Block 156332002, Block 156332003, Block 156332004, Block 156332005, Block 156332006, Block 156332007, Block 156332008, Block 156332010, Block 156332011, Block 156332012, Block 156332013, Block 156332014, Block 156332015, Block 156332016, Block 156332019

VTD: 13-1:

Block 157001028, Block 158041001, Block 158041002, Block 158041003, Block 158041004, Block 158041005, Block 158041006, Block 158041007, Block 158042000, Block 158042001, Block 158042002, Block 158042003, Block 158042004, Block 158042005, Block 158042006, Block 158043000, Block 158043001, Block 158043002, Block 158043003, Block 158043004, Block 158043005, Block 158051000, Block 158051001, Block 158051002, Block 158051003, Block 158051004, Block 158051005, Block 158052000, Block 158052001, Block 158052002, Block 158052003, Block 158052004, Block 158052005, Block 158061006, Block 158061007, Block 158061008, Block 9801001001, Block 9801001002, Block 9801001003, Block

019155

9801001004, Block 9801001005, Block 9801001006, Block 9801001007, Block 9801001008, Block 9801001009, Block 9801001010, Block 9801001011, Block 9801001012, Block 9801001013, Block 9801001014, Block 9801001015, Block 9801001016, Block 9801001017, Block 9801001018, Block 9801001019, Block 9801001022, Block 9801001028, Block 9801001031

VTD: 13-4:

Block 156242000, Block 156242002, Block 156243001, Block 156243002

VTD: 14-1:

Block 156241002, Block 156323002, Block 156323003, Block 156323004, Block 156323005, Block 156323006, Block 156323007, Block 156323008

VTD: 14-5:

Block 156241001

VTD: 15-5:

Block 158061004, Block 158061005

VTD: 16-3:

Block 157001013, Block 157001015, Block 157001016, Block 157001017, Block 157001018, Block 173002034, Block 173002042, Block 174011004, Block 174011011, Block 174012000, Block 174012001, Block 174012002, Block 174012003, Block 174012006, Block 174012007, Block 174012008, Block 174012009, Block 174012010, Block 174012011, Block 174012012, Block 174012013, Block 174021000, Block 174021001, Block 174021002, Block 174021003, Block 174021004, Block 174021005, Block 174021006, Block 174021007, Block 174021008, Block 174022000, Block 174022001, Block 174022002, Block 174022003, Block 174022004, Block 174022005, Block 174022006, Block 174022007, Block 174022008, Block 174022009, Block 174022010, Block 174022011, Block 174022012, Block

019155

174022013, Block 174022014, Block 174022015, Block 174022016, Block 174023000, Block 174023001, Block 174023002, Block 174024000, Block 174024001, Block 174024002, Block 174024003, Block 174024004, Block 174024005, Block 174024006, Block 174024007, Block 174024008, Block 174024009, Block 174024010, Block 174024011, Block 175001003, Block 175001004, Block 175001005, Block 175001006, Block 175001007, Block 175001008, Block 175001009, Block 175001010, Block 175001011, Block 175001012, Block 175001013, Block 175001014, Block 175001015, Block 175001018, Block 175001019, Block 175001020, Block 175001021, Block 175001022, Block 175001023, Block 175001024, Block 175001025, Block 175001026, Block 175001027, Block 175001028, Block 175002000, Block 175002001, Block 175002002, Block 175002003, Block 175002004, Block 175002005, Block 175002006, Block 175002007, Block 175002008, Block 175002009, Block 175002010, Block 175002011, Block 175002012, Block 175002013, Block 175002014, Block 175002015, Block 175002016, Block 175002017, Block 175002018, Block 175003000, Block 175003001, Block 175003002, Block 175003003, Block 175003004, Block 175003005, Block 175003006, Block 175003007, Block 175003008, Block 175003009, Block 175003010, Block 175003011, Block 175003012, Block 175003013, Block 175003014, Block 175003015, Block 175003016, Block 175003017, Block 175003018, Block 175003019, Block 175003020, Block 175003021, Block 175003022, Block 175003023, Block 175003024, Block 175003025, Block 175003026, Block 175003027, Block 175003028, Block 175003029, Block 175003031, Block 175003032, Block 175003033, Block 175003037, Block 190084000, Block 190084001, Block 190084002, Block 190084003, Block 9802001000, Block 9802001001, Block 9802001002, Block 9802001003, Block 9802001004, Block 9802001028, Block 9802001029

019155

VTD: 17-5:

Block 172001030

VTD: 19-5:

Block 158061003, Block 158061009

VTD: 27-2:

Block 191054007, Block 191055000, Block 191055001, Block 191055002, Block 191055003, Block 191055004, Block 191055005, Block 191055006, Block 191061000, Block 191061001, Block 191062000, Block 191062001, Block 191062002, Block 191062003, Block 191062004, Block 191063000, Block 191063001, Block 191063002, Block 191063003

VTD: 27-3:

Block 189041002, Block 189041003, Block 189041004, Block 189041005, Block 189041006, Block 189041007, Block 189043003, Block 189043004, Block 189043005, Block 189043006, Block 189043007, Block 189043008, Block 189043009, Block 189051000, Block 189051001, Block 189051002, Block 189051003, Block 189052002, Block 189052003, Block 189052004, Block 189052005, Block 189052006, Block 189052007, Block 191052000, Block 191052001, Block 191054000, Block 191054001, Block 191054002, Block 191054003, Block 191054004, Block 191054005, Block 191054006

VTD: 33-1:

Block 156191000, Block 156332009, Block 156332017, Block 156342000, Block 156351001, Block 156351002, Block 156351003, Block 156351004, Block 156351005, Block 156351006, Block 156351007, Block 156351008, Block 156351009, Block 156351010, Block 156351011, Block 156351012, Block 156351023, Block 156351024

**Franklin County**

019155

**Grundy County**

**Marion County**

**Rutherford County:**

VTD: 1-1 LaVergne Lake Elementary School

VTD: 2-3 Milton Fire Station

VTD: 2-2 Wilson Elementary School

VTD: 3-1 Leanna Church of Christ

VTD: 3-2 Old Jefferson Church of Christ

VTD: 4-1 Kittrell Elementary School

VTD: 4-2 North Boulevard Church of Christ

VTD: 4-3 Oakland Middle School

VTD: 5-1 Cedar Grove Elementary School

VTD: 5-2 LaVergne Middle School

VTD: 6-1 Whitworth-Buchannan Middle School

VTD: 6-2 Christiana Middle School

VTD: 7-1 New Heights Chapel

VTD: 7-2 Barfield Elementary School

VTD: 8-1 Rockvale Middle School

VTD: 8-2 Eagleville Community Center

VTD: 8-3 Lebanon Campground Church

VTD: 8-4 Crescent Church of Christ

VTD: 12-1 TN National Guard Armory

VTD: 12-2 Smyrna Elementary School

VTD: 13-1 Bellwood-Bowdoin Pre-School

VTD: 13-2 Cason Lane Academy

VTD: 14-1 Siegel Middle School

VTD: 14-2 Siegel Elementary School

019155

VTD:  15-1 John Pittard Elementary

VTD:  15-2 Northfield Elementary School

VTD:  16-1 Central Magnet School

VTD:  16-2 Mitchell-Neilson Primary School

VTD:  16-3 Lane Agri-Park

VTD: 17-1 North Boulevard Church of Christ

VTD:  17-2 Kingwood Heights Church of Christ

VTD:  17-3 Wesley Foundation

VTD:  18-1 Patterson Park Community Center

VTD:  18-2 Riverdale High School

VTD:  19-2 New Vision Baptist Church

VTD:  20-1 Blackman United Methodist Church

VTD:  20-2 Blackman High School

VTD:  21-1 Hobgood Elementary School

VTD:  21-2 BlackFox Elementary School

VTD:  2-1 Lascassas Elementary School

VTD:  12-3 LaVergne High School

VTD:  4-5 Bud's Tire

VTD:  9-2 Browns Chapel Elementary School:

Block 408061000, Block 408061001, Block 408061002, Block
408061003, Block 408061004, Block 408061005, Block 408061006, Block
408061007, Block 408061008, Block 408061009, Block 408061010, Block
408061011, Block 408061012, Block 408061013, Block 408061014, Block
408061015, Block 408064012, Block 408064013, Block 408064014, Block
408064015, Block 408064016, Block 408064019, Block 408064021, Block
408064022, Block 408064023, Block 408064034, Block 408071000, Block
408071001, Block 408071002, Block 408071003, Block 408071004, Block

019155

408071005, Block 408071006, Block 408071007, Block 408071008, Block 408071009, Block 408071010, Block 408071011, Block 408071012, Block 408071013, Block 408071014, Block 408071015, Block 408071016, Block 408071017, Block 408071018, Block 408071019, Block 408071020, Block 408071021, Block 408071022, Block 408071023, Block 408071024, Block 408071025, Block 408071028, Block 408071029, Block 408071030, Block 408072000, Block 408072001, Block 408072002, Block 408072003, Block 408072004, Block 408072016, Block 423021045, Block 423021057

VTD:  11-1 Smyrna Middle School:

Block 403031000, Block 403041000, Block 403041001, Block 403041002, Block 403041003, Block 403041004, Block 403041005, Block 403041006, Block 403041007, Block 403041008, Block 403041009, Block 403041010, Block 403041011, Block 403041012, Block 403041013, Block 403041014, Block 403041015, Block 403041016, Block 403041017, Block 403041018, Block 403041019, Block 403041020, Block 403041024, Block 403051000, Block 403051001, Block 403051002, Block 403051003, Block 403051004, Block 403051005, Block 403051006, Block 403051007, Block 403051008, Block 403051009, Block 403051010, Block 403051011, Block 403051012, Block 403051013, Block 403051014, Block 403051015, Block 403051016, Block 403051017, Block 403051018, Block 403051019, Block 403051020, Block 403051021, Block 403051022, Block 403051023, Block 403051024, Block 403112000, Block 403112001, Block 403112002, Block 403112003, Block 403112004, Block 403112005, Block 403112006, Block 422001012, Block 422001013, Block 422001014, Block 422001015, Block 422001022, Block 422002021, Block 422002022, Block 423011007, Block 423011008, Block 423011009, Block 423011010, Block 423011011

VTD:  19-1 Creekmont General Baptist Church:

019155

Block 403092030, Block 403092046, Block 403093006, Block 403093007, Block 403093008, Block 403093009, Block 403093010, Block 403093012, Block 403093013, Block 403093014, Block 403093017, Block 403093018, Block 403093019, Block 403093020, Block 403093021, Block 403093022, Block 403093023, Block 403093024, Block 403093025, Block 403093026, Block 403093027, Block 403093031, Block 403093032, Block 403093033, Block 403093041, Block 403093042, Block 403093045, Block 403101018, Block 403101019, Block 403101020, Block 403103000, Block 403103001, Block 403103002, Block 403103003, Block 403103004, Block 403103005, Block 403103006, Block 403103007, Block 403103008, Block 403103009, Block 403103010, Block 403103011, Block 403103012, Block 403103013, Block 403103014, Block 403103015, Block 403103016, Block 403103017, Block 403103018, Block 403103019, Block 403103020, Block 403103021, Block 403103022, Block 403103023, Block 403103024, Block 403103025, Block 403103026, Block 403103027, Block 403103028, Block 403103029, Block 403103030, Block 403103031

**Sequatchie County**

**Van Buren County**

**Warren County**

(5) **District 5:**

**Benton County**

**Dyer County**

**Henry County**

**Hickman County**

**Houston County**

**Humphreys County**

**Lake County**

019155

**Lauderdale County**

**Lewis County**

**Maury County:**

VTD:  Spring Hill

VTD:  Theta

VTD:  Armory

VTD:  Santa Fe

VTD:  CP Church

VTD:  Mt. Pleasant

VTD:  Hampshire

VTD:  Bigbyville

VTD:  Spring Hill Middle

VTD:  Neapolis

VTD:  St. Catherine:

Block 108011000, Block 108011001, Block 108011002, Block 108011003, Block 108011004, Block 108011005, Block 108011006, Block 108011007, Block 108011008, Block 108011009, Block 108011010, Block 108011011, Block 108011012, Block 108011013, Block 108011014, Block 108011015, Block 108011016, Block 108011017, Block 108011018, Block 108011019, Block 108011020, Block 108011021, Block 108011022, Block 108011023, Block 108011024, Block 108011025, Block 108011026, Block 108011027, Block 108011028, Block 108011029, Block 108011030, Block 108011031, Block 108011032, Block 108011033, Block 108011034, Block 108011035, Block 108011036, Block 108011037, Block 108012008, Block 108012009, Block 108012010, Block 108012011, Block 108012013, Block 108012014, Block 108012017, Block 108012018, Block 108012019, Block 108012031, Block 108012032, Block 108012033, Block 108012034, Block

019155

108012035, Block 108021067, Block 108021079, Block 108021090, Block 108021091, Block 108021092, Block 108021093, Block 108021094, Block 108021095, Block 108021096, Block 108021102, Block 108022011, Block 108022012, Block 108022013, Block 108022014, Block 108022015, Block 108022016, Block 108022017, Block 108022018, Block 108022019, Block 108022020, Block 108022021, Block 108022022, Block 108022023, Block 108022024, Block 108022025, Block 108022026, Block 108022027, Block 108022028, Block 108022032, Block 108023000, Block 108023001, Block 108023002, Block 108023003, Block 108023004, Block 108023005, Block 108023006, Block 108023007, Block 108023008, Block 108023009, Block 108023012, Block 108023013, Block 108023014, Block 108023015, Block 108023016, Block 108023017, Block 108023018, Block 108023019, Block 108023020, Block 108023021, Block 108023022, Block 108023023, Block 108023024, Block 108023025, Block 108023026, Block 108023027, Block 108023028, Block 108023029, Block 108023030, Block 108023034, Block 108023035, Block 108023036, Block 108023037, Block 108023038, Block 108023039, Block 108023040, Block 108023041, Block 108023042, Block 108023043, Block 108023044, Block 108023045, Block 108023048, Block 108023049, Block 108023050, Block 108023051, Block 108023052, Block 108023053, Block 108023054, Block 108023056, Block 108023060, Block 108023061, Block 108024000, Block 108024001, Block 108024002, Block 108024003, Block 108024004, Block 108024005, Block 108024006, Block 108024007, Block 108024008, Block 108024009, Block 108024010, Block 108024011, Block 108024012, Block 108024013, Block 108024014, Block 108024015, Block 108024016, Block 108024017, Block 108024018, Block 108024019, Block 108024020, Block 108024021, Block 108024022, Block 109001050, Block 109001051, Block 109001052, Block 109001056, Block

019155

109001057, Block 109001058, Block 110041000, Block 110041001, Block 110041002, Block 110041003, Block 110041004, Block 110041005, Block 110041019, Block 110041020

VTD: West End:

Block 103011035, Block 103011036, Block 103011037, Block 103011042, Block 103011047, Block 103011048, Block 103011072, Block 104012000, Block 104012001, Block 104012002, Block 104012010, Block 104012011, Block 104022000, Block 104022001, Block 104022002, Block 104022003, Block 104022004, Block 104022005, Block 104022006, Block 104022007, Block 104022008, Block 104022009, Block 104022010, Block 104022011, Block 104022012, Block 104022013, Block 104022014, Block 104022015, Block 104022016, Block 104022017, Block 104022018, Block 104022019, Block 104022026, Block 104022027, Block 104022028, Block 104022029, Block 104022030, Block 104022031, Block 104022032, Block 104022033, Block 104022034, Block 104022035, Block 104022036, Block 104022037, Block 104022038, Block 104022039, Block 104022040, Block 104022041, Block 104022042, Block 104022043, Block 104022044, Block 104022045, Block 104022061, Block 104022062, Block 104022063, Block 104022066, Block 104022067, Block 104022068, Block 104022069, Block 104022070, Block 104022071, Block 104022072, Block 104022073, Block 104022074, Block 104022075, Block 104022076, Block 104022077, Block 104022078, Block 104022079, Block 104022080, Block 104022081, Block 104022086, Block 106001000, Block 106001001, Block 106001002, Block 106001003, Block 106001004, Block 106001005, Block 106001006, Block 106001009, Block 106001011, Block 106001012, Block 106001034, Block 106001035, Block 106001036, Block 106001041, Block 108021061, Block 108021068, Block 108021069, Block 108021070, Block 108021081, Block

 019155

108021082, Block 108021083, Block 108021084, Block 108021085, Block 108021086, Block 108021087

VTD: Highland:

Block 108022004, Block 108022005, Block 108022006, Block 108022008, Block 108022009, Block 108022010

VTD: First Family:

Block 111011007, Block 111013019

VTD: Pleasant Heights:

Block 110041082, Block 110041083, Block 110041084, Block 110041089, Block 111011006, Block 111011009, Block 111011010, Block 111011011, Block 111011012, Block 111011013, Block 111011014, Block 111011015, Block 111011016, Block 111011017, Block 111011018, Block 111011019, Block 111011020, Block 111011021, Block 111011022, Block 111011023, Block 111011024, Block 111011025, Block 111011026, Block 111011027, Block 111011028, Block 111011029, Block 111011030, Block 111011031, Block 111011032, Block 111011033, Block 111011034, Block 111011035, Block 111011036, Block 111011037, Block 111011038, Block 111011039, Block 111011040, Block 111011041, Block 111011042, Block 111011043, Block 111011044, Block 111011045, Block 111012027, Block 111012029, Block 111012038, Block 111013004, Block 111013010, Block 111013011, Block 111013012, Block 111013013, Block 111013020, Block 111013021, Block 111013022, Block 111013023, Block 111013024, Block 111013025, Block 111013026, Block 111013027, Block 111013028, Block 111013029, Block 111013030, Block 111013031, Block 111013032, Block 111013033, Block 111013034, Block 111013035, Block 111013036, Block 111013037, Block 111013038, Block 111013039, Block 111013040, Block 111013041, Block 111013042, Block 111021024, Block 111021025, Block

019155

111021026, Block 111021027, Block 111021028, Block 111021029, Block 111021030, Block 111021031, Block 111021032, Block 111021033, Block 111021034, Block 111021040, Block 111021041, Block 111021042, Block 111021054

VTD: Riverside:

Block 104021000, Block 104021001, Block 104021002, Block 104021003, Block 104021004, Block 104021005, Block 104021006, Block 104021007, Block 104021008, Block 104021009, Block 104021010, Block 104021011, Block 104021012, Block 104021013, Block 104021014, Block 104021015, Block 104021016, Block 104021017, Block 104021018, Block 104021019, Block 104021020, Block 104022020, Block 104022021, Block 104022022, Block 104022023, Block 104022024, Block 104022025, Block 104022046, Block 104022047, Block 104022048, Block 104022049, Block 104022050, Block 104022051, Block 104022052, Block 104022053, Block 104022054, Block 104022055, Block 104022056, Block 104022064, Block 104022065, Block 104022082, Block 104022083, Block 104022084, Block 104022085

**Montgomery County:**

VTD: 8A

VTD: 10

VTD: 11

VTD: 8B

VTD: 9:

Block 1013041000, Block 1013041001, Block 1013041002, Block 1013041003, Block 1013041004, Block 1013041005, Block 1013041006, Block 1013041007, Block 1013041008, Block 1013041009, Block 1013041010, Block 1013041011, Block 1013041012, Block 1013041013, Block 1013041014, Block

019155

1013041015, Block 1013041016, Block 1013041017, Block 1013041018, Block 1013041019, Block 1013041020, Block 1013041021, Block 1013041022, Block 1013041023, Block 1013041024, Block 1013041025, Block 1013041026, Block 1013041027, Block 1013041028, Block 1013041029, Block 1013042000, Block 1013042001, Block 1013042002, Block 1013042003, Block 1013042004, Block 1013042005, Block 1013042006, Block 1013042007, Block 1013042008, Block 1013042009, Block 1013042010, Block 1013042011, Block 1013042012, Block 1013042013, Block 1013042014, Block 1013042015, Block 1013042016, Block 1013042017, Block 1013042018, Block 1013042019, Block 1013043000, Block 1013043001, Block 1013043002, Block 1013043003, Block 1013043004, Block 1013043005, Block 1013043006, Block 1013043007, Block 1013043008, Block 1013043009, Block 1013043010, Block 1013043011, Block 1013043012, Block 1013043013, Block 1013043014, Block 1013043015, Block 1013043016, Block 1013043017, Block 1013043018, Block 1013043019, Block 1013043020, Block 1013043021, Block 1013043022, Block 1013043023, Block 1013043024, Block 1013043025, Block 1013043026, Block 1013043027, Block 1013043028, Block 1013051008, Block 1013051013, Block 1013051014, Block 1013051015, Block 1013051016, Block 1013051017, Block 1013051018, Block 1013052004, Block 1013052005, Block 1013052006, Block 1013052008, Block 1013052009, Block 1013052012, Block 1013052013, Block 1013052014, Block 1013052015, Block 1014001094, Block 1014002000, Block 1014002001, Block 1014002002, Block 1014002003, Block 1014002004, Block 1014002005, Block 1014002006, Block 1014002007, Block 1014002008, Block 1014002009, Block 1014002010, Block 1014002011, Block 1014002012, Block 1014002013, Block 1014002014, Block 1014002015, Block 1014002016, Block 1014002017, Block 1014002018, Block 1014002019, Block 1014002020, Block 1014002021, Block 1014002022, Block 1014002023, Block 1014002024, Block 1014002025, Block 1014002026, Block

019155

1014002027, Block 1014002028, Block 1014002029, Block 1014002030, Block 1014002031, Block 1014002032, Block 1014002033, Block 1014002034, Block 1014002035, Block 1014002036, Block 1014002037, Block 1014002038, Block 1014002039, Block 1014002040, Block 1014002041, Block 1014002042, Block 1014002043, Block 1014002044, Block 1014002045, Block 1014002046, Block 1014002047, Block 1014002048, Block 1014002049, Block 1014002050, Block 1014002051, Block 1014002052

VTD: 12:

Block 1010011012, Block 1010011013, Block 1010011014, Block 1010011025, Block 1013062000, Block 1013062001, Block 1013062002, Block 1013062003, Block 1013062004, Block 1013062005, Block 1013062006, Block 1013062007, Block 1013062008, Block 1013062009, Block 1013062010, Block 1013062011, Block 1013062012, Block 1013062013, Block 1013062016, Block 1013063000, Block 1013063001, Block 1013063002, Block 1013063003, Block 1013063004, Block 1013063005, Block 1013063006, Block 1013063007, Block 1013063008, Block 1013063009, Block 1013063010, Block 1013063011, Block 1013063012, Block 1013063013, Block 1013063014, Block 1013071000, Block 1013071001, Block 1013071002, Block 1013071004, Block 1013071005, Block 1013071006, Block 1013071019, Block 1013071020, Block 1013071021, Block 1013071022, Block 1013071024, Block 1013071025, Block 1013071026, Block 1013071027, Block 1013071028, Block 1013071029

VTD: 13:

Block 1009001004, Block 1009001005, Block 1009001006, Block 1009001007

VTD: 18:

019155

Block 1013091008, Block 1013091009, Block 1013091010, Block 1013091011, Block 1013091012, Block 1013091013, Block 1013091014, Block 1013091015, Block 1013091016, Block 1013091017

VTD: 16:

Block 1009001008, Block 1009001009, Block 1009001023, Block 1010012009, Block 1010012010, Block 1010012015, Block 1010012016, Block 1010012022, Block 1010012023, Block 1010012024, Block 1010012025, Block 1010012026, Block 1010012027, Block 1010012028, Block 1010012033, Block 1010012034, Block 1010012042, Block 1010012044, Block 1010012045, Block 1010012048, Block 1010012049, Block 1011012004, Block 1011012005, Block 1011012008, Block 1011012009, Block 1011012010, Block 1011012011, Block 1011012012, Block 1011012013, Block 1011023012, Block 1011023013, Block 1011023017, Block 1011023018, Block 1011023019, Block 1011023020, Block 1011024000, Block 1011024001, Block 1011024002, Block 1011024003, Block 1011024004, Block 1011024005, Block 1011024006, Block 1011024007, Block 1011024008, Block 1011024009, Block 1011024010, Block 1011024011, Block 1011024012, Block 1011024013, Block 1011024014, Block 1011024015, Block 1011024016, Block 1011024017, Block 1011024018, Block 1011024019, Block 1011024020, Block 1011024021, Block 1011024022, Block 1011024023, Block 1011031000, Block 1011031001, Block 1011031002, Block 1011031003, Block 1011031004, Block 1011031005, Block 1011031006, Block 1011031007, Block 1011031008, Block 1011031009, Block 1011031010, Block 1011031011, Block 1011031012, Block 1011031013, Block 1011031014, Block 1011031015, Block 1011031017, Block 1011031018, Block 1011031019, Block 1011031020, Block 1011031021, Block 1011031022, Block 1011031023, Block 1011031024, Block 1011031029

**Obion County**

019155

**Shelby County:**

VTD: McConnells

VTD: Memphis 01

VTD: Memphis 02

VTD: Memphis 11

VTD: Memphis 12

VTD: Memphis 13

VTD: Memphis 16-3

VTD: Memphis 16-1

VTD: Memphis 17

VTD: Memphis 20-1

VTD: Memphis 20-3

VTD: Memphis 21

VTD: Memphis 28

VTD: Memphis 33

VTD: Memphis 34-2

VTD: Memphis 50-2

VTD: Memphis 36-1

VTD: Memphis 36-2

VTD: Memphis 41-3

VTD: Memphis 42-1

VTD: Memphis 49

VTD: Memphis 50-1

VTD: Memphis 52-1

VTD: Memphis 69-2

VTD: Memphis 70-1

VTD: Memphis 70-2

019155

VTD: Memphis 71-4

VTD: Memphis 72-3

VTD: Memphis 72-7

VTD: Memphis 75-1

VTD: Memphis 75-11

VTD: Memphis 75-6

VTD: Memphis 75-7

VTD: Memphis 76-4

VTD: Memphis 76-5

VTD: Memphis 77-1

VTD: Memphis 82-2

VTD: Memphis 83

VTD: Memphis 84-2

VTD: Memphis 86

VTD: Memphis 88-4

VTD: Memphis 90-3

VTD: Memphis 87-2:

Block 205323004, Block 205323011, Block 205323013, Block 205323015, Block 205323016, Block 205323017, Block 205323023, Block 205323024, Block 205323025

VTD: Lucy 1:

Block 103001001, Block 103001003, Block 202211009, Block 202211010, Block 202211020, Block 202211022, Block 202211023, Block 202211043, Block 202211048, Block 202211052, Block 202211053, Block 202211054, Block 202211055, Block 202212008, Block 202212009, Block 202212010, Block 202212011, Block 202212012, Block 202212013, Block 202212014, Block 202212015, Block 202212016, Block 202212017, Block

019155

202212018, Block 202212019, Block 202212020, Block 202212021, Block 202212022, Block 202212023, Block 202212024, Block 202212025, Block 202212026

VTD: Memphis 26:

Block 59001001, Block 59001002, Block 59001003, Block 59001004, Block 59001005, Block 59001006, Block 59001007, Block 59001008, Block 59001009, Block 59001010, Block 59001011, Block 59001012, Block 59001013, Block 59001014, Block 59001015, Block 59001016, Block 59001017, Block 59001018, Block 62001013, Block 62001014, Block 115001000, Block 115001001, Block 115001002, Block 115001003, Block 115001004, Block 115001005, Block 115001007, Block 115002004, Block 115002007, Block 115002008, Block 115002009, Block 115002010, Block 115002011, Block 115002012, Block 115002014, Block 115002015, Block 115003000, Block 115003001, Block 115003002, Block 115003003, Block 115003004, Block 115003005, Block 115003006, Block 115003007, Block 115003008, Block 115003009, Block 115003010, Block 115003011, Block 115003012, Block 115003013, Block 115004000, Block 115004001, Block 115004002, Block 115004003, Block 115004004, Block 115004005, Block 115004006, Block 115004007, Block 115004008, Block 115004009, Block 115004010, Block 115004011, Block 115004012, Block 115004013, Block 115004014, Block 115004015, Block 115004016, Block 115004017, Block 115004018, Block 115004019, Block 115004020, Block 115004022, Block 115004023, Block 115004024, Block 115004025

VTD: Memphis 31-2:

Block 62001000, Block 62001001, Block 62001002, Block 62001004, Block 62001005, Block 62001006, Block 62001007, Block 62001015, Block 62001016, Block 62001017, Block 62001018, Block 62001019, Block 62001020,

019155

Block 62001021, Block 62001022, Block 62001023, Block 62001024, Block 62001025, Block 62001028, Block 63001000, Block 63001001, Block 63001002, Block 63001003, Block 63001004, Block 63001005, Block 63001011, Block 63001012, Block 63002000, Block 63002001, Block 63002002, Block 63002003, Block 63002004, Block 63002005, Block 63002006, Block 63002007, Block 63002008, Block 63002009, Block 63002010, Block 63002011, Block 63002012, Block 63002013, Block 63002014, Block 63003002, Block 63003003, Block 63003007, Block 63003008

VTD: Memphis 31-4:

Block 66002005, Block 66002008, Block 66002009, Block 66002010

VTD: Memphis 53-1:

Block 111001026, Block 111001027, Block 111001032, Block 111001034, Block 111001036, Block 111001041, Block 111001043, Block 111001044

VTD: Memphis 60-3:

Block 75002009, Block 78102010, Block 78102011, Block 78102016, Block 78221000, Block 78221001, Block 78221002, Block 78221003, Block 78221004, Block 78221005, Block 78221006, Block 78221007, Block 78221008, Block 78221009, Block 78221010, Block 78221011, Block 78221012, Block 78221013, Block 78221014, Block 78221015, Block 78221016, Block 78221017, Block 78221018, Block 78221019, Block 78221020, Block 78221021, Block 78221022, Block 78221023, Block 78221024, Block 78221025, Block 78221026, Block 78221027, Block 78221028, Block 78221029, Block 78221030, Block 78221031, Block 78221032, Block 78221033, Block 78221034, Block 78221035, Block 78221036, Block 78221037, Block 78221038, Block 78221039, Block 225001016, Block 225001017, Block 225001018, Block 225001019, Block 225001061, Block 225001062, Block 225001063

019155

VTD: Memphis 60-9:

Block 60001021, Block 60001022, Block 60001023, Block 115004021

VTD: Memphis 62-0:

Block 11001000, Block 88002000, Block 88002002, Block 88002003, Block 88002004, Block 88002005, Block 88002006, Block 88002007, Block 88002008, Block 88002009, Block 88002010, Block 88002011, Block 88002012, Block 88002013, Block 88002014, Block 88002015, Block 88002016, Block 88002017, Block 88002018, Block 88002019, Block 88002020, Block 88002021, Block 88002022, Block 88002023, Block 88002024, Block 88002026, Block 88002027, Block 88002030, Block 88003000, Block 88003001, Block 88003002, Block 88003003, Block 88003004, Block 88003005, Block 88003006, Block 88003007, Block 88003008, Block 88003009, Block 88003010, Block 88003011, Block 88003012, Block 88003013, Block 88003014, Block 88003015, Block 88003016, Block 88003020, Block 88003022, Block 89001003, Block 89001004, Block 89001005, Block 89001006, Block 89001009, Block 89001010, Block 89001011, Block 89001012, Block 89001013, Block 89001014, Block 89002000, Block 89002001, Block 89002002, Block 89002003, Block 89002004, Block 89002005, Block 89002006, Block 89002007, Block 89002008, Block 89002009, Block 89002010, Block 89002011, Block 89002012, Block 89002013, Block 89002014, Block 89002015, Block 89002016, Block 89002017, Block 89002018, Block 89002019, Block 89003007, Block 89003008, Block 89003009, Block 89003010, Block 89003011, Block 89003012, Block 89003013, Block 89003014, Block 89003015, Block 89003016, Block 89003020, Block 89003021, Block 89003022, Block 89003023, Block 89003024, Block 89003025, Block 89003026, Block 89003027, Block 89003028, Block 89003029, Block 89003030, Block 89003031, Block 89003032, Block 89003033, Block 89003034, Block 89003035, Block 89003036, Block 89003037, Block 89003038

019155

VTD: Memphis 90-2:

Block 205211006, Block 205211007, Block 205211008, Block 205211009, Block 205211010, Block 205211011, Block 205211012, Block 205212000, Block 205212001, Block 205212002, Block 205212003, Block 205212004, Block 205212005, Block 205212006, Block 205212007, Block 205212008, Block 205212009, Block 205212010, Block 205212011, Block 205212012, Block 205213000, Block 205213001, Block 205213002, Block 205213003, Block 205213004, Block 205213005, Block 205213006, Block 205213007, Block 205213008, Block 205213009, Block 205213010, Block 205213011, Block 205213012, Block 205231013, Block 205232000, Block 205232001, Block 205232002, Block 205232003, Block 205232004, Block 205232005, Block 205232006, Block 205232007, Block 205232008, Block 205232009, Block 205232010, Block 205232011, Block 205232012, Block 205232013, Block 205232014, Block 205232015, Block 205242000, Block 205242001, Block 205242002, Block 205242012, Block 205242013, Block 205242014, Block 205243000, Block 205243001, Block 205243002, Block 205243003, Block 205243004, Block 205243010, Block 205243011, Block 205243012, Block 205243013, Block 205243014, Block 205243015

VTD: Millington 1:

Block 201011000, Block 201011001, Block 201011002, Block 201011003, Block 201011004, Block 201011005, Block 201011006, Block 201011007, Block 201011008, Block 201011010, Block 201011012, Block 201011013, Block 201011014, Block 201011015, Block 201011016, Block 201021000, Block 201021001, Block 201021002, Block 201021003, Block 201021004, Block 201021005, Block 201021006, Block 201021007, Block 201021008, Block 201021009, Block 201021010, Block 201021011, Block 201021012, Block 201021013, Block 201021014, Block 201021015, Block

019155

201021016, Block 201021017, Block 201021018, Block 201021019, Block 201021020, Block 201021021, Block 201021022, Block 201021023, Block 201021024, Block 201021025, Block 201021026, Block 201022000, Block 201022001, Block 201022002, Block 201022003, Block 201022004, Block 201022005, Block 201022006, Block 201022007, Block 201022008, Block 201022009, Block 201022011, Block 201022012, Block 202103005, Block 202103006, Block 202103007, Block 202103008, Block 202103009, Block 202103010, Block 202212001, Block 202212003, Block 202212005, Block 202212007

**Stewart County**

**Tipton County:**

VTD: 06 Tipton West

VTD: 14 Southwest Tipton

VTD: 12 Munford

VTD: 21 W. Wilkinsville:

Block 401003009, Block 401003010, Block 401003011, Block 401003018, Block 401003019, Block 403021035, Block 403021036, Block 403021037, Block 403021039, Block 403021040, Block 403021071, Block 403021081, Block 403031013, Block 403031014, Block 403031015, Block 403031016, Block 403031017, Block 403031018, Block 403031019, Block 403031022, Block 403031024, Block 403031025, Block 403031026, Block 403031027, Block 403031028, Block 403031029, Block 403031030, Block 403031031, Block 403031032, Block 403031036, Block 403031038, Block 403031040, Block 403031041, Block 403031044, Block 403031045, Block 403033003, Block 403033005, Block 403033006, Block 403033007, Block 403033008, Block 403033010, Block 403033011, Block 403033012, Block 403033013, Block 403033014, Block 403033015, Block 403033016, Block

019155

403033017, Block 403033018, Block 403033019, Block 403033020, Block 403033021, Block 403033022, Block 403033023, Block 403033024, Block 403033025, Block 403033026, Block 403033027, Block 403033028, Block 403033029, Block 403033030, Block 403033031, Block 403033032, Block 403033033, Block 403042007, Block 403042009, Block 403042010, Block 403042013

VTD: 22 Brighton:

Block 403043003, Block 403043005, Block 403043006, Block 403043007, Block 403043014, Block 405001010, Block 405001019, Block 405001020

**Weakley County**

**Williamson County:**

VTD: 1-1 Westwood Elementary School

VTD: 1-2 Fairview Recreation Center

VTD: 1-3 Old Pinewood School

VTD: 1-4 Burwood Community Center

VTD: 2-2 Thompson Station Baptist Church

VTD: 2-3 Oakview Elementary School

VTD: 3-1 Heritage Elementary School

VTD: 3-2 Longview Recreation Center

VTD: 8-2 First Presbyterian Church

VTD: 8-3 Episcopal Church

VTD: 9-1 Walnut Grove Elementary School

VTD: 9-2 Benton Hall School

VTD: 9-3 Westhaven Clubhouse

VTD: 9-4 Grace Chapel Church

VTD: 10-1 Franklin Recreation Complex

019155

VTD: 10-2 Liberty Elementary School

VTD: 10-3 Hunter's Bend Elementary School

VTD: 11-1 Franklin Elementary School

VTD: 11-2 Robert Ring Indoor Soccer Complex

VTD: 11-3 Winstead Elementary School

VTD: 12-1 Franklin Community of Faith Church

VTD: 12-2 The Church of the City-Franklin

VTD: 9-5 Independence High School

VTD: 1-5 The Church of Spring Hill

VTD: 2-5 Fire & Rescue Station #24

VTD: 3-3 Chapman's Retreat Elementary School:

Block 512071000, Block 512071001, Block 512071002, Block 512071003, Block 512071004, Block 512071005, Block 512071006, Block 512071007, Block 512071008, Block 512071009, Block 512071010, Block 512071011, Block 512071012, Block 512071013, Block 512071014, Block 512071015, Block 512071016, Block 512071017, Block 512071018, Block 512071019, Block 512071020, Block 512071021, Block 512071022, Block 512071023, Block 512071024, Block 512071025, Block 512071026, Block 512071027, Block 512071028, Block 512072008, Block 512072009, Block 512072010, Block 512072011, Block 512072012, Block 512072013, Block 512072014, Block 512072015, Block 512072016, Block 512072017, Block 512072018, Block 512072019, Block 512072028, Block 512072035

(6) **District 6:**

**Campbell County:**

VTD: College Hill

VTD: Caryville

VTD: Jacksboro

019155

VTD:  Campbell County High School

VTD:  Jacksboro Station

VTD:  Pinecrest

VTD:  Ridgewood

VTD:  Clinchmore

VTD:  West LaFollette:

Block 9501003075, Block 9501003076, Block 9506011001, Block 9506011002, Block 9506011003, Block 9506011004, Block 9506011005, Block 9506011006, Block 9506011007, Block 9506011008, Block 9506011009, Block 9506011010, Block 9506011011, Block 9506011013, Block 9506011014, Block 9506011016, Block 9506011027, Block 9506011029, Block 9506011030, Block 9506011031, Block 9506011032, Block 9506011033, Block 9506011034, Block 9506011035, Block 9506011036, Block 9506011037, Block 9506011038, Block 9506011039, Block 9506011040, Block 9506011043, Block 9506011044, Block 9506011045, Block 9506012001, Block 9506012003, Block 9506012004, Block 9506012005, Block 9506012006, Block 9506012007, Block 9506012008, Block 9506012009, Block 9506012010, Block 9506012011, Block 9506012012, Block 9506012013, Block 9506012014, Block 9506012015, Block 9506012016, Block 9506012017, Block 9506012018, Block 9506012019, Block 9506012020, Block 9506012021, Block 9506012022, Block 9506012023, Block 9506012024, Block 9506012025, Block 9506012026, Block 9506012029, Block 9506012030, Block 9506012031, Block 9506012032, Block 9506012033, Block 9506012034, Block 9506012035, Block 9506012036, Block 9506012037, Block 9506012038, Block 9506012039, Block 9506012040, Block 9506012041, Block 9506021000, Block 9506021001, Block 9506021002, Block 9506021003, Block 9506021004, Block 9506021005, Block 9506021006, Block 9506021007, Block 9506021008, Block 9506021009, Block 9506021010, Block 9506021011, Block 9506021012, Block

019155

9506021013, Block 9506021014, Block 9506021015, Block 9506021016, Block 9506021017, Block 9506021018, Block 9506021019, Block 9506021020, Block 9506021021, Block 9506021022, Block 9506021024, Block 9506022000, Block 9506022001, Block 9506022002, Block 9506022003, Block 9506022008, Block 9506022010, Block 9506022013, Block 9506022014

VTD:  East LaFollette:

Block 9506012002, Block 9506012027, Block 9506012028, Block 9507021048, Block 9507021049

**Clay County**

**Cumberland County**

**Davidson County:**

VTD:  5-1

VTD:  5-3

VTD:  5-5

VTD:  6-1

VTD:  6-2

VTD:  6-4

VTD:  6-5

VTD:  7-1

VTD:  7-2

VTD:  7-3

VTD:  7-4

VTD:  7-5

VTD:  7-6

VTD:  8-2

VTD:  9-1

VTD:  9-2

019155

VTD: 9-3

VTD: 11-1

VTD: 11-2

VTD: 11-3

VTD: 11-4

VTD: 12-1

VTD: 12-3

VTD: 12-4

VTD: 14-2

VTD: 15-1

VTD: 15-2

VTD: 15-3

VTD: 15-4

VTD: 16-1

VTD: 16-4

VTD: 17-1

VTD: 17-2

VTD: 17-3

VTD: 17-4

VTD: 17-6

VTD: 17-7

VTD: 18-1

VTD: 18-2

VTD: 18-3

VTD: 18-4

VTD: 19-4

VTD: 19-6

019155

VTD: 21-1

VTD: 21-3

VTD: 21-4

VTD: 23-5

VTD: 24-1

VTD: 24-2

VTD: 24-4

VTD: 24-5

VTD: 2-2:

Block 109042023, Block 109042024, Block 110012000, Block
110012001, Block 110012002, Block 110012003, Block 110012008, Block
110013000, Block 110013001, Block 110013002, Block 110013003, Block
110013004, Block 110013005, Block 110013006, Block 110013007, Block
110013008, Block 110013009, Block 110013010, Block 110013011, Block
110013012

VTD: 2-3:

Block 110012004, Block 110012007, Block 113002013, Block 126001010

VTD: 5-2:

Block 113001022, Block 113001023, Block 113001024, Block
113002000, Block 113002001, Block 113002002, Block 113002003, Block
113002004, Block 113002005, Block 113002006, Block 113002007, Block
113002008, Block 113002011, Block 113002014, Block 113002015, Block
113002016, Block 113002017, Block 113002018, Block 113002019, Block
113002020, Block 113002021, Block 113002025, Block 113002026, Block
113002027, Block 113002028, Block 113003011, Block 113003012, Block
113003013, Block 113003014, Block 113003015, Block 113003016, Block
113003017, Block 113003018, Block 113003019, Block 113003020, Block

019155

113003021, Block 113003022, Block 118001000, Block 118001001, Block 118001002, Block 118001003, Block 118001004, Block 118001005, Block 118001006, Block 118001007, Block 118001008, Block 118001009, Block 118001010, Block 118001011, Block 118001012, Block 118001013, Block 118001014, Block 118001015, Block 118001016, Block 118001017, Block 118001018, Block 118001019, Block 118001020, Block 118001021, Block 118001022, Block 118001023, Block 118001024, Block 118001025, Block 118001026, Block 118001027, Block 118001028, Block 118001029, Block 118002000, Block 118002001, Block 118002002, Block 118002003, Block 118002004, Block 118002005, Block 118002006, Block 118002007, Block 118002008, Block 118002009, Block 118002010, Block 118002011, Block 118002012, Block 118002013, Block 118002014, Block 118002015, Block 118002016, Block 118002017, Block 118002018, Block 118002019, Block 118002020, Block 118002021, Block 118002022, Block 118003007, Block 118003008, Block 118003020, Block 118003021, Block 118003022, Block 118003023, Block 126001000, Block 126001001, Block 126001002, Block 126001003, Block 126001004, Block 126001005, Block 126001006, Block 126001007, Block 126001008, Block 126001011, Block 126001019, Block 126001020, Block 126001021, Block 126001022, Block 126001023, Block 126001024, Block 126001026, Block 126001027, Block 126001028, Block 126001029, Block 126001030, Block 126001031, Block 126001032, Block 126001033, Block 126001034, Block 126001035, Block 126001036, Block 126001037, Block 126001038, Block 126001039, Block 126001040, Block 126001041, Block 126001042, Block 126001043, Block 126001047, Block 126001048, Block 126001049, Block 126001050

VTD:  5-4:

   019155

Block 117006007, Block 117006008, Block 117006009, Block 117006010, Block 117006011, Block 117006012, Block 117006013, Block 117006014, Block 117006015, Block 118003000, Block 118003001, Block 118003002, Block 118003003, Block 118003004, Block 118003005, Block 118003006, Block 118003009, Block 118003010, Block 118003011, Block 118003012, Block 118003013, Block 118003014, Block 118003015, Block 118003016, Block 118003017, Block 118003018, Block 118003019, Block 118003024, Block 118003025, Block 118003026, Block 118003027, Block 118003028, Block 118003029, Block 118003030, Block 119001003, Block 119001004, Block 126001012, Block 126001013, Block 126001014, Block 126001015, Block 126001016, Block 126001017, Block 126001018, Block 126001025, Block 126001044, Block 126001045, Block 126001046, Block 126001051, Block 126001052, Block 126001053, Block 126001054, Block 126001055, Block 126001056, Block 126001057, Block 126001058, Block 126001059, Block 126001060, Block 126001061, Block 126001062

VTD:  6-3:

Block 122001012, Block 122001013, Block 122001014, Block 122001015, Block 122001016, Block 122001023, Block 122001024, Block 122001025, Block 192003000, Block 192003001, Block 192003002, Block 192003003, Block 192003004, Block 192003005, Block 192003006, Block 192003007, Block 192003008, Block 192003009, Block 192003010, Block 192003011, Block 192003012, Block 192003013, Block 192003014, Block 192003015, Block 192003016, Block 192003017, Block 192003018, Block 192003019, Block 192003020, Block 192003021, Block 192004000, Block 192004001, Block 192004002, Block 192004003, Block 192004004, Block 192004005, Block 192004006, Block 192004007, Block 192004008, Block 192004009, Block 192004010, Block 192004011, Block 192004012, Block

019155

192004013, Block 192004014, Block 192004015, Block 192004016, Block 192004017, Block 192004018, Block 192004019, Block 193001020, Block 193001021, Block 193001038, Block 193001039, Block 193001040, Block 193001041, Block 193001042, Block 193001044, Block 193001045, Block 193001046, Block 193001047, Block 193001048, Block 193001049, Block 193001050, Block 193001051, Block 193001052, Block 193001053, Block 193001054, Block 193001055, Block 193001056, Block 193001057, Block 193001058, Block 193001059, Block 193001060, Block 193001061, Block 193001062, Block 193001063, Block 193001064, Block 193001065, Block 193001066, Block 193001067, Block 193001068, Block 193001069, Block 193001070, Block 193001071, Block 193002000, Block 193002001, Block 193002002, Block 193002003, Block 193002004, Block 193002005, Block 193002006, Block 193002007, Block 193002008, Block 193002009, Block 193002010

VTD:  8-1:

Block 108021005, Block 108021014, Block 108021015, Block 109031002, Block 109031005, Block 109031006, Block 110011000, Block 110011001, Block 110011002, Block 110011003, Block 110011004, Block 110011005, Block 110011006, Block 110011007, Block 110011010, Block 110014000, Block 110014001, Block 110014002, Block 110014003, Block 110014004, Block 110014005, Block 110014006, Block 110014007, Block 110014008, Block 110015000, Block 110015001, Block 110015002, Block 110015003, Block 110015004, Block 110015005, Block 110015006, Block 112004017

VTD:  8-3:

Block 107021015, Block 107021016, Block 107021017, Block 107021018, Block 107021019, Block 107021020, Block 108021000, Block

108021001, Block 108021002, Block 108021003, Block 108021004, Block 108021006, Block 108021007, Block 108021008, Block 108021009, Block 108021010, Block 108021011, Block 108021012, Block 108021016, Block 108021017, Block 110021000, Block 110021018, Block 111002000, Block 111002001, Block 111002002, Block 111002003, Block 111002004, Block 111002005, Block 111002006, Block 111002007, Block 111002008, Block 111002009, Block 111002010, Block 111002011, Block 111002012, Block 111002013, Block 111002014, Block 111002015, Block 111002016, Block 111002017, Block 111002018, Block 112002002, Block 112003021, Block 112004000, Block 112004001, Block 112004002, Block 112004003, Block 112004004, Block 112004005, Block 112004006, Block 112004007, Block 112004008, Block 112004009, Block 112004010, Block 112004011, Block 112004012, Block 112004013, Block 112004022

VTD:  10-3:

Block 103032005, Block 103032006, Block 103033000, Block 103033001, Block 103033002, Block 103033003

VTD:  10-6:

Block 103033004, Block 103033005, Block 103033006, Block 104013000, Block 104013001, Block 104013002, Block 104013003, Block 104013004, Block 104013005, Block 104013006, Block 104013007, Block 104013008, Block 104013009, Block 104013010, Block 104013011, Block 104013012, Block 104013013, Block 104013014, Block 104013015, Block 104013016, Block 104013017, Block 104013020, Block 104013021

VTD:  12-2:

Block 156322000, Block 156331001

VTD:  13-1:

Block 158041000, Block 158061000

019155

VTD: 13-4:

Block 156242001, Block 156243000

VTD: 14-1:

Block 154041000, Block 154041001, Block 154041002, Block 154041003, Block 154041004, Block 154041005, Block 154041006, Block 154041007, Block 154041008, Block 154041009, Block 156091000, Block 156091001, Block 156091002, Block 156091003, Block 156091004, Block 156091005, Block 156091006, Block 156091007, Block 156091008, Block 156091009, Block 156091010, Block 156091011, Block 156091012, Block 156091013, Block 156091014, Block 156091015, Block 156091016, Block 156091017, Block 156091018, Block 156091019, Block 156091020, Block 156091021, Block 156091022, Block 156091023, Block 156091024, Block 156091025, Block 156091026, Block 156091027, Block 156091028, Block 156091029, Block 156091030, Block 156091031, Block 156092000, Block 156092001, Block 156092002, Block 156092003, Block 156092004, Block 156092005, Block 156092006, Block 156093001, Block 156233000, Block 156233001, Block 156233002, Block 156233003, Block 156233005, Block 156233010, Block 156323000, Block 156323001

VTD: 14-5:

Block 155011000, Block 155011001, Block 155011002, Block 155011003, Block 155011004, Block 155011005, Block 155011006, Block 155012007, Block 155012010, Block 155012011, Block 155012012, Block 155012013, Block 155012014, Block 155012015, Block 155012016, Block 155021000, Block 155021001, Block 155021002, Block 155021003, Block 155021004, Block 155021005, Block 155021006, Block 155021007, Block 155021008, Block 155021009, Block 155021010, Block 155022000, Block 155022001, Block 155022002, Block 155022003, Block 155022004, Block

019155

155022005, Block 155022006, Block 155022007, Block 155022008, Block 155022009, Block 155022015, Block 155022016, Block 155022017, Block 155022018, Block 155022020, Block 155023000, Block 155023001, Block 155023002, Block 155023003, Block 155023004, Block 155023005, Block 155023006, Block 155023007, Block 155023010, Block 155023011, Block 155023012, Block 155023013, Block 155023014, Block 155023019, Block 155023020, Block 155023022, Block 155023023, Block 156241000

VTD: 15-5:

Block 158061001

VTD: 16-3:

Block 173001004, Block 173001005, Block 173001006, Block 173001007, Block 173001008, Block 173001009, Block 173001012, Block 173001013, Block 173001014, Block 173001015, Block 173001016, Block 173001017, Block 173001018, Block 173001019, Block 173001020, Block 173001021, Block 173001022, Block 173001023, Block 173001024, Block 173001025, Block 173001026, Block 173001027, Block 173001028, Block 173001029, Block 173002000, Block 173002001, Block 173002002, Block 173002003, Block 173002004, Block 173002005, Block 173002006, Block 173002007, Block 173002008, Block 173002009, Block 173002010, Block 173002011, Block 173002012, Block 173002013, Block 173002014, Block 173002015, Block 173002016, Block 173002017, Block 173002018, Block 173002019, Block 173002020, Block 173002021, Block 173002022, Block 173002023, Block 173002024, Block 173002025, Block 173002026, Block 173002027, Block 173002028, Block 173002029, Block 173002030, Block 173002031, Block 173002032, Block 173002033, Block 173002035, Block 173002036, Block 173002037, Block 173002038, Block 173002039, Block 173002040, Block 173002041, Block 173003019, Block 173003020, Block

- 42 -

019155

174011000, Block 174011001, Block 174011002, Block 174011003, Block 174011005, Block 174011006, Block 174011007, Block 174011008, Block 174011009, Block 174011010, Block 174011012, Block 174011013, Block 174012005, Block 175001000, Block 175001001, Block 175001002, Block 175001016, Block 175001017

VTD: 17-5:

Block 161002017, Block 161002018, Block 161002019, Block 161002026, Block 161002027, Block 171002000, Block 171002001, Block 171002002, Block 171002003, Block 171002004, Block 171002031, Block 171002032, Block 171002033, Block 172001003, Block 172001004, Block 172001005, Block 172001006, Block 172001007, Block 172001008, Block 172001012, Block 172001013, Block 172001014, Block 172001015, Block 172001016, Block 172001017, Block 172001018, Block 172001019, Block 172001020, Block 172001021, Block 172001022, Block 172001023, Block 172001024, Block 172001025, Block 172001026, Block 172001027, Block 172001028, Block 172001031, Block 172001032, Block 172001033, Block 172001034, Block 172001035, Block 178001000, Block 178001017

VTD: 18-5:

Block 167005000, Block 167005002

VTD: 19-1:

Block 195021000, Block 195021001, Block 195021002, Block 195021003, Block 195021004, Block 195021005, Block 195021006, Block 195021007, Block 195021008, Block 195021009, Block 195021010, Block 195021011, Block 195021012, Block 195021013, Block 195021014, Block 195021015, Block 195021016, Block 195021017, Block 195021018, Block 195021019, Block 195021020, Block 195021021, Block 195021022, Block 195021023, Block 195021024, Block 195021025, Block 195021026, Block

019155

195021027, Block 195021028, Block 195021029, Block 195021030, Block 195021031, Block 195021032, Block 195021033, Block 195021034, Block 195021035, Block 195021036, Block 195021037, Block 195021038, Block 195021039, Block 195021040, Block 195021041, Block 195021042, Block 195021043, Block 195021044, Block 195021045, Block 195021046, Block 195021047, Block 195021048, Block 195021049, Block 195021050, Block 195021051, Block 195021052, Block 195021053, Block 195021054, Block 195021055, Block 195021056, Block 195021057, Block 195021058, Block 195021059, Block 195021060, Block 195021061, Block 195021062, Block 195021063, Block 195021064, Block 195021065, Block 195021066, Block 195022000, Block 195022012, Block 195022018, Block 195022027, Block 195022028, Block 195022031, Block 195022032, Block 195022033, Block 195022034, Block 195023000, Block 195023001, Block 195023002, Block 195023003, Block 195023004, Block 195023005, Block 195023006, Block 195023007, Block 195023008, Block 195023009, Block 195023010, Block 195031013, Block 195031014, Block 195031015, Block 195031016, Block 195031018, Block 195031019, Block 195031020, Block 195031021, Block 195031022, Block 195031023, Block 195031024, Block 195031025, Block 195031026, Block 195031027, Block 195031028, Block 195031029, Block 195031030, Block 195031031, Block 195031032, Block 195031033, Block 195031034, Block 195031035, Block 195031036, Block 195031037, Block 195031038, Block 195031039, Block 195031040, Block 195031041, Block 195031042, Block 195031043, Block 195031044, Block 195031045, Block 195031046, Block 195031047, Block 195031048, Block 195031049, Block 195031050, Block 195031051, Block 195031052, Block 195032004, Block 195032005, Block 195032006, Block 195032007, Block 195032013, Block 195032014, Block 195032015, Block 195032016, Block 195032017, Block

019155

195032018, Block 195032019, Block 195032020, Block 195032026, Block 195032027, Block 195032028, Block 195032029, Block 195032030, Block 195032031, Block 195032032, Block 195032033, Block 195032034, Block 195032035, Block 195032036, Block 195032037, Block 195032038, Block 195032039, Block 195032040, Block 195032041, Block 195032042, Block 195032043, Block 195032044, Block 195032045, Block 195032046, Block 195033000, Block 195033001, Block 195033002, Block 195033003, Block 195033004, Block 195033005, Block 195033006, Block 195033007, Block 195033008, Block 195033009, Block 195033010, Block 195033011, Block 195033012, Block 195033013, Block 195033014, Block 195033015, Block 195033016, Block 195033017, Block 195033018, Block 195033019, Block 195033020, Block 195033021, Block 195033022, Block 195033023, Block 195033024, Block 195033025, Block 195033026, Block 195033027, Block 195033028, Block 195033029, Block 195033030, Block 195033031, Block 195033032, Block 195033033, Block 195033034, Block 195033035, Block 195033036, Block 195033037, Block 195033038, Block 195033039, Block 195033040, Block 195033041, Block 195033042, Block 195033043, Block 195033044

VTD: 19-3:

Block 139001051, Block 142001000, Block 142001001, Block 142001002, Block 142001003, Block 142001004, Block 142001005, Block 142001006, Block 142001007, Block 142001008, Block 142001009, Block 142001010, Block 142001011, Block 142001012, Block 142001014, Block 142001015, Block 142001016, Block 142001017, Block 142001018, Block 142001019, Block 142001020, Block 142001021, Block 142001022, Block 142001023, Block 142001024, Block 142001025, Block 142001026, Block 142001027, Block 142001029, Block 142001030, Block 142001031, Block

019155

142001032, Block 142001033, Block 142001034, Block 142001035, Block 142002000, Block 142002013, Block 142002014, Block 142002015, Block 142002016, Block 142002017, Block 142002021, Block 142002022, Block 142002023, Block 142002029, Block 142002030, Block 144001000, Block 144001001, Block 144001002, Block 144001003, Block 144001004, Block 144001005, Block 144001006, Block 144001007, Block 144001008, Block 144001009, Block 144001010, Block 144001011, Block 144001012, Block 144001013, Block 144001014, Block 144001015, Block 144001016, Block 144001017, Block 144001018, Block 144001019, Block 144001020, Block 144001022, Block 144001023, Block 144001024, Block 144001025, Block 144001026, Block 144001027, Block 144001038, Block 144001039, Block 144001040, Block 194011061, Block 194011062, Block 194011063

VTD:  19-5:

Block 148001000, Block 148001001, Block 148001002, Block 148001003, Block 148001004, Block 148001006, Block 158061002, Block 159002003, Block 159002004, Block 159002005, Block 159002006, Block 159002007, Block 159002008, Block 159002009, Block 159002012, Block 159002013, Block 159002014, Block 159002015, Block 160001000, Block 160001001, Block 160001002, Block 160001003, Block 160001004, Block 160001005, Block 160001006, Block 160001007, Block 160001008, Block 160001009, Block 160001010, Block 160001011, Block 160001012, Block 160001013, Block 160001014, Block 160001015, Block 160001016, Block 160001017, Block 160001018, Block 160001019, Block 160001020, Block 160001021, Block 160001022, Block 160001023, Block 160001024, Block 160001025, Block 160001026, Block 160001027, Block 160001028, Block 160001029, Block 160001030, Block 160001031, Block 160001032, Block 160001033, Block 160001034, Block 160001035, Block 160001036, Block

019155

160001037, Block 160001038, Block 160001039, Block 160001040, Block

160001044, Block 160001046, Block 196002018, Block 196002019, Block

196002020, Block 196002021, Block 196002022, Block 196002023, Block

196002024, Block 196002028, Block 196002029, Block 196002030, Block

196002031, Block 196002032, Block 196002033, Block 196002034, Block

196002037, Block 196002038

VTD:  20-1:

Block 130011020, Block 133001001, Block 133004000, Block 133004002

VTD:  20-2:

Block 133001000, Block 133001002, Block 133001003, Block

133001004, Block 133001005, Block 133001006, Block 133001007, Block

133001008, Block 133001009, Block 133001010, Block 133001011, Block

133002013, Block 133002014, Block 133002015, Block 133002016, Block

133002017, Block 133002018, Block 133002019, Block 133002021, Block

133002022, Block 133002023, Block 133002025, Block 133002026, Block

133002028, Block 133002029, Block 133002033, Block 133002034, Block

133002035, Block 133002036, Block 133002037, Block 133002038, Block

133002039, Block 133002040, Block 133002041, Block 133002042, Block

133002043, Block 133002044, Block 133002045, Block 133002046, Block

133002047, Block 133002048, Block 133002049, Block 133002050, Block

133002051, Block 133002052, Block 133002053, Block 133002054, Block

133002055, Block 133002056, Block 133002057, Block 133002058, Block

133002059, Block 133002060, Block 133002061, Block 133002062, Block

133002063, Block 133002064, Block 133003000, Block 133003001, Block

133003002, Block 133003003, Block 133003004, Block 133003005, Block

133003006, Block 133003007, Block 133003008, Block 133003009, Block

133003010, Block 133003011, Block 133003012, Block 133003013, Block

019155

133003014, Block 133003015, Block 133003016, Block 133003017, Block 133003018, Block 133003019, Block 133003020, Block 133003021, Block 133003022, Block 133003023, Block 133003024, Block 133003025, Block 133003026, Block 133003027, Block 133003028, Block 133003029, Block 133003030, Block 133003031, Block 133003032, Block 133003033, Block 133003034, Block 133003035, Block 133003036, Block 133003037, Block 133003038, Block 133003039, Block 133003040, Block 133003041, Block 133003042, Block 133003043, Block 133003044, Block 133003045, Block 133003046, Block 133003047, Block 133003048, Block 133003049, Block 133003050, Block 133003051, Block 133003052, Block 133003053, Block 133003054, Block 133003055, Block 133003056, Block 133003057, Block 133003058, Block 133003059, Block 133003060, Block 133004001, Block 133004003, Block 133004004, Block 133004005, Block 133004006, Block 133004007, Block 133004008, Block 133004009, Block 133004010, Block 133004011, Block 133004012, Block 133004013, Block 133004014, Block 133004015, Block 133004016, Block 133004017, Block 133004018, Block 133004019, Block 133004020, Block 133004021, Block 133004022, Block 133004023, Block 133004024, Block 133004025, Block 133004026, Block 133004027, Block 133004028, Block 133004029, Block 133004030, Block 133004031, Block 133004032, Block 133004033, Block 133004034, Block 133004035, Block 133004036

VTD: 20-3:

Block 132012000, Block 132012009, Block 132012010, Block 132012011, Block 132021006, Block 132021007, Block 132021009, Block 132021010, Block 132021011, Block 132021015, Block 132021016, Block 132021017, Block 132022000, Block 132022001, Block 132022002, Block 132022003, Block 132022004, Block 132022005, Block 132022006, Block

019155

132022007, Block 132022008, Block 132022009, Block 132022010, Block 132022011, Block 132022012, Block 132022013, Block 132022014, Block 132023000, Block 132023001, Block 132023002, Block 132023003, Block 132023004, Block 132023005, Block 132023006, Block 132023007, Block 132023008, Block 132023009, Block 132023010, Block 132023011, Block 132023012, Block 181011006, Block 181011007, Block 181011008, Block 181011009, Block 181011010, Block 181012000, Block 181012001, Block 181012002, Block 181012003, Block 181012006, Block 181012007, Block 181012008, Block 181012009, Block 181012010, Block 181012011, Block 181013001, Block 181013002, Block 181013003, Block 181013004, Block 181013005, Block 181013006, Block 181013007, Block 181013008, Block 181013009, Block 181013010, Block 181013011, Block 181013012, Block 181013013, Block 181013014

VTD: 21-2:

Block 138001000, Block 138001001, Block 138001002, Block 138001003, Block 138001004, Block 138001005, Block 138001006, Block 138001007, Block 138001008, Block 138001009, Block 138001010, Block 138001011, Block 138001012, Block 138001013, Block 138001014, Block 138001015, Block 138001016, Block 138001017, Block 138001018, Block 138001019, Block 138001020, Block 138001021, Block 138001022, Block 138001023, Block 138001024, Block 138001025, Block 138001026, Block 138001027, Block 138001028, Block 138002000, Block 138002001, Block 138002002, Block 138002003, Block 138002004, Block 138002005, Block 138002006, Block 138002007, Block 138002008, Block 138002009, Block 138002010, Block 138002011, Block 138002012, Block 138002013, Block 138002014, Block 138002015, Block 139001000, Block 139001001, Block 139001002, Block 139001003, Block 139001004, Block 139001005, Block

019155

139001006, Block 139001007, Block 139001008, Block 139001009, Block 139001010, Block 139001011, Block 139001012, Block 139001013, Block 139001014, Block 139001015, Block 139001016, Block 139001017, Block 139001018, Block 139001019, Block 139001020, Block 139001021, Block 139001022, Block 139001023, Block 139001024, Block 139001025, Block 139001026, Block 139001027, Block 139001028, Block 139001029, Block 139001030, Block 139001031, Block 139001032, Block 139001033, Block 139001034, Block 139001035, Block 139001036, Block 139001037, Block 139001038, Block 139001039, Block 139001040, Block 139001041, Block 139001042, Block 139001043, Block 139001044, Block 139001045, Block 139001046, Block 139001047, Block 139001048, Block 139001049, Block 139001050, Block 139001052, Block 139001053, Block 139001054, Block 139001055, Block 139001056, Block 139001057, Block 139001058, Block 139001059, Block 139001060, Block 139001061

VTD:  23-1:

Block 181023001, Block 181023003, Block 181023004, Block 181023006, Block 181023022, Block 181023023, Block 181023024, Block 181023025, Block 181023026

VTD:  23-4:

Block 185001000, Block 185001006

VTD:  24-6:

Block 180005001, Block 180005003, Block 180005004

VTD:  33-1:

Block 156351000

**Dekalb County**

**Fentress County**

**Jackson County**

019155

**Morgan County**

**Overton County**

**Pickett County**

**Putnam County**

**Rhea County:**

VTD:  1-2 Grandview:

Block 9750001015, Block 9750001016, Block 9750001019, Block 9750001020, Block 9750001021, Block 9750001022, Block 9750001033

**Scott County**

**Smith County**

**Sumner County:**

VTD:  603 Jack Anderson Elementary

VTD:  601 Vol State College:

Block 212031000, Block 212031001, Block 212031002, Block 212031003, Block 212031004, Block 212031005, Block 212031006, Block 212031007, Block 212031008, Block 212031009, Block 212031010, Block 212031011, Block 212031012, Block 212031013, Block 212031014, Block 212031015, Block 212031016, Block 212031017, Block 212031018, Block 212031019, Block 212031020, Block 212031021, Block 212031022, Block 212031025, Block 212031026, Block 212031027, Block 212031028, Block 212031029, Block 212031030, Block 212031033, Block 212031034, Block 212031035, Block 212031036, Block 212031037, Block 212031038, Block 212031039, Block 212031040, Block 212031041, Block 212031042, Block 212031043, Block 212031044, Block 212031045

VTD:  901 Hendersonville High School:

Block 212043024

VTD:  902 Indian Lake Elementary:

019155

Block 212013000, Block 212013021, Block 212014000

VTD: 1001 Walton Ferry Elementary:

Block 211032006, Block 211051005, Block 211051006, Block 211051007, Block 211051008, Block 211051009, Block 211051010, Block 211051016, Block 211061001, Block 211061002, Block 211061003, Block 211061004, Block 211061005, Block 211061006, Block 211061007, Block 211061008, Block 211061009, Block 211061010

VTD: 1102 Church of the Nazarene:

Block 210021000, Block 210021001, Block 210021002, Block 210021003, Block 210021004, Block 210021005, Block 210021006, Block 210021007, Block 210021008, Block 210021009, Block 210021010, Block 210021011, Block 210021012, Block 210021013, Block 210021014, Block 210021015, Block 210021016, Block 210024009, Block 210024010, Block 210024011, Block 210024012, Block 210025024, Block 210025026, Block 210025027, Block 210025028, Block 210025029

VTD: 802 Hawkins Middle School:

Block 211033019

VTD: 1002 Merrol Hyde Magnet School:

Block 210024003, Block 210024005, Block 210024006, Block 210024007, Block 210024008, Block 210024013, Block 210024014, Block 210024015, Block 210024016

**White County**

**Wilson County**

(7) **District 7:**

**Cheatham County**

**Davidson County:**

VTD: 1-1

VTD: 1-2

VTD: 1-3

VTD: 1-4

VTD: 1-5

VTD: 2-1

VTD: 2-4

VTD: 2-5

VTD: 3-1

VTD: 3-2

VTD: 3-3

VTD: 3-4

VTD: 3-5

VTD: 3-6

VTD: 4-1

VTD: 8-4

VTD: 10-1

VTD: 10-2

VTD: 10-4

VTD: 10-5

VTD: 19-2

VTD: 22-1

VTD: 22-3

VTD: 22-4

VTD: 23-2

VTD: 23-3

VTD: 24-3

VTD: 25-1

019155

VTD:  25-2

VTD:  25-3

VTD:  25-4

VTD:  26-2

VTD:  26-4

VTD:  34-1

VTD:  34-2

VTD:  34-3

VTD:  34-4

VTD:  34-5

VTD:  35-1

VTD:  35-2

VTD:  35-3

VTD:  35-4

VTD:  2-2:

Block 101062023, Block 109041007, Block 109042010, Block

109042011, Block 109042012, Block 109042013, Block 109042014, Block

109042015, Block 109042021, Block 109042022, Block 127011000, Block

127011001, Block 127011002, Block 127011003, Block 127011004, Block

127011005, Block 127011006, Block 127011007, Block 127011008, Block

127011009, Block 127011010, Block 127011011, Block 127011012, Block

127011013, Block 127012001, Block 127012003, Block 127012004, Block

127012005, Block 127012006, Block 127012007, Block 127012008, Block

127012009, Block 127012010, Block 127012011, Block 127012012, Block

127012013, Block 127012014, Block 127012015, Block 127012016

VTD:  2-3:

019155

Block 127021013, Block 127021017, Block 127021018, Block 127021021, Block 127021022, Block 127021023, Block 127021024, Block 127021025, Block 127021027, Block 127021028, Block 127021029, Block 127022000, Block 127022001, Block 127022002, Block 127022003, Block 127022004, Block 127022005, Block 127022006, Block 127022007, Block 127022008, Block 127022009, Block 127022010, Block 127022011, Block 127022012, Block 127022013, Block 127022014, Block 127022015, Block 127022016, Block 127022017, Block 127022018, Block 127022019, Block 127022020, Block 127022021, Block 127022022, Block 127022023, Block 127022024, Block 127022025, Block 127022026, Block 127022027, Block 127022028, Block 127022029, Block 127022030, Block 127022031, Block 127022032, Block 127022033, Block 127022034, Block 127022035, Block 127022036, Block 127022037, Block 127022038, Block 127022039, Block 127022040, Block 127022043, Block 128014011, Block 128014012

VTD: 4-3:

Block 188041000, Block 188041001, Block 188041002, Block 188041003, Block 188041004, Block 188041005, Block 188041007, Block 188041008, Block 188041009, Block 188041010, Block 188041011, Block 188041012

VTD: 5-2:

Block 127022044

VTD: 5-4:

Block 127022041, Block 127022042, Block 127022045, Block 193001000, Block 193001001, Block 193001002, Block 193001003, Block 193001004, Block 193001005, Block 193001006, Block 193001007, Block 193001008, Block 193001009, Block 193001010, Block 193001011, Block 193001012

019155

VTD: 6-3:

Block 193001013, Block 193001014, Block 193001015, Block 193001016, Block 193001017, Block 193001018, Block 193001019, Block 193001043

VTD: 8-1:

Block 109031001, Block 109031003, Block 109031004, Block 109031007

VTD: 8-3:

Block 107011003, Block 107011004, Block 107011005, Block 107011006, Block 107014001, Block 107022002, Block 108022000, Block 108022001, Block 108022002, Block 108022003, Block 108022004, Block 108022005, Block 108022006, Block 108022007, Block 108022008, Block 108022009, Block 108022010, Block 108022011, Block 108023000, Block 108023001, Block 108023002, Block 108023003, Block 108023004, Block 108023005, Block 108023006, Block 108023007, Block 108023008, Block 108023009, Block 108023010, Block 108023011, Block 108023012, Block 108023013, Block 108023014, Block 108023015, Block 108023016, Block 108023017, Block 108023018, Block 108023019, Block 108023020, Block 108023021, Block 109012010, Block 109012013, Block 109031000

VTD: 10-3:

Block 103011000, Block 103011001, Block 103011002, Block 103011003, Block 103011004, Block 103011005, Block 103011006, Block 103011007, Block 103011008, Block 103011009, Block 103011010, Block 103011011, Block 103011012, Block 103011013, Block 103011014, Block 103011015, Block 103011016, Block 103011017, Block 103011018, Block 103012000, Block 103022000, Block 103022001, Block 103022002, Block 103022003, Block 103022004, Block 103022005, Block 103022006, Block 103022007, Block 103022008, Block 103022009, Block 103022010, Block

019155

103022011, Block 103022012, Block 103022013, Block 103022014, Block 103022015, Block 103022016, Block 103022017, Block 103022018, Block 103022019, Block 103022020, Block 103022021, Block 103022022, Block 103022023, Block 103022024, Block 103022025, Block 103022026, Block 103022027, Block 103022028, Block 103022029, Block 103022030, Block 103022031, Block 103022034, Block 103022037, Block 103022038, Block 103032000, Block 103032001, Block 103032002, Block 103032003, Block 103032004, Block 103032007, Block 103032008, Block 103032009, Block 103032010, Block 103032021

VTD:  10-6:

Block 104012000, Block 104012001, Block 104012002, Block 104012003, Block 104012004, Block 104012005, Block 104012006, Block 104012007, Block 104012008, Block 104012009, Block 104012010, Block 104012011, Block 104013018, Block 104013019

VTD:  17-5:

Block 178001005, Block 178001018

VTD:  18-5:

Block 167005001, Block 167005004

VTD:  19-1:

Block 194011000, Block 194011001, Block 194011002, Block 194011003, Block 194011004, Block 194011005, Block 194011006, Block 194011007, Block 194011008, Block 194011009, Block 194011010, Block 194011011, Block 194011012, Block 194011013, Block 194011014, Block 194011015, Block 194011068, Block 194011069, Block 194011070, Block 195031000, Block 195031001, Block 195031002, Block 195031003, Block 195031004, Block 195031005, Block 195031006, Block 195031007, Block 195031008, Block 195031009, Block 195031010, Block 195031011, Block

019155

195031012, Block 195031017, Block 195032000, Block 195032001, Block 195032002, Block 195032003, Block 195032008, Block 195032009, Block 195032010, Block 195032011, Block 195032012, Block 195032021, Block 195032022, Block 195032023, Block 195032024, Block 195032025, Block 195032047

VTD: 19-3:

Block 142001013, Block 142001028, Block 194011016, Block 194011017, Block 194011018, Block 194011019, Block 194011020, Block 194011021, Block 194011022, Block 194011023, Block 194011024, Block 194011025, Block 194011026, Block 194011027, Block 194011028, Block 194011029, Block 194011030, Block 194011031, Block 194011032, Block 194011033, Block 194011034, Block 194011035, Block 194011036, Block 194011037, Block 194011038, Block 194011039, Block 194011040, Block 194011041, Block 194011042, Block 194011043, Block 194011044, Block 194011045, Block 194011046, Block 194011047, Block 194011048, Block 194011049, Block 194011050, Block 194011051, Block 194011052, Block 194011053, Block 194011054, Block 194011055, Block 194011056, Block 194011057, Block 194011058, Block 194011059, Block 194011060, Block 194011064, Block 194011065, Block 194011066, Block 194011067, Block 194012000, Block 194012001, Block 194012002, Block 194012003, Block 194012004, Block 194012005, Block 194012006, Block 194012007, Block 194012008, Block 194012009, Block 194012010, Block 194012011, Block 194012012, Block 194012013, Block 194012014, Block 194012015, Block 194012016, Block 194012017, Block 194012018, Block 194012019, Block 194012020, Block 194012021, Block 194012022, Block 194012023, Block 194012024, Block 194012025, Block 194012026, Block 194012027, Block 194012028, Block 194012029, Block 194012030, Block 194012031, Block

019155

194012032, Block 194012033, Block 194012034, Block 194012035, Block 194012036

VTD: 20-1:

Block 130011000, Block 130011001, Block 130011002, Block 130011003, Block 130011004, Block 130011005, Block 130011006, Block 130011007, Block 130011008, Block 130011009, Block 130011010, Block 130011011, Block 130011012, Block 130011013, Block 130011014, Block 130011015, Block 130011016, Block 130011017, Block 130011018, Block 130011019, Block 130011023, Block 130021000, Block 130021001, Block 130021002, Block 130021003, Block 130021004

VTD: 20-2:

Block 130011024, Block 133002000, Block 133002001, Block 133002002, Block 133002003, Block 133002004, Block 133002005, Block 133002006, Block 133002007, Block 133002008, Block 133002009, Block 133002010, Block 133002011, Block 133002012, Block 133002020, Block 133002024, Block 133002027, Block 133002030, Block 133002031, Block 133002032

VTD: 20-3:

Block 132011000, Block 132011001, Block 132011002, Block 132011003, Block 132011004, Block 132011005, Block 132011006, Block 132011007, Block 132011008, Block 132011009, Block 132011010, Block 132011011, Block 132011012, Block 132011013, Block 132011014, Block 132011015, Block 132011016, Block 132011017, Block 132011018, Block 132011019, Block 132012001, Block 132012002, Block 132012003, Block 132012004, Block 132012005, Block 132012006, Block 132012007, Block 132012008, Block 132012012, Block 132012013, Block 132012014, Block 132012015, Block 132012016, Block 132012017, Block 132012018, Block

019155

132012019, Block 132012020, Block 132012021, Block 132021000, Block 132021001, Block 132021002, Block 132021003, Block 132021004, Block 132021005, Block 132021008, Block 132021012, Block 132021013, Block 132021014, Block 182011000, Block 183032014, Block 183032015, Block 183032016, Block 183032017, Block 183032018

VTD: 21-2:

Block 137011014, Block 137011015, Block 137011016, Block 137011017, Block 137011018, Block 137011021, Block 137011022, Block 137011023, Block 137011024, Block 137011025, Block 137011028, Block 137011029, Block 137011030, Block 137011031, Block 137011032, Block 137011033, Block 137011034, Block 137011035, Block 137011036, Block 137011037, Block 137011039, Block 137011040, Block 137011041, Block 137011042, Block 137011043, Block 137011044, Block 137011045, Block 137011046, Block 137011047, Block 137011048, Block 137011049, Block 137011050, Block 137011051, Block 137013000, Block 137013001, Block 137013002, Block 137013003, Block 137013004, Block 137013005, Block 137013006, Block 137013007, Block 137013008, Block 137013009, Block 137013010, Block 137013011, Block 137013012, Block 137013013, Block 137013014, Block 137013015, Block 137013016, Block 137013017, Block 137013018, Block 137013019, Block 137013020, Block 137013021, Block 137021012, Block 137021013

VTD: 23-1:

Block 181021003, Block 181021004, Block 181021006, Block 181021007, Block 181021008, Block 181021009, Block 181021010, Block 181021011, Block 181021012, Block 181021013, Block 181021014, Block 181023005, Block 181023007, Block 181023008, Block 181023009, Block 181023010, Block 181023011, Block 181023012, Block 181023013, Block

019155

181023014, Block 181023015, Block 181023016, Block 181023017, Block 181023018, Block 181023019, Block 181023020, Block 181023021, Block 182011001, Block 182011002, Block 182011003, Block 182011004, Block 182011005, Block 182011006, Block 182011007, Block 182011008, Block 182011009, Block 182011010, Block 182011011, Block 182011012, Block 182011013, Block 182011014, Block 182011015, Block 182011016, Block 182011017, Block 182011018, Block 182012000, Block 182012001, Block 182012002, Block 182012003, Block 182012004, Block 182012008, Block 182012010, Block 182012011, Block 182012012, Block 182012013, Block 182012014, Block 182012015, Block 182012016, Block 182012017, Block 182012018, Block 182013000, Block 182013001, Block 182013002, Block 182013005, Block 182013007, Block 182031000, Block 182031001, Block 182031002, Block 182031003, Block 182031004, Block 182031005, Block 182031006, Block 182031007, Block 182031008, Block 182031009, Block 182031010, Block 182031011, Block 182031012, Block 182031013, Block 182031014, Block 182031015, Block 182032000, Block 182032001, Block 182032002, Block 182032003, Block 182032004, Block 182032005, Block 182032006, Block 182032007, Block 182032008, Block 182032009, Block 182032010, Block 182032011, Block 182032016, Block 182032017

VTD:  23-4:

Block 179013008, Block 179013013, Block 179013018, Block 179021004, Block 179021011, Block 179021012, Block 179021013, Block 185001001, Block 185001002, Block 185001003, Block 185001004, Block 185001005, Block 185001007, Block 185001008, Block 185001009, Block 185001010, Block 185001011, Block 185001012, Block 185001013, Block 185001014, Block 185001015, Block 185001016, Block 185001017, Block 185002000, Block 185002001, Block 185002002, Block 185002003, Block

019155

185002004, Block 185002005, Block 185002006, Block 185002007, Block 185002008, Block 185002009, Block 185002010, Block 185002011, Block 185002012, Block 185002013, Block 185002014, Block 185002015, Block 185002016, Block 185002017, Block 185002018, Block 185002019, Block 185003000, Block 185003001, Block 185003002, Block 185003003, Block 185003004, Block 185003005, Block 185003006, Block 185003007, Block 185003008, Block 185003009, Block 185003010, Block 185003011, Block 185003012, Block 185003013, Block 185003014, Block 185003015, Block 185003016, Block 185003017, Block 185003018, Block 185003019, Block 185004010, Block 185004011, Block 185004012, Block 185005000, Block 185005009, Block 185005010, Block 185005011

VTD: 24-6:

Block 167004000, Block 167004001, Block 167004002, Block 167004003, Block 167004004, Block 167004005, Block 167004006, Block 167004007, Block 167004008, Block 167004009, Block 167004010, Block 167004011, Block 167004012, Block 167004013, Block 167004014, Block 167005003, Block 180001000, Block 180001001, Block 180001002, Block 180001006, Block 180002000, Block 180002001, Block 180002005, Block 180002006, Block 180003000, Block 180003001, Block 180003002, Block 180003003, Block 180003004, Block 180003005, Block 180003006, Block 180003007, Block 180003008, Block 180003009, Block 180003010, Block 180003011, Block 180003012, Block 180003013, Block 180003014, Block 180003015, Block 180003016, Block 180003017, Block 180003018, Block 180003019, Block 180003020, Block 180003021, Block 180003022, Block 180003023, Block 180003024, Block 180005000, Block 180005005, Block 180005006, Block 180005007, Block 180005008, Block 180005009, Block 180005010

019155

VTD: 27-2:

Block 188015006, Block 188016000, Block 188016016; VTD: 27-3: Block

189052000

**Dickson County**

**Macon County**

**Montgomery County:**

VTD: 3

VTD: 7

VTD: 5A

VTD: 6A

VTD: 4A

VTD: 21B

VTD: 2A

VTD: 14

VTD: 17

VTD: 1A

VTD: 15

VTD: 20A

VTD: 19

VTD: 4B

VTD: 6B

VTD: 21A

VTD: 5B

VTD: 20B

VTD: 2B

VTD: 1B

VTD: 9:

019155

Block 1013052000, Block 1013052001, Block 1013052002, Block 1013052003, Block 1013052007, Block 1013052010, Block 1013052011, Block 1013052016, Block 1013052017

VTD: 12:

Block 1010011004, Block 1010011005, Block 1010011006, Block 1010011007, Block 1010011008, Block 1010011009, Block 1010011010, Block 1010011011, Block 1010011015, Block 1010011016, Block 1010011017, Block 1010011018, Block 1010011019, Block 1010011020, Block 1010011021, Block 1010011022, Block 1010011023, Block 1010011024, Block 1010021000, Block 1010021001, Block 1010021002, Block 1010021003, Block 1013051006, Block 1013051007, Block 1013051009, Block 1013051010, Block 1013051011, Block 1013051012, Block 1013061000, Block 1013061001, Block 1013061002, Block 1013061003, Block 1013061004, Block 1013061005, Block 1013061006, Block 1013061007, Block 1013061008, Block 1013061009, Block 1013061010, Block 1013061011, Block 1013061012, Block 1013061013, Block 1013062014, Block 1013062015, Block 1013071003, Block 1013071007, Block 1013071008, Block 1013071009, Block 1013071010, Block 1013071011, Block 1013071012, Block 1013071013, Block 1013071014, Block 1013071015, Block 1013071016, Block 1013071017, Block 1013071018, Block 1013071023, Block 1013071030, Block 1013071031

VTD: 13:

Block 1008001003, Block 1008001004, Block 1008001005, Block 1008001006, Block 1008001007, Block 1008001008, Block 1008001009, Block 1008001010, Block 1008001011, Block 1008001012, Block 1008001013, Block 1008001014, Block 1008001015, Block 1008001016, Block 1008001017, Block 1008001018, Block 1008001019, Block 1008001020, Block 1008001021, Block 1008001022, Block 1008001023, Block 1008001024, Block 1008001025, Block

019155

1008001026, Block 1008001027, Block 1008001028, Block 1008001029, Block 1008001031, Block 1008001032, Block 1008001033, Block 1008001034, Block 1008001035, Block 1008001036, Block 1008001037, Block 1008002000, Block 1008002001, Block 1008002002, Block 1008002003, Block 1008002004, Block 1008002005, Block 1008002006, Block 1008002007, Block 1008002008, Block 1008002009, Block 1008002010, Block 1008002011, Block 1008002012, Block 1008002013, Block 1008003000, Block 1008003001, Block 1008003002, Block 1008003003, Block 1008003004, Block 1008003005, Block 1008003006, Block 1008003007, Block 1008003008, Block 1008003009, Block 1008003010, Block 1008003011, Block 1008003012, Block 1008003013, Block 1008003014, Block 1008003015, Block 1008003016, Block 1008003017, Block 1008003018, Block 1008003019, Block 1008003020, Block 1008003025, Block 1008003026, Block 1008003027, Block 1008003028, Block 1008003029, Block 1008003030, Block 1008003031, Block 1008003032, Block 1008003038, Block 1008003039, Block 1008003040, Block 1008003041, Block 1008003042, Block 1008003043, Block 1008003046, Block 1008003047, Block 1008003050, Block 1008003051, Block 1008003052, Block 1008003062, Block 1008003063, Block 1008003064, Block 1009001000, Block 1009001001, Block 1009001002, Block 1009001003, Block 1009001010, Block 1009001011, Block 1009001012, Block 1009001013, Block 1009001014, Block 1009001015, Block 1009001016, Block 1009001017, Block 1009001018, Block 1009001019, Block 1009001020, Block 1009001021, Block 1009001022, Block 1009001024, Block 1009001025, Block 1009002000, Block 1009002001, Block 1009002002, Block 1009002003, Block 1009002004, Block 1009002005, Block 1009002006, Block 1009002007, Block 1009002008, Block 1009002013, Block 1009002014, Block 1009002015, Block 1009002016, Block 1009002017, Block 1009002018, Block 1009002019, Block 1009002020, Block 1009002021, Block 1009002022, Block 1009002023, Block 1009002024, Block

019155

1009002025, Block 1009002026, Block 1009002027, Block 1010021004, Block 1010021005, Block 1010021006, Block 1010021007, Block 1010021008, Block 1010021009, Block 1010021010, Block 1010021011, Block 1010021012, Block 1010021013, Block 1010021014, Block 1010021015, Block 1010021016, Block 1010021017, Block 1010021018, Block 1010022000, Block 1010022001, Block 1010022002, Block 1010022003, Block 1010022004, Block 1010022005, Block 1010022006, Block 1010022007, Block 1010022008, Block 1010022009, Block 1010022010, Block 1010022011, Block 1010022012, Block 1010022013, Block 1010022014, Block 1010022015, Block 1010022016, Block 1010022017, Block 1010022018, Block 1010022019, Block 1010022020

VTD: 18:

Block 1013051000, Block 1013051001, Block 1013051002, Block 1013051003, Block 1013051004, Block 1013051005, Block 1013091000, Block 1013091001, Block 1013091002, Block 1013091003, Block 1013091004, Block 1013091005, Block 1013091006, Block 1013091007, Block 1013091018, Block 1013091019, Block 1013091020, Block 1013091021, Block 1013091022, Block 1013091023, Block 1020033000, Block 1020033001, Block 1020033002, Block 1020033003, Block 1020033004, Block 1020033005, Block 1020041000, Block 1020041001, Block 1020041002, Block 1020041003, Block 1020041004, Block 1020041005, Block 1020041006, Block 1020041007, Block 1020041008, Block 1020041009, Block 1020041010, Block 1020042000, Block 1020042001, Block 1020042002, Block 1020042003, Block 1020042004, Block 1020043000, Block 1020043001, Block 1020043002, Block 1020043003, Block 1020043004, Block 1020043005, Block 1020043006, Block 1020043007, Block 1020043008, Block 1020043009, Block 1020043010, Block 1020043011, Block 1020043012, Block 1020043013, Block 1020043014, Block 1020043015, Block 1020043016, Block

019155

1020043017, Block 1020043018, Block 1020043019, Block 1020043020, Block 1020043021, Block 1020043022, Block 1020043023, Block 1020071000

VTD: 16:

Block 1009002009, Block 1009002010, Block 1009002011, Block 1009002012, Block 1010011000, Block 1010011001, Block 1010011002, Block 1010011003, Block 1010011026, Block 1010011027, Block 1010011028, Block 1010012000, Block 1010012001, Block 1010012002, Block 1010012003, Block 1010012004, Block 1010012005, Block 1010012006, Block 1010012007, Block 1010012008, Block 1010012011, Block 1010012012, Block 1010012013, Block 1010012014, Block 1010012017, Block 1010012018, Block 1010012019, Block 1010012020, Block 1010012021, Block 1010012029, Block 1010012030, Block 1010012031, Block 1010012032, Block 1010012035, Block 1010012036, Block 1010012037, Block 1010012038, Block 1010012039, Block 1010012040, Block 1010012041, Block 1010012043, Block 1010012046, Block 1010012047, Block 1010012050

**Robertson County**

**Sumner County:**

VTD: 303 Creekside Fellowship

VTD: 502 Guild Elementary

VTD: 501 First Baptist Gallatin

VTD: 404 Union Elementary

VTD: 401 Howard Elementary School

VTD: 1201 Oakmont Elementary

VTD: 203 Wiseman Elementary

VTD: 202 Portland High School

VTD: 602 Gallatin Sr. High School

VTD: 801 Brown Elementary

- 67 -                                                                        019155

VTD: 701 Whitten Elementary

VTD: 1101 Beech High School Annex

VTD: 1103 Millersville Community Center

VTD: 1203 White House Middle School

VTD: 403 Cottontown Fire Hall

VTD: 703 Long Hollow Baptist Church

VTD: 101 Westmoreland Middle

VTD: 301 Gallatin Civic Center

VTD: 103 Corinth Church of Christ

VTD: 601 Vol State College:

Block 205012001, Block 205012002, Block 205012003, Block 205012004, Block 205012005, Block 205012006, Block 205012007, Block 205012008, Block 205012009, Block 205012010, Block 205012011, Block 205012012, Block 205012013, Block 205012014, Block 205012015, Block 205012016, Block 205012017, Block 205012018, Block 205012019, Block 205012020, Block 205012021, Block 205012022, Block 205012023, Block 205012024, Block 205012025, Block 205012026, Block 205012027, Block 205012028, Block 205012029, Block 205012030, Block 205012031, Block 205012032, Block 205012033, Block 205012034, Block 205012035, Block 205012036, Block 205012037, Block 205012038, Block 205012039, Block 205012040, Block 205012041, Block 205012042, Block 205012043, Block 205012044, Block 205012045, Block 205012046, Block 205012047, Block 205012048, Block 205012049, Block 205012050, Block 205012051, Block 205012052, Block 205012053, Block 205012054, Block 205012055, Block 205012056, Block 205012057, Block 205012058, Block 205012059, Block 205012060, Block 205012062, Block 205012063, Block 205012064, Block 205012065, Block 205012066

019155

VTD:  901 Hendersonville High School:

Block 212011000, Block 212011001, Block 212042000, Block 212042001, Block 212042002, Block 212042003, Block 212042004, Block 212042005, Block 212042006, Block 212042007, Block 212043000, Block 212043001, Block 212043002, Block 212043003, Block 212043004, Block 212043005, Block 212043006, Block 212043007, Block 212043008, Block 212043009, Block 212043010, Block 212043011, Block 212043012, Block 212043013, Block 212043014, Block 212043015, Block 212043016, Block 212043017, Block 212043018, Block 212043019, Block 212043020, Block 212043021, Block 212043022, Block 212043023, Block 212043025, Block 212043026, Block 212043027, Block 212043028, Block 212051000, Block 212051001, Block 212051002, Block 212051003, Block 212051004, Block 212051005, Block 212051006, Block 212051007, Block 212051008, Block 212051009, Block 212051010, Block 212051011, Block 212051012, Block 212051013, Block 212051014, Block 212051015, Block 212051016, Block 212051017, Block 212051018, Block 212052026, Block 212052027, Block 212052028, Block 212052031, Block 212052032, Block 212052033, Block 212052034

VTD:  902 Indian Lake Elementary:

Block 212011002, Block 212011003, Block 212011004, Block 212011005, Block 212011006, Block 212011007, Block 212011008, Block 212011009, Block 212011010, Block 212011011, Block 212011012, Block 212011013, Block 212011014, Block 212011015, Block 212011016, Block 212011017, Block 212011018, Block 212012000, Block 212012001, Block 212012002, Block 212012003, Block 212012004, Block 212012005, Block 212012006, Block 212012007, Block 212012008, Block 212012009, Block 212012010, Block 212012011, Block 212012012, Block 212013001, Block

 019155

212013002, Block 212013003, Block 212013004, Block 212013005, Block 212013006, Block 212013007, Block 212013008, Block 212013009, Block 212013010, Block 212013011, Block 212013012, Block 212013013, Block 212013014, Block 212013015, Block 212013016, Block 212013017, Block 212013018, Block 212013019, Block 212013020, Block 212014001, Block 212014002, Block 212014003, Block 212014004, Block 212014005, Block 212014006, Block 212014007, Block 212014008, Block 212014009, Block 212014010, Block 212014011, Block 212014012, Block 212014013, Block 212014014, Block 212014015, Block 212014016, Block 212052035

VTD: 1001 Walton Ferry Elementary:

Block 211032000, Block 211032001, Block 211032002, Block 211032003, Block 211032004, Block 211032005, Block 211032007, Block 211032008, Block 211032009, Block 211032010, Block 211032011, Block 211032012, Block 211032013, Block 211032014, Block 211032015, Block 211032016, Block 211032017, Block 211051000, Block 211051001, Block 211051002, Block 211051003, Block 211051004, Block 211051011, Block 211051012, Block 211051013, Block 211051014, Block 211051015, Block 211061000, Block 211061011

VTD: 1102 Church of the Nazarene:

Block 210025025, Block 210041043, Block 210041044, Block 210041045, Block 210041046, Block 210041049, Block 210041050, Block 210041051, Block 210041052, Block 210041053, Block 210041054, Block 210051019, Block 210051021, Block 210051034, Block 210052000, Block 210052001, Block 210052002, Block 210052003, Block 210052004, Block 210052005, Block 210052006, Block 210052007, Block 210052008, Block 210052009, Block 210052010, Block 210052011, Block 210053005, Block 210053006, Block 210053007, Block 210053008, Block 210053009, Block

019155

210053010, Block 210053011, Block 210053012, Block 210053013, Block 210053016, Block 210053018, Block 210053019, Block 210053020, Block 210053021, Block 210053022, Block 210053023, Block 210053024, Block 210053025, Block 210053026, Block 210053027, Block 210053028, Block 210053029, Block 210053030, Block 210053031, Block 210053032, Block 210053033, Block 210053034, Block 210053035, Block 210053036, Block 210053037, Block 210053038, Block 210053039

VTD: 802 Hawkins Middle School:

Block 211031000, Block 211031001, Block 211031002, Block 211031003, Block 211031004, Block 211031005, Block 211031006, Block 211031007, Block 211031008, Block 211031009, Block 211031010, Block 211031011, Block 211031012, Block 211031013, Block 211031014, Block 211031015, Block 211031016, Block 211031017, Block 211031018, Block 211033000, Block 211033001, Block 211033002, Block 211033003, Block 211033004, Block 211033005, Block 211033006, Block 211033007, Block 211033008, Block 211033009, Block 211033010, Block 211033011, Block 211033012, Block 211033013, Block 211033014, Block 211033015, Block 211033016, Block 211033017, Block 211033018, Block 211071008, Block 211071009, Block 211071010, Block 211071011, Block 211071012, Block 211071013, Block 211071014, Block 211071015, Block 211071018, Block 211071019, Block 211071020, Block 211071021, Block 211071022, Block 211071023, Block 211071024, Block 211071025, Block 211072000, Block 211072001, Block 211072002, Block 211072003, Block 211072004, Block 211072005, Block 211072006, Block 211072007, Block 211072008, Block 211072009, Block 211072010, Block 211072011, Block 211072012, Block 211072013, Block 211072014, Block 211072015, Block 211072016, Block 211072017, Block 211072018, Block 211072019, Block 211072020

019155

VTD: 1002 Merrol Hyde Magnet School:

Block 210022000, Block 210022001, Block 210022002, Block 210022003, Block 210022004, Block 210022005, Block 210022006, Block 210023002, Block 210023003, Block 210023004, Block 210023005, Block 210023006, Block 210023007, Block 210023009, Block 210023010, Block 210024000, Block 210024001, Block 210024002, Block 210024004, Block 210025015, Block 210025016, Block 210025017, Block 210025018, Block 210025021, Block 210025030, Block 210025031, Block 210025032, Block 210025033, Block 211052000, Block 211052001, Block 211052002, Block 211052003, Block 211052004, Block 211052005, Block 211052006, Block 211052007, Block 211052008, Block 211052009, Block 211052010, Block 211052013, Block 211053000, Block 211053001, Block 211053002, Block 211053003, Block 211053004, Block 211053005, Block 211053006, Block 211053007, Block 211053008, Block 211053009, Block 211053011, Block 211053012, Block 211053013, Block 211053014, Block 211053018, Block 211053019, Block 211053020, Block 211053021, Block 211054000, Block 211054001, Block 211054002, Block 211054003, Block 211054004

**Trousdale County**

(8) **District 8:**

**Carroll County**

**Chester County**

**Crockett County**

**Decatur County**

**Fayette County:**

VTD: 7 Hickory White

VTD: 2 Fayette Corner

VTD: 4 Braden

019155

VTD:  5 Gallaway

VTD:  3 Garnett

VTD:  1 Somerville:

**Gibson County**

**Haywood County**

**Henderson County**

**Madison County**

**Perry County**

**Tipton County:**

VTD:  19 Austin Peay

VTD:  03 S.E. Covington

VTD:  01 N. E. Covington

VTD:  11 Atoka

VTD:  21 W. Wilkinsville:

Block 403021033, Block 403021034, Block 403021038, Block 403021041, Block 403021042, Block 403021043, Block 403021044, Block 403021050, Block 403021051, Block 403021052, Block 403021053, Block 403021054, Block 403021055, Block 403021056, Block 403021057, Block 403021058, Block 403021059, Block 403021060, Block 403021061, Block 403021062, Block 403021063, Block 403021064, Block 403021065, Block 403021066, Block 403021067, Block 403021068, Block 403021069, Block 403021070, Block 403021072, Block 403021073, Block 403021074, Block 403021075, Block 403021076, Block 403021077, Block 403021078, Block 403021079, Block 403021080, Block 403021082, Block 403021083

VTD:  22 Brighton:

Block 403023000, Block 403023004, Block 405001007, Block 405001008, Block 405001009, Block 405001011, Block 405001012, Block

019155

405001013, Block 405001014, Block 405001015, Block 405001016, Block
405001017, Block 405001018, Block 405001021, Block 405001023, Block
405001024, Block 405001025, Block 405001030, Block 405001031, Block
405002000, Block 405002001, Block 405002002, Block 405002003, Block
405002004, Block 405002005, Block 405002006, Block 405002007, Block
405002008, Block 405002009, Block 405002010, Block 405002011, Block
405002012, Block 405002013, Block 405002014, Block 405002015, Block
405002016, Block 405002017, Block 405002018, Block 405002019, Block
405002020, Block 405002021, Block 405002022, Block 405002023, Block
405002024, Block 405002025, Block 405002026, Block 405002027, Block
405002028, Block 405002029, Block 405002030, Block 405002031, Block
405002032, Block 405002033, Block 405002038, Block 405002039, Block
405002040, Block 405002041, Block 405003000, Block 405003001, Block
405003002, Block 405003003, Block 405003004, Block 405003005, Block
405003006, Block 405003007, Block 405003008, Block 405003009, Block
405003010, Block 405003011, Block 405003012, Block 405003013, Block
405003014, Block 405003015, Block 405003016, Block 405003017, Block
405003018, Block 405003019, Block 405003020, Block 405003021, Block
405003022, Block 405003023, Block 405003024, Block 405003025, Block
405003026, Block 405003027, Block 405003028, Block 405003029, Block
405003030, Block 405003031, Block 405003032, Block 405003033, Block
405003034, Block 405003035, Block 405003036, Block 405003037, Block
405003038, Block 406013044, Block 406022023, Block 406022024, Block
406022027, Block 406022028, Block 406022035, Block 406023002, Block
406023003, Block 406023004, Block 406023005, Block 406023006, Block
406023007, Block 406023008, Block 406023009, Block 406023010, Block
406023011, Block 406023012, Block 408002004, Block 408002005, Block

019155

408002006, Block 408002007, Block 408002008, Block 408002014, Block

408003003, Block 408003004

**<u>Shelby County</u>:**

VTD:  ARL-01

VTD:  ARL-02

VTD:  Bartlett 09

VTD:  Bartlett 03

VTD:  Bartlett 04

VTD:  Bartlett 05

VTD:  Bartlett 06

VTD:  Bartlett 08

VTD:  Bartlett 11

VTD:  Bartlett 13

VTD:  Memphis 87-4

VTD:  Brunswick 1

VTD:  Brunswick 2

VTD:  Collierville 3

VTD:  Collierville 4

VTD:  Collierville 6

VTD:  Collierville 8

VTD:  Cordova 3

VTD:  Cordova 4

VTD:  Cordova 5

VTD:  Memphis 96-2

VTD:  Memphis 91-4

VTD:  Germantown 02

VTD:  Germantown 03

019155

VTD: Germantown 04

VTD: Germantown 05

VTD: Germantown 08

VTD: Germantown 10

VTD: Germantown 11

VTD: Germantown 12

VTD: Lakeland 1

VTD: Lakeland 2

VTD: Lucy 3

VTD: Memphis 37

VTD: Memphis 44-1

VTD: Memphis 44-5

VTD: Memphis 54

VTD: Memphis 55-2

VTD: Memphis 57

VTD: Memphis 64

VTD: Memphis 66

VTD: Memphis 67-1

VTD: Memphis 67-3

VTD: Memphis 68-1

VTD: Memphis 68-3

VTD: Memphis 80-2

VTD: Memphis 81-1

VTD: Memphis 81-3

VTD: Memphis 87-3

VTD: Memphis 88-2

VTD: Memphis 88-3

019155

VTD: Memphis 89-1

VTD: Memphis 89-2

VTD: Memphis 91-1

VTD: Memphis 91-2

VTD: Memphis 95-1

VTD: Memphis 95-5

VTD: Memphis 95-6

VTD: Memphis 95-7

VTD: Memphis 95-8

VTD: Memphis 96-1

VTD: Millington 2

VTD: Morning Sun 01

VTD: Stewartville

VTD: Memphis 87-2:

Block 205311000, Block 205311001, Block 205311002, Block

205311003, Block 205311004, Block 205311005, Block 205311006, Block

205311009, Block 205311010, Block 205311011, Block 205311014, Block

205312000, Block 205312001, Block 205312002, Block 205312003, Block

205312004, Block 205312005, Block 205312006, Block 205312007, Block

205312008, Block 205312009, Block 205312010, Block 205312011, Block

205312012, Block 205312013, Block 205312014, Block 205312015, Block

205312016, Block 205312017, Block 205312018, Block 205313005, Block

205313006, Block 205313007, Block 205313008, Block 205313009, Block

205313010, Block 205313011, Block 205313018, Block 205314004, Block

205314005, Block 205314006, Block 205314014, Block 205323001, Block

205323002, Block 205323003, Block 205323005, Block 205323006, Block

019155

205323007, Block 205323008, Block 205323009, Block 205323010, Block 205323022, Block 205323028

VTD:  Collierville 5:

Block 216114004, Block 216114005, Block 216114006, Block 216114015, Block 216114016, Block 216114017, Block 216114018, Block 216121019

VTD:  Eads:

Block 208374026, Block 208374050, Block 208374051, Block 210203018, Block 210231000, Block 210231001, Block 210231002, Block 210231003, Block 210231004, Block 210231005, Block 210231032, Block 210231033, Block 210231034, Block 210231035, Block 210231036, Block 210232000, Block 210232001, Block 210232002, Block 210232003, Block 210232004, Block 210232005, Block 210232006, Block 210232007, Block 210232008, Block 210232009, Block 210232010, Block 210232011, Block 210232012, Block 210232013, Block 210232022, Block 210232023

VTD:  Forest Hills 1:

Block 213552002, Block 213552003, Block 213552004, Block 213552005, Block 213553002, Block 213553003, Block 213553004, Block 213553005, Block 213553006, Block 213553007, Block 213553008, Block 213553009, Block 213553010, Block 213553011, Block 213553012, Block 213553013, Block 213553014, Block 213553015, Block 213553016, Block 215462016, Block 215462017, Block 215462018, Block 215462019, Block 215462020, Block 215462021, Block 215481001, Block 215481002, Block 215481003, Block 215482000, Block 215482001, Block 215482002

VTD:  Germantown 06:

Block 213411020, Block 213543000, Block 213543001, Block 213543002, Block 213543003, Block 213543004, Block 213543005, Block

019155

213543006, Block 213543007, Block 213543008, Block 213543009, Block 213551003, Block 213551005, Block 213551006, Block 213551007, Block 213551008, Block 213551009, Block 213551010, Block 213551011, Block 213551012, Block 213551013, Block 213551014, Block 213552001, Block 213552006, Block 213552007, Block 213552008, Block 213552009, Block 213552010, Block 213552011, Block 213552012, Block 213552013, Block 213552014, Block 213552015, Block 213552016, Block 213554000, Block 213554002, Block 213554003, Block 213554004, Block 213554005, Block 213554006, Block 213554007, Block 213554008, Block 213554009, Block 213554010, Block 213554011, Block 213554012, Block 213554014, Block 213554015, Block 213554016, Block 213554017, Block 213554018, Block 213554019, Block 213554020, Block 213554021, Block 213554022, Block 213554023, Block 213554024, Block 213554025, Block 213554026, Block 213554027, Block 213554028, Block 213554029, Block 213554030, Block 213554031, Block 213554032, Block 213554033, Block 213554034, Block 213554035, Block 213554037, Block 213554038

VTD:  Lucy 1:

Block 202211004, Block 202211005, Block 202211006, Block 202211007, Block 202211008, Block 202211015, Block 202211016, Block 202211017, Block 202211018, Block 202211019, Block 202211021, Block 202211024, Block 202211025, Block 202211026, Block 202211027, Block 202211028, Block 202211029, Block 202211030, Block 202211036, Block 202211037, Block 202211039, Block 202211040, Block 202211041, Block 202211042, Block 202211044, Block 202211045, Block 202211046, Block 202211047, Block 202211049, Block 202211050, Block 202211051

VTD:  Memphis 46-2:

019155

Block 73002000, Block 73002001, Block 73002002, Block 73003000, Block 73003001, Block 73003002, Block 73003003, Block 73003004, Block 73003005, Block 73003006, Block 73003007, Block 73003008, Block 73003009, Block 73003010, Block 73003011, Block 73003012, Block 73003013, Block 73003014, Block 73003015, Block 73003016, Block 73003017, Block 73003018, Block 73003019, Block 74001000, Block 74001001, Block 74001002, Block 74001004, Block 74001005, Block 74001006, Block 74001008, Block 74001009, Block 74002000, Block 74002001, Block 74002002, Block 74002003, Block 74002004, Block 74002005, Block 74002006, Block 74002007, Block 74002008, Block 74002009, Block 74002010, Block 74002011, Block 74002012, Block 74002013, Block 74002018, Block 74002021, Block 74002022, Block 74002023, Block 74002031, Block 85001022, Block 85001023, Block 85001026, Block 93001011, Block 93001012, Block 93001013, Block 93001014, Block 93001015, Block 93001016, Block 93001017, Block 93001018, Block 93001019, Block 93001020, Block 93001021, Block 93001022, Block 93001023, Block 93002000, Block 93002001, Block 93002002, Block 93002003, Block 93002004, Block 93002005, Block 93002006, Block 93002007, Block 93002008, Block 93002009, Block 93002010, Block 93002011, Block 93002012, Block 93002013, Block 93002014, Block 93002015, Block 118004000, Block 118004005, Block 118004006, Block 118004007, Block 118004008, Block 118004009, Block 118004010, Block 118004011, Block 118004012, Block 118004015, Block 118004020, Block 118004021

VTD:  Memphis 53-1:

Block 11001001, Block 11001002, Block 11001003, Block 11001004, Block 11001005, Block 11001006, Block 11001007, Block 11001008, Block 11001009, Block 11001010, Block 11001011, Block 11001012, Block 11001013, Block 11001014, Block 11002000, Block 11002001, Block 11002002, Block

019155

11002003, Block 11002004, Block 11002005, Block 11002006, Block 11002007, Block 11002008, Block 11002009, Block 11002010, Block 11002011, Block 11002012, Block 11002013, Block 11002014, Block 11002015, Block 11002016, Block 11003000, Block 11003001, Block 11003002, Block 11003003, Block 11003004, Block 11003005, Block 11003006, Block 11003007, Block 11003008, Block 11003009, Block 11003010, Block 11003011, Block 11003012, Block 12001000, Block 12001001, Block 12001002, Block 12001003, Block 12001004, Block 12001005, Block 12001006, Block 12001007, Block 12001008, Block 12001009, Block 12001010, Block 12001011, Block 12001012, Block 12001014, Block 12001015, Block 12001016, Block 12001017, Block 12002000, Block 12002001, Block 12002002, Block 12002003, Block 12002004, Block 12002005, Block 12002006, Block 12002007, Block 12002008, Block 12002009, Block 12002010, Block 12002011, Block 12002012, Block 12003000, Block 12003001, Block 12003002, Block 12003003, Block 12003004, Block 12003005, Block 12003006, Block 12003007, Block 12003008, Block 12003009, Block 12003010, Block 12003011, Block 12003012, Block 12003013, Block 12003014, Block 12003015, Block 12003016, Block 12003017, Block 88001009, Block 88001010, Block 88001011, Block 88001012, Block 88003017, Block 88003018, Block 88003019, Block 88003021, Block 88003023, Block 88003024, Block 88003025, Block 88003026, Block 88003027, Block 88003028, Block 88004000, Block 88004001, Block 88004002, Block 88004003, Block 88004004, Block 88004005, Block 88004006, Block 88004007, Block 88004008, Block 88004009, Block 88004010, Block 88004011, Block 88004012, Block 88004013, Block 111001028, Block 111001029, Block 111001030, Block 111001031, Block 111001033, Block 111001035, Block 111001037, Block 111001038, Block 111001040, Block 111001042, Block 111001045, Block 111001046, Block 111001047, Block 111001048, Block 111001049, Block 111001050

VTD: Memphis 58-4:

Block 97001013, Block 97001014, Block 97001015, Block 97001016, Block 97001017, Block 97001018, Block 97001019, Block 97001020, Block 97001024, Block 97001025, Block 118001000, Block 118001001, Block 118001002, Block 118001003, Block 118001004, Block 118001005, Block 118001006, Block 118001007, Block 118001008, Block 118001009, Block 118001010, Block 118001011, Block 118001012, Block 118001013, Block 118001014, Block 118001015, Block 118001016, Block 118002000, Block 118002001, Block 118002002, Block 118002003, Block 118002004, Block 118002005, Block 118002006, Block 118002007, Block 118002008, Block 118002009, Block 118002010, Block 118002011, Block 118002012, Block 118002013, Block 118002014, Block 118002015, Block 118002016, Block 118002017, Block 118002018, Block 118003000, Block 118003001, Block 118003002, Block 118003003, Block 118003004, Block 118003005, Block 118003006, Block 118003007, Block 118003008, Block 118003009, Block 118003010, Block 118003011, Block 118003012, Block 118003013, Block 118003014, Block 118003018, Block 118004001, Block 118004002, Block 118004003, Block 118004004, Block 118004013, Block 118004014, Block 118004016, Block 118004017, Block 118004018, Block 118004019

VTD: Memphis 62-0:

Block 88002001, Block 88002025, Block 88002028, Block 88002029, Block 91001003, Block 91002000, Block 91002001, Block 91002002, Block 91002003, Block 91002004, Block 91002005, Block 91002006, Block 91002009

VTD: Memphis 81-5:

Block 213331010, Block 213331011, Block 213341000, Block 213341001, Block 213341002, Block 213341003, Block 213341005, Block 213341006, Block 213341007, Block 213341017, Block 213341019, Block

019155

213341020, Block 213341021, Block 213341022, Block 213342006, Block 213342007, Block 213542000, Block 213542001, Block 213542002, Block 213542003, Block 213542004, Block 213542005, Block 213542006, Block 213542007, Block 213542008, Block 213542009, Block 213542010, Block 213542011, Block 213542012, Block 213542013, Block 213542014, Block 213542015, Block 213542016, Block 213542017, Block 213542018, Block 213542020, Block 213542021, Block 213542022, Block 213542023, Block 213543010, Block 213543011, Block 213543012, Block 213543013, Block 213543014, Block 213543015, Block 213543016, Block 213543017, Block 213543018, Block 213543019, Block 213543020, Block 213543021, Block 213543022, Block 213543023, Block 213543024, Block 213543025, Block 213543026, Block 213543027, Block 213543028, Block 213543029, Block 213543030, Block 213543031, Block 213543032, Block 213543033, Block 213543034, Block 213543035, Block 213554013

VTD:  Memphis 81-7:

Block 213311003, Block 213311004, Block 213311005, Block 213311006, Block 213311007, Block 213311008, Block 213311013, Block 213311014, Block 213311015, Block 213311016, Block 213311017, Block 213311018, Block 213311020, Block 213312000, Block 213312001, Block 213312002, Block 213312003, Block 213312004, Block 213312005, Block 213312006, Block 213312007, Block 213312008, Block 213312009, Block 213312010, Block 213312011, Block 213312012, Block 213312013, Block 213312014, Block 213312015, Block 213312016, Block 213312018, Block 213313000, Block 213313001, Block 213313002, Block 213313003, Block 213313004, Block 213313005, Block 213313006, Block 213313007, Block 213313010, Block 213313011, Block 213313012, Block 213313013, Block 213331000, Block 213331001, Block 213331002, Block 213331003, Block

Case 3:26-cv-00603    Document 1-13    Filed 05/07/26    Page 93 of 111 PageID #: 309

213331004, Block 213331005, Block 213331006, Block 213331009, Block 213332006, Block 213332007, Block 213332008, Block 213332009, Block 213332010, Block 213332011, Block 213332012, Block 213332013, Block 213332014, Block 213332015, Block 213332016, Block 213332017, Block 213332018, Block 213332019, Block 213341004, Block 213341008, Block 213341009, Block 213341010, Block 213341011, Block 213341012, Block 213341013, Block 213341014, Block 213341015, Block 213341016, Block 213341018, Block 213341027, Block 213342000, Block 213342001, Block 213342002, Block 213342003, Block 213342004, Block 213342005, Block 213342009

VTD: Memphis 90-2:

Block 205211000, Block 205211001, Block 205211002, Block 205211003, Block 205211004, Block 205211005, Block 205211013, Block 205211014, Block 205211015, Block 205231000, Block 205231001, Block 205231002, Block 205231003, Block 205231004, Block 205231005, Block 205231006, Block 205231007, Block 205231008, Block 205231009, Block 205231010, Block 205231011, Block 205231012, Block 205311007, Block 205311008, Block 205311012, Block 205311013, Block 205314007, Block 205314008, Block 205314009, Block 205314010, Block 205314011, Block 205314012, Block 205314013

VTD: Memphis 93-1:

Block 217241013, Block 217241014, Block 217241015

VTD: Millington 1:

Block 202103002, Block 202103004, Block 202103011, Block 202103012, Block 202103013, Block 202103014, Block 202103015, Block 202103016, Block 202103017, Block 202103018, Block 202103019, Block 202103020, Block 202103021, Block 202103024, Block 202103025, Block

019155

202103035, Block 202103036, Block 202103037, Block 202104000, Block 202104001, Block 202104002, Block 202104003, Block 202104004, Block 202104005, Block 202104006, Block 202104007, Block 202104008, Block 202104009, Block 202211001, Block 202211002, Block 202211003, Block 202212000, Block 202212002, Block 202212004, Block 202212006, Block 202212027, Block 203011003, Block 203011004, Block 203011005, Block 203021001, Block 203021007, Block 203021008, Block 203021009, Block 203021010, Block 203021011, Block 203021012, Block 203021013, Block 203021014, Block 203021015, Block 203021016, Block 203021019, Block 203021020, Block 203021021, Block 203021022, Block 203021023, Block 203021024, Block 203021027, Block 203021028, Block 203021029, Block 203021030, Block 203023000, Block 203023001, Block 203023002, Block 203023003, Block 203023004, Block 203023005, Block 204001006, Block 204001015

VTD:  Morning Sun 02:

Block 210201003, Block 210201004, Block 210201005, Block 210201006, Block 210201007, Block 210201008, Block 210201009, Block 210201010, Block 210201011, Block 210201012, Block 210201013, Block 210201014, Block 210232014, Block 210232015, Block 210232016, Block 210232017, Block 210232018, Block 210232019, Block 210232020, Block 210232021, Block 210232024, Block 210232025, Block 210232026, Block 210232027

VTD:  Collierville 9:

Block 215411000, Block 215411001, Block 215411002, Block 215411003, Block 215411004, Block 215411005, Block 215411006, Block 215411007, Block 215411008, Block 215411009, Block 215411010, Block 215411011, Block 215411012, Block 215411013, Block 215411014, Block

019155

215411015, Block 215411016, Block 215411017, Block 215411018, Block 215411019, Block 215411020, Block 215411021, Block 215411022, Block 215411023, Block 215412004, Block 215412010, Block 215412011, Block 215412012, Block 215412013, Block 215412014, Block 215412015, Block 215412016, Block 215412017, Block 215412018, Block 215412019, Block 215412020, Block 215412021, Block 215412022, Block 215412023, Block 215412024, Block 215412025, Block 215412026, Block 215412027, Block 215412028, Block 215413033, Block 215413034, Block 215413035, Block 215413036, Block 215413037, Block 215413038, Block 215413039, Block 216111013

(9) **District 9:**

**Bedford County**

**Fayette County:**

VTD:  6 Oakland

VTD:  8 Elba

VTD:  9 Piperton

VTD:  10 Rossville

VTD:  11 Macon

VTD:  13 Moscow

VTD:  12 Williston

VTD:  15 La Grange

VTD:  14 Parks

**Giles County**

**Hardeman County**

**Hardin County**

**Lawrence County**

**Lincoln County**

- 86 -

019155

**Maury County:**

VTD:  College Hill

VTD:  Rally Hill

VTD:  Bear Creek

VTD:  Culleoka

VTD:  St. Catherine:

Block 108012003, Block 108012004, Block 108012005, Block 108012006, Block 108012007, Block 108012025

VTD:  West End:

Block 106001007, Block 106001013, Block 106001014, Block 106001015, Block 106001016, Block 106001017, Block 106001019, Block 106001021, Block 106001022, Block 106001023, Block 106001037, Block 106001038, Block 106001039, Block 106001040, Block 106002003, Block 106002004, Block 106002005, Block 106002006, Block 106002007, Block 106002008, Block 106002009, Block 106002010, Block 106002011, Block 106002012, Block 106002013, Block 106002014, Block 106002015, Block 106002016, Block 106002017, Block 106002018, Block 106003014, Block 106003015, Block 106003016, Block 106003017, Block 106003018, Block 106003019, Block 106004009, Block 106004014, Block 106004015, Block 106004016, Block 106004017, Block 106004018, Block 106004019, Block 106004020, Block 106004021, Block 106004022, Block 106004023, Block 106004024, Block 106004025, Block 106004026, Block 106004027, Block 106004028, Block 106004029, Block 106004030, Block 106004031, Block 106004032, Block 106004033, Block 106004034, Block 106004035, Block 106004036, Block 106004037, Block 106004038, Block 106004039, Block 106004040, Block 106005000, Block 106005001, Block 106005002, Block 106005003, Block 106005004, Block 106005005, Block 106005006, Block

019155

106005007, Block 106005008, Block 106005009, Block 106005010, Block 106005011, Block 106005012, Block 106005013, Block 106005014, Block 106005015, Block 106005016, Block 106005017, Block 106005018, Block 106005019, Block 106005020, Block 106005021, Block 106005022, Block 108021088, Block 108021089

VTD: Highland:

Block 107001000, Block 107001001, Block 107001002, Block 107001003, Block 107001004, Block 107001005, Block 107001006, Block 107001007, Block 107001008, Block 107001009, Block 107001010, Block 107001011, Block 107001012, Block 107001013, Block 107001014, Block 107001015, Block 107001016, Block 107001017, Block 107001018, Block 107001021, Block 107002000, Block 107002001, Block 107002002, Block 107002003, Block 107002004, Block 107002005, Block 107002006, Block 107002007, Block 107002008, Block 107002012, Block 107002013, Block 107004000, Block 107004001, Block 107004002, Block 107004003, Block 107004004, Block 107004005, Block 107004006, Block 107004007, Block 107004008, Block 107004009, Block 107004010, Block 107004011, Block 107004012, Block 108012000, Block 108012001, Block 108012002, Block 108012015, Block 108012016, Block 108012029, Block 108022000, Block 108022001, Block 108022002, Block 108022003, Block 108022007, Block 108022029, Block 108022030, Block 108022031, Block 111012000

VTD: First Family:

Block 107001019, Block 107001020, Block 107002009, Block 107002010, Block 107002011, Block 107002014, Block 107002015, Block 107002016, Block 107002017, Block 107002018, Block 107002019, Block 107003000, Block 107003001, Block 107003002, Block 107003003, Block 107003004, Block 107003005, Block 107003006, Block 107003007, Block

107003008, Block 107003009, Block 107003010, Block 107003011, Block 107003012, Block 107003013, Block 107003014, Block 107003015, Block 107003016, Block 107003017, Block 107003018, Block 107003019, Block 107003020, Block 107003021, Block 107003022, Block 107003023, Block 107003024, Block 107003025, Block 107004013, Block 107004014, Block 107004015, Block 107004016, Block 107004017, Block 107004018, Block 107004019, Block 107004020, Block 107004021, Block 107004022, Block 107004023, Block 107004024, Block 107004025, Block 107004026, Block 107004027, Block 107004028, Block 107004029, Block 107004030, Block 107004031, Block 107004032, Block 107004033, Block 107004034, Block 107004035, Block 107004036, Block 107004037, Block 107004038, Block 107004039, Block 107005000, Block 107005001, Block 107005002, Block 107005003, Block 107005004, Block 107005005, Block 107005006, Block 107005007, Block 107005008, Block 107005009, Block 107005010, Block 107005011, Block 107005012, Block 107005013, Block 107005014, Block 107005015, Block 107005016, Block 108012012, Block 108012020, Block 108012021, Block 108012022, Block 108012023, Block 108012024, Block 108012026, Block 108012027, Block 108012028, Block 108012030, Block 111011000, Block 111011001, Block 111011002, Block 111011003, Block 111011004, Block 111011005, Block 111011008, Block 111012001, Block 111012002, Block 111012003, Block 111012004, Block 111012005, Block 111012006, Block 111012007, Block 111012008, Block 111012009, Block 111012010, Block 111012011, Block 111012012, Block 111012013, Block 111012014, Block 111012015, Block 111012016, Block 111012017, Block 111012018, Block 111012019, Block 111012020, Block 111012021, Block 111012022, Block 111012023, Block 111012024, Block 111012025, Block 111012026, Block 111012028, Block 111012030, Block 111012031, Block

 019155

111012032, Block 111012033, Block 111012034, Block 111012035, Block 111012036, Block 111012037, Block 111013000, Block 111013001, Block 111013002, Block 111013003, Block 111013005, Block 111013006, Block 111013007, Block 111013008, Block 111013009, Block 111013014, Block 111013015, Block 111013016, Block 111013017, Block 111013018, Block 111022007, Block 111022008, Block 111022010, Block 111022015, Block 111022016, Block 111022017, Block 111022018, Block 111022026, Block 111022027

VTD: Pleasant Heights:

Block 111021000, Block 111021001, Block 111021002, Block 111021003, Block 111021004, Block 111021005, Block 111021006, Block 111021007, Block 111021008, Block 111021009, Block 111021010, Block 111021011, Block 111021012, Block 111021013, Block 111021014, Block 111021015, Block 111021016, Block 111021017, Block 112001042, Block 112001043, Block 112001044, Block 112001045, Block 112001046, Block 112001047, Block 112001051, Block 112001052, Block 112001076, Block 112001121, Block 112001122, Block 112001123, Block 112001124, Block 112001125, Block 112001128, Block 112001129, Block 112001130, Block 112001131, Block 112001132, Block 112001133

VTD: Riverside:

Block 104011004, Block 104011005, Block 104011007, Block 104011008, Block 104011010, Block 104011011, Block 104011012, Block 104011013, Block 104011014, Block 104011015, Block 104011016, Block 104011017, Block 104011018, Block 104011019, Block 104011020, Block 104011021, Block 104011022, Block 104011024, Block 104011025, Block 104011026, Block 104011027, Block 104011028, Block 104011029, Block 104011030, Block 104011031, Block 104011032, Block 104011033, Block

019155

104011034, Block 104011035, Block 104011036, Block 104011037, Block

104011038, Block 104011039, Block 104011040, Block 104011041, Block

104011042, Block 104011043, Block 104011044, Block 104011045, Block

104011046, Block 104011047, Block 104011048, Block 104011049, Block

104011050, Block 104011051, Block 104011052, Block 104021021, Block

104021022, Block 104021023, Block 104021024, Block 104021025, Block

104021026, Block 104022057, Block 104022058, Block 104022059, Block

104022060, Block 104022087

**Marshall County**

**McNairy County**

**Moore County**

**Rutherford County:**

VTD: 9-1 Stewarts Creek Elementary School

VTD: 10-1 Rock Springs Elementary School

VTD: 10-2 Lifepoint Church

VTD: 11-2 StewartsboroElementary School

VTD: 9-2 Browns Chapel Elementary School:

Block 408061016, Block 408064000, Block 408064001, Block

408064002, Block 408064003, Block 408064004, Block 408064005, Block

408064006, Block 408064007, Block 408064008, Block 408064009, Block

408064010, Block 408064011, Block 408064017, Block 408064018, Block

408064020, Block 408064024, Block 408064028, Block 408064029, Block

408064030, Block 408064033, Block 408064035

VTD: 11-1 Smyrna Middle School:

Block 403031001, Block 403031002, Block 403031003, Block

403031004, Block 403031005, Block 403031006, Block 403031007, Block

403031008, Block 403031009, Block 403031018, Block 403041021, Block

019155

403041022, Block 403041023, Block 403041025, Block 403041026, Block 403041027, Block 403041028, Block 403041029, Block 403041030, Block 403041031, Block 403041032, Block 403041033, Block 403041034, Block 403041035, Block 403041036, Block 403041037, Block 403041038, Block 403041039, Block 403041040

VTD:  19-1 Creekmont General Baptist Church:

Block 403092000, Block 403092001, Block 403092002, Block 403092003, Block 403092004, Block 403092005, Block 403092006, Block 403092007, Block 403092008, Block 403092009, Block 403092010, Block 403092011, Block 403092012, Block 403092013, Block 403092014, Block 403092015, Block 403092016, Block 403092017, Block 403092018, Block 403092019, Block 403092020, Block 403092021, Block 403092022, Block 403092023, Block 403092024, Block 403092025, Block 403092026, Block 403092027, Block 403092028, Block 403092029, Block 403092031, Block 403092032, Block 403092033, Block 403092034, Block 403092035, Block 403092036, Block 403092037, Block 403092038, Block 403092039, Block 403092040, Block 403092041, Block 403092042, Block 403092043, Block 403092044, Block 403092045, Block 403093000, Block 403093001, Block 403093002, Block 403093003, Block 403093004, Block 403093005, Block 403093011, Block 403101001, Block 403101002, Block 403101003, Block 403101004, Block 403101005, Block 403101006, Block 403101007, Block 403101008, Block 403101009, Block 403101010, Block 403101011, Block 403101012, Block 403101013, Block 403101014, Block 403101015, Block 403101016, Block 403101017, Block 403101021

**Shelby County:**

VTD:  Collierville 1

VTD:  Collierville 2

VTD: Collierville 7

VTD: Forest Hills 2

VTD: Forest Hills 3

VTD: Memphis 45-2

VTD: Memphis 45-4

VTD: Memphis 47

VTD: Memphis 58-1

VTD: Memphis 59-5

VTD: Memphis 60-5

VTD: Memphis 60-6

VTD: Memphis 60-7

VTD: Memphis 61

VTD: Memphis 73-1

VTD: Memphis 73-3

VTD: Memphis 74-1

VTD: Memphis 74-2

VTD: Memphis 74-5

VTD: Memphis 74-9

VTD: Memphis 76-6

VTD: Memphis 77-3

VTD: Memphis 78-3

VTD: Memphis 79-1

VTD: Memphis 79-2

VTD: Memphis 79-3

VTD: Memphis 79-7

VTD: Memphis 92-1

VTD: Memphis 94-6

019155

VTD:  Memphis 93-3

VTD:  Memphis 94-3

VTD:  Memphis 94-7

VTD:  Memphis 94-8

VTD:  Ross Store 05

VTD:  Ross Store 13

VTD:  Ross Store 14

VTD:  Ross Store 15

VTD:  Ross Store 16

VTD:  Collierville 5:

Block 216121005, Block 216121006, Block 216121007, Block 216121010, Block 216121011, Block 216121012, Block 216121013, Block 216121014, Block 216121015, Block 216121016, Block 216121018, Block 216121020, Block 216121021, Block 216121022, Block 216121023, Block 216121024, Block 216121025, Block 216121026, Block 216133000, Block 216133001, Block 216133002, Block 216133005, Block 216133008, Block 216133009, Block 216133010, Block 216133011, Block 216133012, Block 216133013, Block 216133014, Block 216133015, Block 216133016, Block 216133017, Block 216133018, Block 216133019

VTD:  Eads:

Block 210203000, Block 210203001, Block 210203002, Block 210203003, Block 210203004, Block 210203005, Block 210203006, Block 210203007, Block 210203008, Block 210203009, Block 210203010, Block 210203011, Block 210203013, Block 210203014, Block 210203015, Block 210203016, Block 210203017, Block 210203019

VTD:  Forest Hills 1:

019155

Block 213553017, Block 213553018, Block 213553019, Block 215462015, Block 215462022, Block 215462023, Block 215462024, Block 215462025, Block 215462026, Block 215462027, Block 215481000, Block 215481004, Block 215481005, Block 215481006, Block 215481007, Block 215481008, Block 215481009, Block 215481010, Block 215481011, Block 215481012, Block 215481013, Block 215481014, Block 215481015, Block 215481018, Block 215481019, Block 215481020, Block 215481021, Block 215482003, Block 215482004, Block 215482005, Block 215482006, Block 215482007, Block 215482008, Block 215482009, Block 215482010, Block 215482011, Block 215482012, Block 215482013, Block 215482014, Block 215482015, Block 215482016, Block 215482017, Block 215482018, Block 215482019

VTD: Germantown 06:

Block 213554036, Block 215481017

VTD: Memphis 26:

Block 60001004, Block 60001005, Block 62002002, Block 62002003, Block 62002004, Block 62002005, Block 62002006, Block 62002007, Block 62002008, Block 62002009, Block 62002010, Block 62002011, Block 62002012, Block 62002013, Block 62002014, Block 62002015, Block 62002016, Block 62002017, Block 62002018, Block 62002019, Block 62002020, Block 62002021, Block 62002022, Block 62002023, Block 64001020, Block 64001021, Block 64001026, Block 64001027, Block 64001039, Block 65002003, Block 65002004, Block 65002005, Block 65002011, Block 65002012, Block 115001006, Block 115001008, Block 115001009, Block 115001010, Block 115001011, Block 115001012, Block 115001013, Block 115001014, Block 115001015, Block 115001016, Block 115001017, Block 115001018, Block 115001019, Block

019155

115001020, Block 115001021, Block 115001022, Block 115001023, Block 115001024, Block 115001025, Block 115001026

VTD: Memphis 31-2:

Block 62002000, Block 62002001, Block 63001006, Block 63001007, Block 63001008, Block 63001009, Block 63001010, Block 63001013, Block 63001014, Block 63001015, Block 63001016, Block 63003000, Block 63003001, Block 63003004, Block 63003005, Block 63003006, Block 63003009, Block 63003010, Block 63003011, Block 63003012, Block 63003013, Block 63003014, Block 63003015, Block 64001000, Block 64001001, Block 64001002, Block 64001003, Block 64001005, Block 64001008, Block 64001009, Block 64001010, Block 64001011, Block 64001012, Block 64001013, Block 64001014, Block 64001015, Block 64001016, Block 64001017, Block 64001037

VTD: Memphis 31-4:

Block 64001004, Block 64001006, Block 64001007, Block 64001018, Block 64001019, Block 64001022, Block 64001023, Block 64001024, Block 64001025, Block 64001028, Block 64001029, Block 64001030, Block 64001031, Block 64001032, Block 64001033, Block 64001034, Block 64001035, Block 64001036, Block 64001038, Block 65001000, Block 65001001, Block 65001006, Block 65001007, Block 65001008, Block 65001011, Block 65002000, Block 65002001, Block 65002002, Block 65002015, Block 65002016, Block 65002017, Block 65002018, Block 66001003, Block 66001004, Block 66001005, Block 66001006, Block 66001007, Block 66001008, Block 66001009, Block 66001010, Block 66001011, Block 66001012, Block 66001013, Block 66001014, Block 66001015, Block 66001016, Block 66001020, Block 66001021, Block 66001022, Block 66001023, Block 66001024, Block 66001025, Block 66001027, Block 66001028, Block 66001029, Block 66001030, Block 66002003, Block 66002004, Block 66002012, Block 66002013, Block 66002014, Block 66002015, Block

019155

66002016, Block 66002017, Block 66002018, Block 66002029, Block 66002030, Block 66002031, Block 66002032, Block 66002033, Block 66002034, Block 66002035, Block 66002036, Block 66002037, Block 66002038, Block 66002039, Block 67002023, Block 67002024, Block 67002025

VTD: Memphis 46-2:

Block 74001003, Block 74001007, Block 74001010, Block 74001011, Block 74001012, Block 74001013, Block 74001014, Block 74001015, Block 74001016, Block 74001017, Block 74002014, Block 74002015, Block 74002016, Block 74002017, Block 74002019, Block 74002020, Block 74002024, Block 74002025, Block 74002026, Block 74002027, Block 74002028, Block 74002029, Block 74002030

VTD: Memphis 58-4:

Block 82001000, Block 82001001, Block 82001002, Block 82001003, Block 82001004, Block 82001005, Block 82001006, Block 82001007, Block 82002003, Block 82002004, Block 82002005, Block 82002007, Block 82002009, Block 82002010, Block 82002011, Block 82002012, Block 82002013, Block 82003002, Block 82003003, Block 82003004, Block 82003005, Block 82003006, Block 82003007, Block 82004002, Block 82004003, Block 82004004, Block 82004005, Block 82004006, Block 82005000, Block 82005001, Block 82005002, Block 82005003, Block 82005004, Block 82005005, Block 82005006, Block 82005007, Block 118003015, Block 118003016, Block 118003017, Block 118003019

VTD: Memphis 60-3:

Block 78102035, Block 78211000, Block 78211001, Block 78211002, Block 78211003, Block 78211004, Block 78211005, Block 78211006, Block 78211007, Block 78211008, Block 78211009, Block 78211010, Block 78211011, Block 78211012, Block 78211013, Block 78211014, Block 78211015, Block

019155

78211016, Block 78211017, Block 78211018, Block 78211019, Block 78212000, Block 78212001, Block 78212002, Block 78212003, Block 78212004, Block 78212005, Block 78212006, Block 78212007, Block 78212008, Block 78214001, Block 78214002, Block 78214012, Block 78214013, Block 78214014

VTD: Memphis 60-9:

Block 60001000, Block 60001001, Block 60001002, Block 60001003, Block 60001006, Block 60001007, Block 60001008, Block 60001009, Block 60001010, Block 60001011, Block 60001012, Block 60001013, Block 60001014, Block 60001015, Block 60001016, Block 60001017, Block 60001018, Block 60001019, Block 60001020, Block 60001025, Block 60001026, Block 60002000, Block 60002001, Block 60002002, Block 60002003, Block 60002004, Block 60002005, Block 60002006, Block 60002007, Block 60002008, Block 60002009, Block 60002010, Block 65002006, Block 65002007, Block 65002008, Block 65002009, Block 65002010, Block 65002013, Block 65002014, Block 78101000, Block 78101001, Block 78101002, Block 78101003, Block 78101004, Block 78101005, Block 78101006, Block 78102000, Block 78102001, Block 78102002, Block 78102003, Block 78102004, Block 78102005, Block 78102006, Block 78102007, Block 78102008, Block 78102009, Block 78102017, Block 78102018, Block 78102019, Block 78102020, Block 78102021, Block 78102022, Block 78102023, Block 78102024, Block 78102025, Block 78102026, Block 78102027, Block 78102028, Block 78102029, Block 78102030, Block 78102031, Block 78102032, Block 78102033, Block 78102034, Block 78102036, Block 78102037, Block 78102038, Block 78103000, Block 78103001, Block 78103002, Block 78103003, Block 78103005, Block 78103007, Block 78103008, Block 78103009, Block 78103010, Block 78103011, Block 78103012

VTD: Memphis 81-5:

019155

Block 213341023, Block 213341024, Block 213341025, Block 213341026, Block 213342008, Block 213541000, Block 213541001, Block 213541003, Block 213541004, Block 213541005, Block 213542019

VTD:  Memphis 81-7:

Block 95022001, Block 213311019, Block 213311021, Block 213312017, Block 213312019, Block 213313008

VTD:  Memphis 93-1:

Block 217211007, Block 217211008, Block 217211009, Block 217211013, Block 217211014, Block 217211015, Block 217211016, Block 217211017, Block 217211018, Block 217211019, Block 217211020, Block 217241000, Block 217241001, Block 217241002, Block 217241003, Block 217241004, Block 217241005, Block 217241006, Block 217241007, Block 217241008, Block 217241009, Block 217241010, Block 217241011, Block 217241012, Block 217241016, Block 217241017, Block 217241018, Block 217241019, Block 217241020, Block 217242000, Block 217242001, Block 217242002, Block 217242003, Block 217242004, Block 217242005, Block 217242006, Block 217242007, Block 217242008, Block 217242009, Block 217242010, Block 217251000, Block 217251001, Block 217251002, Block 217251003, Block 217251004, Block 217251005, Block 217251006, Block 217251007, Block 217251008, Block 217251009, Block 217251010, Block 217251011, Block 217252000, Block 217252001, Block 217252002, Block 217252003, Block 217252004, Block 217252005, Block 217252006, Block 217252007, Block 217252008, Block 217252009, Block 217253000, Block 217253001, Block 217253002, Block 217253003, Block 217253004, Block 217253007, Block 217253008

VTD:  Morning Sun 02:

019155

Block 210201000, Block 210201001, Block 210201002, Block 210201015, Block 210201016, Block 210201017, Block 210201018, Block 210201021, Block 210201022, Block 210201023, Block 210201024, Block 210201025, Block 210201026

VTD:  Collierville 9:

Block 210203012, Block 210203020, Block 210203021, Block 210203022, Block 210203023, Block 210203024, Block 210203025, Block 210203026, Block 210203027, Block 210203028, Block 210203029, Block 210203030, Block 210203031, Block 210203032, Block 210203033, Block 210203034, Block 210203035, Block 210203036, Block 210203037, Block 210203038, Block 215412000, Block 215412001, Block 215412002, Block 215412003, Block 215412029, Block 215412030, Block 215412031, Block 215412032, Block 215412033, Block 215412034, Block 215412035, Block 215412036, Block 215412037, Block 215412038

**Wayne County**

**Williamson County:**

VTD:  2-1 Bethesda Recreation Center

VTD:  2-4 College Grove Community Center

VTD:  4-1 Prairie Life Fitness Center

VTD:  4-2 Millview Church of Christ

VTD:  4-3 Franklin Christian Church

VTD:  5-1 Sunset Elementary School

VTD:  5-2 Nolensville Methodist Church

VTD:  5-3 Triune Baptist Church

VTD:  5-4 Nolensville Baptist Church

VTD:  6-1 Brentwood Library

VTD:  6-2 Brentwood Safety Center

VTD: 6-3 Holy Family Catholic Church

VTD: 7-1 Brenthaven Church

VTD: 7-2 Baptist Children's Home

VTD: 7-3 New Hope Community Church

VTD: 8-1 Grassland Middle School

VTD: 12-3 The Gate Community Church

VTD: 3-3 Chapman's Retreat Elementary School:

Block 511002061, Block 511002062, Block 511002063, Block 511002064, Block 511002066

(c) It is the legislative intent that all congressional districts be contiguous and contiguity by water is sufficient, and, toward that end, if any voting district or other geographical entity designated as a portion of a district is found to be noncontiguous with the larger portion of such district, it shall be constituted a portion of the district smallest in population to which it is contiguous.

SECTION 2. This act takes effect upon becoming a law, the public welfare requiring it.

019155