Exhibit N to

*Hale v. Lee* Motion for Temporary Restraining
Order and Preliminary Injunction

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE**

VICKI HALE, EARLE FISHER,   )
TELISE TURNER, HEDY    )
WEINBERG, STEPHEN COHEN,  )
CHAZ MOLDER, CHANEY MOSLEY, )
JUSTIN PEARSON, and the TENNESSEE )
DEMOCRATIC PARTY,    )
           )
*Plaintiffs,*       )  CASE NO. _____
           )
v.          )
           )
BILL LEE, Governor,    )
TRE HARGETT, Secretary of State; )
MARK GOINS, Tennessee Coordinator of )
Elections; all in their official capacity only, )
           )
*Defendant.*      )

## DECLARATION OF EARLE FISHER

I, Earle Fisher, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the following is true and correct based on my personal knowledge:

1. I am over the age of eighteen (18), of sound mind, and competent to testify to the matters set forth herein.

2. I am a resident and registered voter of Shelby County, Tennessee.

3. I am an active and engaged citizen, including through local, state, and national politics. I am a regular voter, including in congressional elections – both primary and general elections.

4. In 2026, I have been active in the 9th Congressional District campaign. I have hosted political events and forums focused on that race. Those events and my political activities have focused on political issues important to Memphis and Shelby County citizens. For

1

years, the 9th Congressional District has covered most or all of Shelby County, including currently in 2026.

5. My political engagement and involvement, including in this year's 9th Congressional District campaign have focused on issues of concern to people who live in this district. For years, the 9th Congressional District has been urban and majority African-American. The political issues to which I have given a voice and engagement, including in the 2026 9th Congressional District campaign, are central to those who reside in Memphis and Shelby County.

6. I am aware that this week the Tennessee General Assembly approved new geographic boundaries for Tennessee's congressional districts, including the 9th Congressional District. I understand that the new 9th Congressional District passed this week now includes large portions of West Tennessee counties and even Middle Tennessee counties, like Williamson County. I am not familiar with these new geographic boundaries, but I know that the work I have done and my activity in supporting candidates on issues important to me has not been focused in these areas. I also know that the political issues I have engaged on do not relate to people who live in these areas.

7. While I know the congressional boundaries have changed as a result of these newly drawn congressional districts in May 2026, I am still not exactly sure which district I reside in. I do know that my campaign efforts for the previously drawn 9th Congressional District will have been largely wasted with respect to the 9th Congressional District if it is allowed to be redrawn in the middle of this campaign to include many counties and thousands of people that are not associated with Memphis or Shelby County.

2

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 7th day of May, 2026, in Shelby County, Tennessee.

Earle Fisher, Ph.D.

# Fisher Declaration - Final

Final Audit Report　　　　　　　　　　　　　　　　　　2026-05-08

| | |
|---|---|
| Created: | 2026-05-08 |
| By: | John Spragens (john@spragenslaw.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAZeka7myFwUCd9Y-FCUM0by7fszQ_6G5f |

## "Fisher Declaration - Final" History

📄 Document created by John Spragens (john@spragenslaw.com)
2026-05-08 - 3:38:07 AM GMT

✉️ Document emailed to Earle Fisher (pastorearle25@gmail.com) for signature
2026-05-08 - 3:38:11 AM GMT

📄 Email viewed by Earle Fisher (pastorearle25@gmail.com)
2026-05-08 - 3:39:46 AM GMT

✍️ Document e-signed by Earle Fisher (pastorearle25@gmail.com)
Signature Date: 2026-05-08 - 3:41:22 AM GMT - Time Source: server - Signature Appearance Selected: IMAGE

✅ Agreement completed.
2026-05-08 - 3:41:22 AM GMT

Adobe Acrobat Sign