Exhibit V to

*Hale v. Lee* Motion for Temporary Restraining Order and Preliminary Injunction

Case 3:26-cv-00603 Document 11-9 Filed 05/08/26 Page 1 of 5 PageID #: 426

| | | |
|---|---|---|
| VICKI HALE, EARLE FISHER, | ) | |
| TELISE TURNER, HEDY WEINBERG, | ) | |
| STEPHEN COHEN, CHAZ MOLDER, | ) | |
| CHANEY MOSLEY, | ) | |
| JUSTIN PEARSON, and the TENNESSEE | ) | |
| DEMOCRATIC PARTY, | ) | |
| | ) | |
| *Plaintiffs,* | ) | CASE NO. _____ |
| | ) | |
| v. | ) | |
| | ) | |
| BILL LEE, Governor, | ) | |
| TRE HARGETT, Secretary of State; | ) | |
| MARK GOINS, Tennessee Coordinator of | ) | |
| Elections; all in their official capacity only, | ) | |
| | ) | |
| *Defendant.* | ) | |

## DECLARATION OF RACHEL CAMPBELL

I, Rachel Campbell, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the following is true and correct based on my personal knowledge:

1. I am over the age of eighteen (18), of sound mind, and competent to testify to the matters set forth herein.

2. Since January 2025, I have served as the Chair of the Tennessee Democratic Party ("TNDP").

3. The TNDP represents and advocates for Democrats throughout the State of Tennessee in all ninety-five (95) counties, as well as those who reside outside the United States for various reasons but who are appropriately and legally registered to vote in Tennessee.

4. The TNDP operates to organize voters around certain political viewpoints and policy positions. The TNDP works to support candidates in their efforts to run for political office, and it exists to promote engagement between voters and candidates, especially during a campaign cycle.

1

5. In 2026, the TNDP has worked to promote voter engagement and political candidates' campaigns for a variety of offices, including congressional candidates. The TNDP's work to support those congressional campaigns has focused on amplifying those candidates' voices and views within certain congressional district boundaries set by the Tennessee General Assembly in 2022.

6. I am aware that this week the Tennessee General Assembly approved new geographic boundaries for Tennessee's congressional districts. The change to those boundaries is significant, and truly dramatic in many cases. Clearly, the work the TNDP has done and supported with respect to those congressional campaigns will have been wasted as the people covered by these district boundaries have changed.

7. As a result of the changes, much of the organization, infrastructure, and support that the TNDP has worked on for this election cycle will have been wasted. For example, the TNDP has built voter data files based on congression districts that were enacted by the Tennessee General Assembly in 2022. If those district are not changed as a result of the Tennessee General Assembly's actions this week in May 2026, then the TNDP will essentially have to start over their work on building voter data files for congressional districts. These data files are used by the TNDP, candidates, and activists to communicate their viewpoints and messages to targeted voters.

8. Based on my recent experience helping support voters who intended to vote in the 7th Congressional District special election in 2025, I know that this redistricting in the middle of an election cycle will almost certainly lead to voter confusion as to which district is their proper district in which to cast their vote. It is also likely that many voters will simply not vote due to this confusion.

2

9. As a result of these redistricting changes this week by the Tennessee General Assembly, the impact on voters could be significant. I understand from those who advice the TNDP on voter data that as many as 1.5 million voters in Tennessee could be impacted in some way by this redistricting.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 7 day of May , 2026.

*Rachel Campbell*

Rachel Campbell, Chair

3



# Progress | RightSignature

## SIGNATURE CERTIFICATE

**REFERENCE NUMBER**
C7B65F84-8D37-47D1-8E14-F84C9CA6989B

| TRANSACTION DETAILS | DOCUMENT DETAILS |
|---|---|
| **Reference Number**<br>C7B65F84-8D37-47D1-8E14-F84C9CA6989B | **Document Name**<br>Rachel Campbell Declaration FINAL |
| **Transaction Type**<br>Template Signer Link | **Filename**<br>Rachel_Campbell_Declaration_FINAL.pdf |
| **Sent At**<br>05/08/2026 12:33:56 AM EDT | **Pages**<br>3 pages |
| **Executed At**<br>05/08/2026 12:37:02 AM EDT | **Content Type**<br>application/pdf |
| **Identity Method**<br>email | **File Size**<br>144 KB |
| **Distribution Method**<br>manual | **Original Checksum**<br>f2f007f32aecbb341466d0cf46a539d868e5938be164a89c36c6044e8e3b0dd2 |
| **Signed Checksum**<br>7b5cd6f53773c889fc44ea0f4b809bc8a641370dc628a800ebccef26eb429061 | |
| **Signer Sequencing**<br>Disabled | |
| **Document Passcode**<br>Disabled | |
| **eIDAS Authentication**<br>Disabled | |

## SIGNERS

| SIGNER | E-SIGNATURE | EVENTS |
|---|---|---|
| **Name**<br>Rachel Campbell | **Status**<br>signed | **Viewed At**<br>05/08/2026 12:33:56 AM EDT |
| **Email**<br>rcampbell@tndp.org | **Multi-factor Digital Fingerprint Checksum**<br>a4d5a01236779de9fc99db4c8c1d39baa43c320c3e4c69f20b91fb7369a89bdc | **Identity Authenticated At**<br>05/08/2026 12:37:02 AM EDT |
| **Components**<br>3 | **IP Address**<br>68.47.192.97 | **Signed At**<br>05/08/2026 12:37:02 AM EDT |
| | **Device**<br>Mobile Safari via iOS | |
| | **Typed Signature**<br>*Rachel Campbell* | |
| | **Signature Reference ID**<br>E5918EEB | |

## AUDITS

| TIMESTAMP | AUDIT |
|---|---|
| 05/08/2026 12:33:56 AM EDT | Signer viewed the document on Mobile Safari via iOS from 68.47.192.97. |
| 05/08/2026 12:37:02 AM EDT | Rachel Campbell (rcampbell@tndp.org) signed the document on Mobile Safari via iOS from 68.47.192.97. |
| 05/08/2026 12:37:02 AM EDT | Rachel Campbell (rcampbell@tndp.org) authenticated via email on Chrome Mobile via Android from 172.58.149.113. |