# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

VICKI HALE, EARLE FISHER, TELISE TURNER, HEDY WEINBERG, STEPHEN COHEN, CHARLES 'CHAZ' MCIVER MOLDER, CHANEY MOSLEY, JUSTIN PEARSON, and the TENNESSEE DEMOCRATIC PARTY,

*Plaintiffs*,

v.

BILL LEE, Governor, TRE HARGETT, Secretary of State; MARK GOINS, Tennessee Coordinator of Elections; all in their official capacity only,

*Defendants*.

CASE NO. 3:26-cv-00603

---

## [PROPOSED] ORDER GRANTING TEMPORARY INJUNCTION

---

This matter came before the Court upon the Plaintiffs' Motion for Temporary Restraining Order. The Court finds that the Plaintiffs have provided specific facts in a complaint supported by affidavits and declarations that clearly show that immediate and irreparable harm to Plaintiffs' constitutional rights will result absent temporary relief. The Court further finds that Plaintiffs have demonstrated a substantial likelihood of success on the merits, that a temporary restraining order would not cause substantial harm to others, and that the public interest will be served by an injunction.

It is accordingly ORDERED that the Defendants are TEMPORARILY RESTRAINED from implementing and enforcing House Bills 7001, 7002, 7003, and 7005, as enacted by the

Tennessee General Assembly and signed by Governor Lee on May 7, 2026, during the 2026 election cycle, pending further order of the Court.

This Order shall expire within 14 days of its entry unless before that time the Court, for good cause, extends it for a like period or the Defendants consent to a longer extension.

Pursuant to Rule 65(b)(3) of the Federal Rules of Civil Procedure, a hearing on the Plaintiffs' Motion for Preliminary Injunction shall be set at _____a.m./p.m. on the _____day of _____, 2026.

IT IS SO ORDERED.

Entered this the _____ day of ____, 2026.

_____
DISTRICT COURT JUDGE

2