# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| VICKI HALE, EARLE FISHER, TELISE TURNER, HEDY WEINBERG, STEPHEN COHEN, CHARLES 'CHAZ' MCIVOR MULDER, CHANEY MOSLEY, JUSTIN PEARSON, and THE TENNESSEE DEMOCRATIC PARTY, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | NO. 3:26-cv-00603 |
| v. | ) ) | JUDGE CAMPBELL |
| BILL LEE, Tennessee Governor, TRE HARGETT, Tennessee Secretary of State, MARK GOINS, Tennessee Coordinator of Elections; all in their official capacity only, | ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

Pending before the Court is a Motion for Temporary Restraining Order (Doc. No. 11) filed by Vicki Hale, Earle Fisher, Telise Turner, Hedy Weinberg (the "Voter Plaintiffs"), Stephen Cohen, Charles 'Chaz' McIvor Molder, Chaney Mosley, Justin Pearson (the "Candidate Plaintiffs"), and the Tennessee Democratic Party (collectively, "Plaintiffs"). Defendants shall respond to the motion by Tuesday, May 12, 2026.

In addition, by the same date, Defendants shall file a separate brief of no more than ten pages concerning whether this case must be heard and decided by a district court of three judges pursuant to 28 U.S.C. § 2284. If Defendants take the position that the case must be heard by a three-judge panel, Plaintiffs may file a reply of the same length by May 14, 2026.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE