**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| VICKI HALE, EARLE FISHER, TELISE TURNER, HEDY WEINBERG, STEPHEN COHEN, CHARLES 'CHAZ' MCIVOR MULDER, CHANEY MOSLEY, JUSTIN PEARSON, and THE TENNESSEE DEMOCRATIC PARTY, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | NO. 3:26-cv-00603 |
| v. | ) ) | JUDGE CAMPBELL |
| BILL LEE, Tennessee Governor, TRE HARGETT, Tennessee Secretary of State, MARK GOINS, Tennessee Coordinator of Elections; all in their official capacity only, | ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

The Court will hold a telephone conference on Monday, May 11, 2026, at 10:30 a.m. Counsel are directed to dial 855-244-8681 and enter Access Code 2310 964 0001 to be connected to the call.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE