| | |
|---|---|
| VICKI HALE, EARLE FISHER, TELISE TURNER, HEDY WEINBERG, STEPHEN COHEN, CHARLES 'CHAZ' MCIVER MOLDER, CHANEY MOSLEY, JUSTIN PEARSON, and the TENNESSEE DEMOCRATIC PARTY, *Plaintiffs*, v. BILL LEE, Governor, TRE HARGETT, Secretary of State; MARK GOINS, Tennessee Coordinator of Elections; all in their official capacity only, *Defendants*. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )   CASE NO. 3:26-cv-00603 |

## SUPPLEMENTAL DECLARATION OF REPRESENTATIVE STEPHEN COHEN

I, Stephen Cohen, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the following is true and correct based on my personal knowledge:

1. I am over the age of eighteen (18), of sound mind, and competent to testify to the matters set forth herein.

2. I am attesting to the statements in this Supplemental Declaration to supplement the statements I made in a Declaration that I signed on May 7, 2026.

3. I was first elected to serve the 9th Congressional District in Tennessee in the U.S. House of Representatives in 2006. I was reelected to this seat by the Tennesseans residing in this District in 2008, 2010, 2012, 2014, 2016, 2018, 2020, 2022, and 2024. Throughout my tenure in

1

Congress, I have been elected as a Democrat. Since 2022, I have been the only Democrat in Tennessee to be elected to and serve in Congress. While I maintain an independent voice on many issues, I am a proud Democrat. As such, I routinely oppose policies and viewpoints expressed by Republicans, including others elected to serve in Congress from Tennessee.

4.     I was the only person elected to Congress from Tennessee who spoke out publicly against the Tennessee General Assembly's actions to redraw the congressional district boundaries in the middle of an election cycle after I and all other congressional candidates had qualified to run for Congress under the State's laws and rules. I am also the only person elected to Congress from Tennessee who spoke out against the Tennessee General Assembly's actions to divide Memphis and Shelby County, Tennessee, into multiple congressional districts.

5.     I understand that out of the 9 Representatives who are serving in Congress from Tennessee, I am the only one of them to have my residence drawn into the boundary of a different congressional district as a result of the General Assembly's legislation passed on May 7, 2026.

6.     When I qualified as a candidate for the 2026 election cycle to ask the voters of the Ninth Congressional District to elect me again as the United States Representative, I did so pursuant to the same state laws that had set Tennessee's congressional districts in 2022 and that had prohibited Tennessee's congressional districts from being redrawn until the next census. In fact, until the General Assembly passed legislation on May 7, 2026, Tennessee law only permitted me to run for Congress in the Ninth Congressional District because that was the District where I resided.

7.     Not only did the legislation passed by the Tennessee General Assembly on May 7, 2026, redraw congressional district boundaries, it also requires me, by Friday, May 15, to communicate to the Secretary of State and, therefore, to the public, which one of these new districts

2

is the district I choose to run in moving forward, even though I am actively challenging the imposition of these new districts on this timeline in this Court. I was (understandably) only legally qualified to run in the Ninth Congressional District up until May 7, 2026, because state law required that candidates reside in the congressional district where they seek to qualify to run for office

8. Now, Tennessee General Assembly's May 7, 2026, legislation permits me to run in the 9th Congressional District, even though the legislation removed my residential location from that District. And, the May 7, 2026, legislation permits me to run in any other congressional district in the state.

9. Requiring me to communicate my preference concerning how to participate in an election on terms I am actively seeking to have enjoined to because their imposition at this stage in the election cycle violates my constitutional rights would compel me to speak in tacit endorsement of legislation that should be enjoined for this election cycle.

10. Requiring me to take action with the State, or to decide not to take action, by May 15, 2026, before this Court has determined whether enactment of new Congressional Districts for the 2026 cycle violates my constitutional rights and the constitutional rights of voters across Tennessee, places me and other candidates who qualified by the March 10, 2026, candidate qualifying deadline in an untenable position. Put differently, I and other congressional candidates should not be compelled by the State to tacitly endorse an election structure we are actively asking this Court to enjoin for the 2026 election.

11. I ask this Court to enter a temporary order restraining the State from enforcing the newly enacted congressional map prior to this May 15, 2026, deadline. This action would preserve the law the State enacted and that many citizens of Tennessee followed to qualify to run for office.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 10 day of May , 2026, in Shelby County, Tennessee.


Steve Cohen
_____
Hon. Stephen Cohen



# SIGNATURE CERTIFICATE

**REFERENCE NUMBER**
711B9E3D-1686-4FE8-AEA6-305223051493

| TRANSACTION DETAILS | DOCUMENT DETAILS |
|---|---|
| **Reference Number**<br>711B9E3D-1686-4FE8-AEA6-305223051493 | **Document Name**<br>Steve Cohen Supplemental Declaration |
| **Transaction Type**<br>Template Signer Link | **Filename**<br>Steve_Cohen_Supplemental_Declaration.pdf |
| **Sent At**<br>05/10/2026 02:37:07 PM EDT | **Pages**<br>4 pages |
| **Executed At**<br>05/10/2026 02:45:27 PM EDT | **Content Type**<br>application/pdf |
| **Identity Method**<br>email | **File Size**<br>148 KB |
| **Distribution Method**<br>manual | **Original Checksum**<br>3b5979d1a7ecb520b4539ab49b8cf10a2d5246b982568f61633fdd5d3a0d66f7 |
| **Signed Checksum**<br>f85cb35b89d2a2ac12f0709aa1f12a9e6ebbc97b7175ed4f549e2594c54080ba | |
| **Signer Sequencing**<br>Disabled | |
| **Document Passcode**<br>Disabled | |
| **eIDAS Authentication**<br>Disabled | |

# SIGNERS

| SIGNER | E-SIGNATURE | EVENTS |
|---|---|---|
| **Name**<br>Steve Cohen | **Status**<br>signed | **Viewed At**<br>05/10/2026 02:37:07 PM EDT |
| **Email**<br>SCohen09@comcast.net | **Multi-factor Digital Fingerprint Checksum**<br>009be56aa241e885a9382aacd28cc36de3b94b9db77354c885cd01b70a9a5c29 | **Identity Authenticated At**<br>05/10/2026 02:45:27 PM EDT |
| **Components**<br>3 | **IP Address**<br>146.75.234.49 | **Signed At**<br>05/10/2026 02:45:27 PM EDT |
| | **Device**<br>Safari via Mac | |
| | **Drawn Signature**<br>![Steve Cohen signature] | |
| | **Signature Reference ID**<br>71AF2CF2 | |
| | **Signature Biometric Count**<br>5 | |

# AUDITS

| TIMESTAMP | AUDIT |
|---|---|
| 05/10/2026 02:37:07 PM EDT | Signer viewed the document on Safari via Mac from 146.75.234.49. |
| 05/10/2026 02:45:27 PM EDT | Steve Cohen (SCohen09@comcast.net) signed the document on Safari via Mac from 146.75.234.49. |
| 05/10/2026 02:45:27 PM EDT | Steve Cohen (SCohen09@comcast.net) authenticated via email on Mobile Safari via iOS from 73.2.230.153. |

Dated: May 10, 2026

Respectfully submitted,

/s/ David W. Garrison
**DAVID W. GARRISON (No. 24968)**
**SCOTT P. TIFT (No. 27592)**
**JOSHUA A. FRANK (No. 33294)**
BARRETT JOHNSTON MARTIN & GARRISON, PLLC
200 31st Ave North
Nashville, TN 37203
Telephone: (615) 244-2202
Facsimile: (615) 252-3798
dgarrison@barrettjohnston.com
stift@barrettjohnston.com
jfrank@barrettjohnston.com

**John Spragens (No. 31445)**
Spragens Law PLC
915 Rep. John Lewis Way S., Suite 100
Nashville, TN 37203
Telephone: (615) 983-8900
Facsimile: (615) 682-8533
john@spragenslaw.com

*Attorneys for Plaintiffs*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a copy of this *Supplemental Declaration of Representative Stephen Cohen* was filed electronically with the Clerk's office and served upon Defendants using the Court's CM/ECF system on May 10, 2026, through their counsel of record as indicated below:

Zachary L Barker
Andrew D. Denning
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202-0207
Phone: (615) 532-4098
Zachary.Barker@ag.tn.gov
Andrew.Denning@ag.tn.gov

/s/ David W. Garrison
DAVID W. GARRISON
**BARRETT JOHNSTON**
   **MARTIN & GARRISON, PLLC**