**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| VICKI HALE, EARLE FISHER,<br>TELISE TURNER, HEDY WEINBERG,<br>STEPHEN COHEN, CHARLES 'CHAZ'<br>MCIVER MOLDER, CHANEY<br>MOSLEY, JUSTIN PEARSON, and the<br>TENNESSEE DEMOCRATIC PARTY, | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | |
| *Plaintiffs,* | ) <br> ) | CASE NO. 3:26-cv-00603 |
| v. | ) <br> ) | JUDGE CAMPBELL |
| BILL LEE, Governor,<br>TRE HARGETT, Secretary of State;<br>MARK GOINS, Tennessee Coordinator<br>of Elections; all in their official capacity<br>only, | ) <br> ) <br> ) <br> ) <br> ) <br> ) | |
| *Defendants.* | ) | |

**SUPPLEMENTAL DECLARATION OF MAYOR CHAZ MOLDER**

I, Charles 'Chaz' McIver Molder, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the following is true and correct based on my personal knowledge:

1. I am over the age of eighteen (18), of sound mind, and competent to testify to the matters set forth herein.

2. I am attesting to the statements in this Supplemental Declaration to supplement the statements I made in a Declaration filed in this matter on May 8, 2026.

3. Under House Bill 7003/Senate Bill 7003 passed by the Tennessee General Assembly during its Second Extraordinary Session and signed by Governor Lee on May 7, 2026, my home in the City of Columbia, Maury County, was moved from the pre-existing Fifth

1

Congressional District into a redrawn Ninth Congressional District, which now extends some 200 miles westward from the City of Columbia to Shelby County, including parts of Memphis. Similarly, the new Fifth Congressional District is not the Fifth Congressional District I qualified to run in under the rules and deadlines then in place, and where I have been campaigning since, at a minimum, the date of my public announcement regarding my candidacy on September 4, 2025..

4. Under House Bill 7001/Senate Bill 7001 passed by the Tennessee General Assembly during its Second Extraordinary Session and signed by Governor Lee on May 7, 2026, and based upon correspondence I received on Saturday, May 9, 2026, via overnight certified mail from the Tennessee Coordinator of Elections Mark Goins, I understand that I have until noon on May 15, 2026, to notify the Tennessee Coordinator of Elections (and, thereby, the voters of Tennessee) if I choose not continue to be a candidate in Congressional District Five. Alternatively, by noon on May 15, 2026, I can notify the Tennessee Coordinator of Elections that I intend to run in a congressional district created by the General Assembly on May 7 other than the Fifth Congressional District. .

5. In other words, even though I qualified to run in a congressional district that could not be redrawn under Tenn. Code Ann. § 2-16-102 until the 2030 census (this restriction was repealed by House Bill 7002/Senate Bill 7002 during the Second Extraordinary Session), the Tennessee General Assembly's May 7 legislation removed me from that district and now requires me, by noon on Friday, May 15, to notify the Tennessee Coordinator of Elections and, therefore, the public, which of these newly drawn districts I choose to be a candidate in, even though I am a plaintiff in this lawsuit, which challenges the imposition of these new districts on this timeline in this Court. I was (understandably) only legally qualified to run in the pre-existing Fifth Congressional District prior to the passage on May 7 of Section 2 of House Bill 7001/Senate Bill

2

7001, as that bill repealed the requirement in Tenn. Code Ann. § 2-13-209 that candidates reside in the congressional district where they seek to qualify as a primary election candidate.

6.      I decided to announce my candidacy for Congress in the previously drawn Fifth Congressional District largely due to the geographic scope of the District, which included my hometown of Columbia and home county of Maury, large sections of south and east Nashville, significant portions of Williamson County and Wilson County, and all of Lewis County and Marshall County. I also decided to run for Congress in the Fifth Congressional District to defeat Congressman Andy Ogles, under the boundaries then and there set. Andy Ogles has served as Congressman in this District since 2023. I have very different views and opinions of Congressman Ogles both in substance and style and disagree with him on many policy and political issues which my campaign has previously articulated via paid and non-paid communications. I also disagree with much of his personal conduct in professional and non-professional capacities since his election to Congress in 2022. Since my announcement in September 2025, I have conducted my campaign and used my voice to offer Tennesseans a distinct and different type of candidate to serve in this office with a much different voice and approach to issues and people.

7.      The General Assembly's May 7 legislation permits me to run in the newly drawn Fifth Congressional District—the same district in which Congressman Ogles now lives—even though the legislation removed my home from that District. And the May 7 legislation permits me to run in any other congressional district in the state, including the Ninth Congressional District, where the legislation adjusted the district maps to include my home, but also including any other Congressional District in the state.

8.      Requiring me to communicate my preference concerning how to participate in an election on terms I am actively seeking to enjoin at this late stage of the election cycle as violations

of my constitutional rights to vote and associate would compel me to speak in tacit endorsement of legislation that should be enjoined for this election cycle.

9.      Requiring me to take action with the State, or to decide not to take action, by noon on May 15, 2026, before this Court has determined whether enactment of new congressional districts for the 2026 cycle violates my constitutional rights and the constitutional rights of voters across Tennessee, places me and other candidates who qualified by the March 10, 2026, qualifying deadline in an untenable position. Put differently, I and other congressional candidates should not be compelled by the State to tacitly endorse an election structure that violates our constitutional rights and that we are, therefore, actively asking this Court to enjoin for the 2026 election.

10.      For this reason, I respectfully ask this Court to enter a temporary order restraining the State from implementing and enforcing the legislation redrawing Tennessee's congressional maps for the 2026 election cycle, and particularly to enjoin the noon May 15, 2026, deadline for all duly qualified candidates to declare in which newly constituted congressional district we choose to run. Such an injunction would prevent the State from coercing me, and other candidates, to communicate a message of tacit support for the General Assembly's unconstitutional attempt to impose new congressional districts on candidates after the qualification window has closed and within a few months of the election.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this <u>10th</u> date of May, 2026.

_____
Mayor Chaz Molder

50243868.4

4



# Progress | RightSignature

## SIGNATURE CERTIFICATE

**REFERENCE NUMBER**
D3377346-22A7-4C1A-B645-CABEAE227D79

| TRANSACTION DETAILS | DOCUMENT DETAILS |
|---|---|
| **Reference Number**<br>D3377346-22A7-4C1A-B645-CABEAE227D79 | **Document Name**<br>Chaz Molder Supplemental Declaration |
| **Transaction Type**<br>Template Signer Link | **Filename**<br>Chaz_Molder_Supplemental_Declaration.pdf |
| **Sent At**<br>05/10/2026 03:02:54 PM EDT | **Pages**<br>4 pages |
| **Executed At**<br>05/10/2026 03:04:33 PM EDT | **Content Type**<br>application/pdf |
| **Identity Method**<br>email | **File Size**<br>156 KB |
| **Distribution Method**<br>manual | **Original Checksum**<br>a4802e1f9cb5e47d332b8ef4aba0f041a7ef0734e0234c24990adc76df527c4c |
| **Signed Checksum**<br>ddcd1653fc005d6c4ceca61b2c77a7cc94d33c93c1da9653d86e422a2d2865ce | |
| **Signer Sequencing**<br>Disabled | |
| **Document Passcode**<br>Disabled | |
| **eIDAS Authentication**<br>Disabled | |

## SIGNERS

| SIGNER | E-SIGNATURE | EVENTS |
|---|---|---|
| **Name**<br>CHARLES M MOLDER | **Status**<br>signed | **Viewed At**<br>05/10/2026 03:02:54 PM EDT |
| **Email**<br>chaz.molder@gmail.com | **Multi-factor Digital Fingerprint Checksum**<br>a6f7a427fa4e41c6504db34b58e594ddfc3c7bc8fa56df450699e0c1eda02fcc | **Identity Authenticated At**<br>05/10/2026 03:04:33 PM EDT |
| **Components**<br>2 | **IP Address**<br>76.9.162.180 | **Signed At**<br>05/10/2026 03:04:33 PM EDT |
| | **Device**<br>Mobile Safari via iOS | |
| | **Drawn Signature**<br> | |
| | **Signature Reference ID**<br>57993CE3 | |
| | **Signature Biometric Count**<br>1 | |

## AUDITS

| TIMESTAMP | AUDIT |
|---|---|
| 05/10/2026 03:02:54 PM EDT | Signer viewed the document on Mobile Safari via iOS from 76.9.162.180. |
| 05/10/2026 03:04:33 PM EDT | CHARLES M MOLDER (chaz.molder@gmail.com) signed the document on Mobile Safari via iOS from 76.9.162.180. |
| 05/10/2026 03:04:33 PM EDT | CHARLES M MOLDER (chaz.molder@gmail.com) authenticated via email on Mobile Safari via iOS from 76.9.162.180. |

Dated: May 10, 2026

Respectfully submitted,

/s/ David W. Garrison
**DAVID W. GARRISON (No. 24968)**
**SCOTT P. TIFT (No. 27592)**
**JOSHUA A. FRANK (No. 33294)**
BARRETT JOHNSTON MARTIN & GARRISON, PLLC
200 31st Ave North
Nashville, TN 37203
Telephone: (615) 244-2202
Facsimile: (615) 252-3798
dgarrison@barrettjohnston.com
stift@barrettjohnston.com
jfrank@barrettjohnston.com

**John Spragens (No. 31445)**
Spragens Law PLC
915 Rep. John Lewis Way S., Suite 100
Nashville, TN 37203
Telephone: (615) 983-8900
Facsimile: (615) 682-8533
john@spragenslaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this *Supplemental Declaration of Mayor Chaz Molder* was filed electronically with the Clerk's office and served upon Defendants using the Court's CM/ECF system on May 10, 2026, through their counsel of record as indicated below:

Zachary L Barker
Andrew D. Denning
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202-0207
Phone: (615) 532-4098
Zachary.Barker@ag.tn.gov
Andrew.Denning@ag.tn.gov

/s/ David W. Garrison
DAVID W. GARRISON
**BARRETT JOHNSTON**
**MARTIN & GARRISON, PLLC**