| | |
|---|---|
| VICKI HALE, EARLE FISHER, TELISE TURNER, HEDY WEINBERG, STEPHEN COHEN, CHARLES 'CHAZ' MCIVER MOLDER, CHANEY MOSLEY, JUSTIN PEARSON, and the TENNESSEE DEMOCRATIC PARTY,<br><br>*Plaintiffs*,<br><br>v.<br><br>BILL LEE, Governor, TRE HARGETT, Secretary of State; MARK GOINS, Tennessee Coordinator of Elections; all in their official capacity only,<br><br>*Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   CASE NO. 3:26-cv-00603<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF ROBERT BURGOS

I, Robert Burgos, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the following is true and correct based on my personal knowledge:

1. I am over the age of eighteen (18), of sound mind, and competent to testify to the matters set forth herein. I am attesting to the statements in this Declaration. I was asked by the Plaintiffs in this lawsuit to provide this Declaration addressing the topics herein.

2. I am a resident of Hamilton County, Tennessee, where I have resided for over four years.

3. I have Bachelor of Artis degrees in political science and a minor in statistics from the University of Florida.

1

4. I am currently the Director of Data and Technology for Civic Tennessee and Action Tennessee, which are non-profit organizations focused on civic engagement and advocacy work.

5. In my role as Director of Data and Technology, I routinely work with voting data and geospatial data. For example, I worked with this type of data in 2022, focusing on Tennessee redistrict maps for its Congressional, State Senate, and State House districts.

6. This past week, when the Tennessee General Assembly considered and, eventually enacted new congressional district maps on May 7, 2026, I analyzed this data in my role with Civic Tennessee and Action Tennessee. I was provided data related to these redistricted maps that I understand was used by those in the Tennessee General Assembly who proposed and passed the new maps. The data was in what is called "shape files" and allows a user, like me, to identify which district any registered voter resides in, and therefore can vote in, based on the address of their voter registration.

7. In the course of working with this data, I have had the opportunity to analyze and examine a number of things, including where the candidates for Congress in the various districts resides.

8. Tennessee has nine congressional districts. Eight of the nine incumbent Representatives from Tennessee qualified to run for reelection in the district in which they are serving in Congress. Those Representatives are: Diana Harshbarger in the First Congressional District; Tim Burchett in the Second Congressional District; Chuck Fleischmann in the Third Congressional District; Scott DesJarlais in the Fourth Congressional District; Andy Ogles in the Fifth Congressional District; Matt Van Epps in the Seventh Congressional District; David Kustoff in the Eighth Congressional District, and Stephen Cohen in the Ninth Congressional District.

2

9.  Out of the nine incumbent Representatives serving the various congressional district in Congress, only one of them was elected as a Democrat. That Representative is Steve Cohen, who serves as a Representative in Congress for the Ninth Congressional District.

10.  I have examined the voting data provided by the State during the debate of and after the passage of the General Assembly's redistricting legislation on May 7, 2026, with respect to how it impacted the incumbent Representatives serving the various district in Tennessee in Congress. The new congressional district boundary lines set by the General Assembly through legislation passed on May 7, 2026, kept every incumbent Representative from Tennessee who was elected as a Republican in Congress in the district for which they were elected and are serving, including Congressman John Rose, who serves as Representative for the Sixth Congressional District even though he is not running for reelection. Put differently, every incumbent Representative from Tennessee who is running as a Republican for reelection in 2026 was kept in the same numerical district for which they were elected in 2024 and for which they qualified to run under state law that was in place before last week.

11.  The General Assembly's redistricting legislation passed on May 7, 2026, was drawn such that the only Representative from Tennessee whose residence was not included in the District for which he or she serves in Steve Cohen of the Ninth Congressional District. Representative Cohen is the only Representative from Tennessee serving in Congress who was elected as a Democrat and who qualified to run (and is running) for reelection as a Democrat in the District for which he serves. Congressman Cohen's residence is now included in the geographic boundaries of the 5th Congressional District, which prior to the redrawn congressional lines included Middle Tennessee Counties of Lewis, Maury, Marshall, Williamson, Davidson, and Wilson – the closest of which is nearly 150 to 160 miles from Shelby County.

3

12. The border of the Ninth Congressional District (the District for which Representative Cohen was elected and serves) and the Fifth Congressional District (the District for which Representative Cohen now resides) is just a few blocks from his residences.

13. I was also able to examine the voter data of these redistricting maps with respect to other top tier Democratic congressional candidates. State Representative Justin J. Pearson and Mayor Chaz Molder are the two top – non incumbent – congressional candidates running for Congress from Tennessee as Democratic in 2026, from a fundraising perspective and based on other data. Representative Pearson qualified to run for Congress in the Ninth Congressional District, and Mayor Molder qualified to run for Mayor in the Fifth Congressional District. The General Assembly's new congressional maps excluded the residences of both of these candidates from the District where they qualified to run and have been running for office. Representative Pearson's residence is now within the boundaries of the Fifth Congressional District, and Mayor Molder's residence is now within the boundaries of the Ninth Congressional District. Notably, the boundary between the Fifth Congressional District and the Ninth Congressional District is just one block away from Mayor Molder's residence.

14. In addition to examining how the General Assembly's newly drawn district lines impacted political candidates, including incumbent Representatives in Congress, I have examined how these maps impact voters. Nearly 1,500,000 Tennessee voters are impacted by these newly drawn congressional district maps by the simple fact that they now reside in different congressional districts than they resided in just one week ago. Moreover, these are Tennessee voters who the State wrote after the 2022 redistricting maps to notify them as to which district they resided in whose district has now changed without that same notification.

15.	I have also examined the shape and geographic scope of these newly drawn congressional districts.  For example, the Fifth Congressional District now includes downtown Memphis adjacent to the Mississippi River, as well as Williamson County in the suburban Nashville area, and parts of Montgomery County.  A drive in this District from downtown Memphis to Montgomery County appears to be nearly 200 miles, and it is estimated to take over 3 hours. The Ninth Congressional District, which previously included Shelby County and part of Tipton County, now includes Shelby County and Bedford County which are nearly 250 miles apart.

Executed this 10 day of May, 2026.


_____
Robert Burgos



# Progress® | RightSignature

## SIGNATURE CERTIFICATE

### REFERENCE NUMBER
4F69DDC9-0AFB-4669-A9DC-35A58C8DCC63

| TRANSACTION DETAILS | DOCUMENT DETAILS |
|---|---|
| **Reference Number**<br>4F69DDC9-0AFB-4669-A9DC-35A58C8DCC63 | **Document Name**<br>Robert Burgos Declaration |
| **Transaction Type**<br>Template Signer Link | **Filename**<br>Robert_Burgos_Declaration.pdf |
| **Sent At**<br>05/10/2026 03:15:37 PM EDT | **Pages**<br>5 pages |
| **Executed At**<br>05/10/2026 03:19:57 PM EDT | **Content Type**<br>application/pdf |
| **Identity Method**<br>email | **File Size**<br>156 KB |
| **Distribution Method**<br>manual | **Original Checksum**<br>bb25067b9d5cf7b84e46ee7f0be4c44a34343c05d92e6ca1ac60fdabc1d6c5b2 |
| **Signed Checksum**<br>1e502817f7fba4f39fc51e7235b163b52d93a094d8cbba090605b2531c73cf11 | |
| **Signer Sequencing**<br>Disabled | |
| **Document Passcode**<br>Disabled | |
| **eIDAS Authentication**<br>Disabled | |

## SIGNERS

| SIGNER | E-SIGNATURE | EVENTS |
|---|---|---|
| **Name**<br>Robert Burgos | **Status**<br>signed | **Viewed At**<br>05/10/2026 03:15:37 PM EDT |
| **Email**<br>rob@togethertn.org | **Multi-factor Digital Fingerprint Checksum**<br>e97cca295472d75f264cfbc734cbde506d605c70f49783ea78a1d41f94ea871b | **Identity Authenticated At**<br>05/10/2026 03:19:57 PM EDT |
| **Components**<br>2 | **IP Address**<br>137.119.170.72 | **Signed At**<br>05/10/2026 03:19:57 PM EDT |
| | **Device**<br>Mobile Safari via iOS | |
| | **Drawn Signature** | |
| | **Signature Reference ID**<br>4EFC7AAA | |
| | **Signature Biometric Count**<br>5 | |

## AUDITS

| TIMESTAMP | AUDIT |
|---|---|
| 05/10/2026 03:15:37 PM EDT | Signer viewed the document on Mobile Safari via iOS from 137.119.170.72. |
| 05/10/2026 03:19:57 PM EDT | Robert Burgos (rob@togethertn.org) signed the document on Mobile Safari via iOS from 137.119.170.72. |
| 05/10/2026 03:19:57 PM EDT | Robert Burgos (rob@togethertn.org) authenticated via email on Mobile Safari via iOS from 137.119.170.72. |

Dated: May 10, 2026                    Respectfully submitted,

                                       /s/ David W. Garrison
                                       **DAVID W. GARRISON (No. 24968)**
                                       **SCOTT P. TIFT (No. 27592)**
                                       **JOSHUA A. FRANK (No. 33294)**
                                       BARRETT JOHNSTON MARTIN & GARRISON, PLLC
                                       200 31st Ave North
                                       Nashville, TN 37203
                                       Telephone: (615) 244-2202
                                       Facsimile: (615) 252-3798
                                       dgarrison@barrettjohnston.com
                                       stift@barrettjohnston.com
                                       jfrank@barrettjohnston.com

                                       **John Spragens (No. 31445)**
                                       Spragens Law PLC
                                       915 Rep. John Lewis Way S., Suite 100
                                       Nashville, TN 37203
                                       Telephone: (615) 983-8900
                                       Facsimile: (615) 682-8533
                                       john@spragenslaw.com

                                       *Attorneys for Plaintiffs*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a copy of this *Declaration of Robert Burgos* was filed electronically with the Clerk's office and served upon Defendants using the Court's CM/ECF system on May 10, 2026, through their counsel of record as indicated below:

Zachary L Barker
Andrew D. Denning
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202-0207
Phone: (615) 532-4098
Zachary.Barker@ag.tn.gov
Andrew.Denning@ag.tn.gov

                                       /s/ David W. Garrison
                                       DAVID W. GARRISON
                                       **BARRETT JOHNSTON**
                                           **MARTIN & GARRISON, PLLC**