**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| VICKI HALE, EARLE FISHER, TELISE TURNER, HEDY WEINBERG, STEPHEN COHEN, CHARLES 'CHAZ' MCIVOR MULDER, CHANEY MOSLEY, JUSTIN PEARSON, and THE TENNESSEE DEMOCRATIC PARTY, | ) ) ) ) ) ) ) |
| Plaintiffs, | ) NO. 3:26-cv-00603 |
| v. | ) JUDGE CAMPBELL |
| BILL LEE, Tennessee Governor, TRE HARGETT, Tennessee Secretary of State, MARK GOINS, Tennessee Coordinator of Elections; all in their official capacity only, | ) ) ) ) ) |
| Defendants. | ) |

## ORDER

As discussed during the telephone status conference on May 11, 2026, the deadline for Defendants to respond to Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction (Doc. No. 11) is extended to May 13, 2026. On or before May 12, 2026, the parties shall confer to determine whether agreement can be reached concerning whether this case must be heard and decided by a three-judge panel. The deadline for Defendants to file a brief on that issue is also extended to May 13, 2026.

The Court will hold a hearing on May 20, 2026, at 2:00 p.m. at the Fred D. Thompson United States Courthouse and Federal Building, 719 Church Street, Nashville, Tennessee, in Courtroom 6B. Absent extraordinary circumstances, the hearing will conclude the same day. On or before May 18, 2026, the parties shall file the following: (1) exhibit lists; (2) any affidavits or declarations; (3) any depositions and/or deposition designations; (4) any stipulations; and (5) any motions in limine.

The parties have stated that they do not intend to present live testimony during the hearing. Should that change, the parties are advised that no witness shall testify live at the preliminary injunction hearing unless the party calling such witness has identified and made the witness available for a deposition prior to the hearing. If live witnesses will be called, the parties shall file witness lists by May 18, 2026.

It is so **ORDERED**.

WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE

2