## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| VICKI HALE, EARLE FISHER, TELISE TURNER, HEDY WEINBERG, STEPHEN COHEN, CHARLES 'CHAZ' MCIVER MOLDER, CHANEY MOSLEY, JUSTIN PEARSON, and the TENNESSEE DEMOCRATIC PARTY, | ) ) ) ) ) ) ) | |
| *Plaintiffs*, | ) ) | CASE NO. 3:26-cv-00603 |
| v. | ) ) | JUDGE CAMPBELL |
| BILL LEE, Governor, TRE HARGETT, Secretary of State; MARK GOINS, Tennessee Coordinator of Elections; all in their official capacity only, | ) ) ) ) ) ) ) | |
| *Defendants*. | ) | |

### PLAINTIFFS' RESPONSE TO DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF APPLICATION OF 28 U.S.C. § 2284

In the Complaint, Plaintiffs noted their position that 28 U.S.C. § 2284, which requires empaneling a three-judge court to hear actions "challenging the constitutionality of the apportionment of congressional district," does not apply. (Doc. 24 at ¶ 15.)

During the May 11, 2026, conference in this matter, undersigned counsel proposed that the Parties confer on this issue in an effort to reach agreement, as opposed to briefing the issue as required by this Court's May 8, 2026, Order. (Doc. No. 20). Following the May 11 conference, this Court ordered such conferral by May 12, 2026, which the Parties complied with. As a result, the Parties have reached agreement.

Although Plaintiffs believe the question is a close call, Plaintiffs do not oppose Defendants'

position that Section 2284 applies.[1] Whether or not the Court agrees, Plaintiffs urge the Court to rule on Plaintiffs' Request for a Temporary Restraining Order today, or at the latest prior to the May 15, 2026, deadline, at 12:00 PM, for already-qualified candidates to communicate their intent whether to run and in which congressional district to the Secretary of State, as urged in Plaintiffs' *Emergency Motion for Expedited Ruling*. The Court can, and should, rule on Plaintiffs' request for a Temporary Restraining Order regardless of whether Section 2284 applies, as Section 2284(b)(3) authorizes a single judge to do so.[2]

Dated: May 12, 2026

Respectfully submitted,

/s/ David W. Garrison
**DAVID W. GARRISON (No. 24968)**
**SCOTT P. TIFT (No. 27592)**
**JOSHUA A. FRANK (No. 33294)**
BARRETT JOHNSTON MARTIN & GARRISON, PLLC
200 31st Ave North
Nashville, TN 37203
Telephone: (615) 244-2202
Facsimile: (615) 252-3798
dgarrison@barrettjohnston.com

---

[1] Plaintiffs note, for example, that in a recent case in which certain plaintiffs challenged the constitutionality of an executive order signed by the Governor of Louisiana canceling "federal congressional primaries slated to proceed under the apportionment map the Supreme Court declared constitutionally defective in *Callais*," a three-judge panel found that it lacked jurisdiction to consider conduct "connected to" the apportionment of congressional districts. *Garcia v. Landry*, No. 3:26-cv-00471, May. 8, 2026 (Order Denying Motion to Convene a Three-Judge District Court) (attached as Ex. 1). Plaintiffs provide this case to the Court only to supplement the authority offered by Defendants.

[2] That provision provides:

> A single judge may conduct all proceedings except the trial, and enter all orders permitted by the rules of civil procedure except as provided in this subsection. **He may grant a temporary restraining order on a specific finding, based on evidence submitted, that specified irreparable damage will result if the order is not granted, which order, unless previously revoked by the district judge, shall remain in force only until the hearing and determination by the district court of three judges of an application for a preliminary injunction.**

*See* 28 U.S.C. § 2284(b)(3) (emphasis added.)

2

stift@barrettjohnston.com
jfrank@barrettjohnston.com

**JOHN SPRAGENS (No. 31445)**
SPRAGENS LAW PLC
915 Rep. John Lewis Way S., Suite 100
Nashville, TN 37203
Telephone: (615) 983-8900
Facsimile: (615) 682-8533
john@spragenslaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this *Plaintiffs' Response to Defendants' Memorandum of Law in Support of Application of 28 U.S.C. § 2284* was filed electronically with the Clerk's office and served upon Defendants using the Court's CM/ECF system on May 12, 2026, through their counsel of record as indicated below:

Zachary L Barker
Andrew D. Denning
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202-0207
Phone: (615) 532-4098
Zachary.Barker@ag.tn.gov
Andrew.Denning@ag.tn.gov

/s/ David W. Garrison
DAVID W. GARRISON
**BARRETT JOHNSTON**
 **MARTIN & GARRISON, PLLC**

3