**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **VICKI HALE, EARLE FISHER, TELISE TURNER, HEDY WEINBERG, STEPHEN COHEN, CHARLES 'CHAZ' MCIVOR MULDER, CHANEY MOSLEY, JUSTIN PEARSON, and THE TENNESSEE DEMOCRATIC PARTY,** | ) ) ) ) ) ) ) | |
| **Plaintiffs,** | ) ) | **NO. 3:26-cv-00603** |
| **v.** | ) ) | **JUDGE CAMPBELL** |
| **BILL LEE, Tennessee Governor, TRE HARGETT, Tennessee Secretary of State, MARK GOINS, Tennessee Coordinator of Elections; all in their official capacity only,** | ) ) ) ) ) | |
| **Defendants.** | ) | |

## ORDER

Pending before the Court is Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction and for Hearing (Doc. No. 11), which is fully briefed. For the reasons stated in the forthcoming Memorandum, the motion is **DENIED** as to the request for a temporary restraining order. Accordingly, the hearing set for May 20, 2026, is **CANCELED**.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE