# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| VICKI HALE, et al., | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| v. | ) | NO. 3:26-cv-00603 |
| | ) | |
| BILL LEE, Tennessee Governor, et al., | ) | JUDGE CAMPBELL |
|     Defendants. | ) | MAGISTRATE JUDGE FRENSLEY |
| | ) | |
| | ) | |
| AMBER SHERMAN, et al., | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| v. | ) | NO. 3:26-cv-00616 |
| | ) | |
| TRE HARGETT, in his official capacity as | ) | JUDGE CAMPBELL |
| Secretary of State of Tennessee, et al., | ) | MAGISTRATE JUDGE FRENSLEY |
|     Defendants. | ) | |
| | ) | |
| | ) | |
| TENNESSEE STATE CONFERENCE OF | ) | |
| THE NAACP, et al., | ) | |
|     Plaintiffs, | ) | NO. 3:26-cv-00638 |
| | ) | |
| v. | ) | JUDGE CAMPBELL |
| | ) | MAGISTRATE JUDGE FRENSLEY |
| TRE HARGETT, in his official capacity as | ) | |
| Secretary of State of Tennessee, et al., | ) | |
|     Defendants | ) | |

## ORDER TO ADMINISTRATIVELY CONSOLIDATE CASES

The three above-captioned cases challenge the constitutionality of Tennessee's newly enacted congressional districts and seek preliminary and permanent injunctive relief prohibiting the use of the 2026 districts in coming elections. Each of the cases requires a district court of three judges under 28 U.S.C. § 2284(a). The judges of this district have determined that the cases arise out of the same event (the May 2026 redistricting) and will require consideration of common factual and legal issues, and should, therefore, be assigned to a single district judge. The

undersigned judge was assigned the first-filed case. The later-filed cases have been reassigned accordingly.

Defendants in the first-filed case, *Hale v. Lee*, Case No. 3:26-cv-00603, filed a motion to consolidate that case with the next filed case *Sherman v. Hargett*, Case No. 3:26-cv-00616. (*See* Doc. No. 39 in Case No. 3:26-cv-00603). The third case, *NAACP Tennessee v. Hargett*, Case No. 3:26-cv-00638, was filed the following day and was not included in the motion.

The Court finds these cases warrant consolidation under Fed. R. Civ. P. 42(a). Accordingly, Defendants' motion to consolidate (Doc. No. 39 in Case No. 3:26-cv-00603) **GRANTED IN PART**. Pending further consideration and possible further consolidation, the cases will be consolidated for purposes of case management and so that they may be heard and decided before the same district judge and three-judge panel. This will allow coordination of scheduling and motions practice and will avoid the possibility of inconsistent outcomes. The individual case files shall remain open, and the parties shall make filings in the relevant case pending further order of the Court.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE

2