# IN THE UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

|  |  |
|---|---|
| ) | |
| ) | |
| In re: Appointment of Three-Judge Panel under ) | Case No. 3:26-cv-603 |
| 28 U.S.C. § 2284 ) | Case No. 3:26-cv-616 |
| ) | Case No. 3:26-cv-638 |
| ) | Case No. 3:26-cv-694 |
| ) | |

## ORDER

This matter is before the Court upon the request of the Honorable William L. Campbell, Jr., Chief Judge of the United States District Court for the Middle District of Tennessee, to appoint a three-judge panel to hear four cases challenging the constitutionality of Tennessee's newly enacted congressional districts. Those matters are designated as *Vicki Hale, et al. v. Bill Lee, et al.*, Case No. 3:26-cv-603; *Amber Sherman, et al. v. Tre Hargett, et al.*, Case No. 3:26-cv-616; *Tennessee State Conference of the NAACP, et al. v. Tre Hargett, et al.*, Case No. 3:26-cv-638; and *Pamela Jeanine Moses v. Bill Lee, et al.*, Case No. 3:26-cv-694. They have been consolidated in accordance with Rule 42(a) of the Federal Rules of Civil Procedure. Having reviewed the request, Chief Judge Jeffrey S. Sutton agrees that a three-judge panel is warranted under 28 U.S.C. § 2284.

Chief Judge Sutton hereby designates the Honorable John B. Nalbandian, Circuit Judge of the Sixth Circuit Court of Appeals, and the Honorable Greg N. Stivers, District Judge of the United States District Court for the Western District of Kentucky, to serve with the Honorable William L. Campbell in this matter. The provisions of 28 U.S.C. § 2284(b)(2) and (3) shall apply. This designation shall remain in full force and effect for the duration of the proceedings in the above-listed cases. The Clerk of this Court is directed to forward a copy of this order to the Clerk of the United States District Court for the Middle District of Tennessee for entry on the dockets.

BY ORDER OF THE COURT

_Kelly L. Stephens_

Kelly L. Stephens, Clerk

Entered this 27th day of May, 2026.