MOTION GRANTED.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| VICKI HALE, et al., ) | |
| ) | |
| *Plaintiffs,* ) | No. 3:26-cv-00603 |
| ) | JUDGE CAMPBELL |
| v. ) | MAGISTRATE JUDGE FRENSLEY |
| ) | |
| BILL LEE, Tennessee Governor, et al., ) | |
| ) | |
| *Defendants.* ) | |
| ) | |
| ) | |
| ) | |
| AMBER SHERMAN, et al., ) | |
| ) | |
| *Plaintiffs,* ) | No. 3:26-cv-00616 |
| ) | JUDGE CAMPBELL |
| v. ) | MAGISTRATE JUDGE FRENSLEY |
| ) | |
| TRE HARGETT, in his official capacity as ) | |
| Secretary of State of Tennessee, et al., ) | |
| ) | |
| *Defendants.* ) | |
| ) | |
| ) | |
| ) | |
| TENNESSEE STATE CONFERENCE OF ) | |
| THE NAACP, et al., ) | |
| ) | |
| *Plaintiffs,* ) | No. 3:26-cv-00638 |
| ) | JUDGE CAMPBELL |
| v. ) | MAGISTRATE JUDGE FRENSLEY |
| ) | |
| TRE HARGETT, in his official capacity as ) | |
| Secretary of State of Tennessee, et al., ) | |
| ) | |
| *Defendants.* ) | |

## UNOPPOSED MOTION TO EXTEND TIME FOR DEFENDANTS' RESPONSIVE PLEADINGS TO PLAINTIFFS' COMPLAINTS

Defendants move to extend the time to answer or otherwise respond to Plaintiffs' complaints in the above-captioned matters, such that all responsive pleadings would be due on June 26, 2026. Plaintiffs do not oppose this request.

1. The above-captioned matters have been administratively consolidated. *See Hale v. Lee*, No. 3:26-cv-00603, ECF No. 44, (M.D. Tenn. May 22, 2026).

2. Defendants' responses would have otherwise been due on May 29, 2026, in *Hale*; on June 2, 2026, in *Sherman*; and 21 days after service is effectuated in *Tennessee State Conference of the NAACP*.

3. Defendants request additional time to prepare responsive pleadings due to the press of May deadlines related to the *Hale* and *Sherman* Plaintiffs' motions for emergency relief and other deadlines in related cases, as well as to streamline proceedings with one responsive pleading deadline for the above-captioned matters.

4. Counsel for *Hale* Plaintiffs stated they do not oppose an extension of the responsive pleading deadline to June 26, 2026.

5. Counsel for *Sherman* Plaintiffs stated, "Plaintiffs do not object to the extension of Defendants' deadline to move or answer to June 26, 2026, but would and do object to any delay in the resolution of their pending motion for a temporary restraining order or preliminary injunction (ECF No. 20), which was filed on May 13, 2026."

6. Counsel for *NAACP* Plaintiffs stated they do not oppose an extension of the responsive pleading deadline to June 26, 2026.

For these reasons, Defendants respectfully request that the deadline to file responsive pleadings in the above-captioned cases be extended up to and including June 26, 2026.

Dated: May 27, 2026

Respectfully submitted,

JONATHAN SKRMETTI
Attorney General and Reporter

/s/ *Zachary L. Barker*
ZACHARY L. BARKER (BRP #035933)
*Senior Assistant Attorney General*

ANDREW DENNING (BPR #042208)
*Assistant Attorney General*
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, Tennessee 37202-0207
Phone: (615) 532-7400
Zachary.barker@ag.tn.gov
Andrew.denning@ag.tn.gov
(615) 532-4098

TAYLOR A.R. MEEHAN*
BRYAN K. WEIR*
OLIVIA C. ROGERS*
Consovoy McCarthy PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
taylor@consovoymccarthy.com
bryan@consovoymccarthy.com
orogers@consovoymccarthy.com

*Admitted pro hac vice

*Counsel for Defendants*

4