# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

VICKI HALE, EARLE FISHER, TELISE TURNER, HEDY WEINBERG, STEPHEN COHEN, CHARLES 'CHAZ' MCIVOR MULDER, CHANEY MOSLEY, JUSTIN PEARSON, and THE TENNESSEE DEMOCRATIC PARTY,

    *Plaintiffs*,

v.

BILL LEE, Tennessee Governor, TRE HARGETT, Tennessee Secretary of State, MARK GOINS, Tennessee Coordinator of Elections; all in their official capacity only,

    *Defendants.*

No. 3:26-cv-00603
THREE-JUDGE COURT

## NOTICE OF WITHDRAWAL

Pursuant to Local Rule 83.01(g), Olivia Rogers submits this Notice of Withdrawal as counsel for Defendants. Defendants shall continue to be represented by counsel of record: Taylor Meehan and Bryan Weir of Consovoy McCarthy PLLC; Zachary Barker, Senior Assistant Attorney General in the Office of the Tennessee Attorney General; and Andrew Denning, Assistant Attorney General in the Office of the Tennessee Attorney General.

1

Dated: May 29, 2026

Respectfully submitted,

JONATHAN SKRMETTI
Attorney General and Reporter

/s/ *Zachary L. Barker*
ZACHARY L. BARKER (BRP #035933)
*Senior Assistant Attorney General*

ANDREW DENNING (BPR #042208)
*Assistant Attorney General*
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, Tennessee 37202-0207
Phone: (615) 532-7400
Zachary.barker@ag.tn.gov
Andrew.denning@ag.tn.gov
(615) 532-4098

TAYLOR A.R. MEEHAN*
BRYAN K. WEIR*
OLIVIA C. ROGERS*
Consovoy McCarthy PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
taylor@consovoymccarthy.com
bryan@consovoymccarthy.com
orogers@consovoymccarthy.com

*Admitted pro hac vice

*Counsel for Defendants*