## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

VICKI HALE, EARLE FISHER,   )
TELISE TURNER, HEDY WEINBERG,   )
STEPHEN COHEN, CHARLES 'CHAZ'   )
MCIVER MOLDER, CHANEY   )
MOSLEY, JUSTIN PEARSON, and the   )
TENNESSEE DEMOCRATIC PARTY,   )
  )
    *Plaintiffs*,   )     **CASE NO. 3:26-cv-00603**
  )
v.   )     **THREE-JUDGE COURT**
  )
BILL LEE, Governor,   )
TRE HARGETT, Secretary of State;   )
MARK GOINS, Tennessee Coordinator   )
of Elections; all in their official capacity   )
only,   )
  )
    *Defendants*.   )

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs, through their counsel, file this Notice of Voluntary Dismissal of this action, without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated: June 8, 2026        Respectfully submitted,


        /s/ David W. Garrison
        **DAVID W. GARRISON (No. 24968)**
        **SCOTT P. TIFT (No. 27592)**
        **JOSHUA A. FRANK (No. 33294)**
        BARRETT JOHNSTON MARTIN & GARRISON, PLLC
        200 31st Ave North
        Nashville, TN 37203
        Telephone: (615) 244-2202
        Facsimile: (615) 252-3798
        dgarrison@barrettjohnston.com
        stift@barrettjohnston.com
        jfrank@barrettjohnston.com

        **JOHN SPRAGENS (No. 31445)**
        SPRAGENS LAW PLC

1

915 Rep. John Lewis Way S., Suite 100
Nashville, TN 37203
Telephone: (615) 983-8900
Facsimile: (615) 682-8533
john@spragenslaw.com

*Attorneys for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this *Notice of Voluntary Dismissal* was filed electronically with the Clerk's office and served upon Defendants using the Court's CM/ECF system on June 8, 2026, through their counsel of record as indicated below:

ZACHARY L BARKER
ANDREW D. DENNING
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202-0207
Phone: (615) 532-4098
Zachary.Barker@ag.tn.gov
Andrew.Denning@ag.tn.gov


TAYLOR A.R. MEEHAN
BRYAN K. WEIR
Consovoy McCarthy PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
taylor@consovoymccarthy.com
bryan@consovoymccarthy.com

/s/ David W. Garrison
DAVID W. GARRISON
**BARRETT JOHNSTON**
   **MARTIN & GARRISON, PLLC**

3