**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| VICKI HALE, EARLE FISHER, TELISE TURNER, HEDY WEINBERG, STEPHEN COHEN, CHARLES 'CHAZ' MCIVOR MULDER, CHANEY MOSLEY, JUSTIN PEARSON, and THE TENNESSEE DEMOCRATIC PARTY, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | NO. 3:26-cv-00603 |
| v. | ) ) | JUDGE CAMPBELL |
| BILL LEE, Tennessee Governor, TRE HARGETT, Tennessee Secretary of State, MARK GOINS, Tennessee Coordinator of Elections; all in their official capacity only, | ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

Pursuant to the Notice of Voluntary Dismissal filed by the Plaintiffs (Doc. No. 54), this case is **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(a)(1)(A)(i). The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE